# ORIGINAL

No. 15-1416C
(Judge Wolski)

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

DAVID MERRILL,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**DEFENDANT'S MOTION FOR SUMMARY DISMISSAL OF *PRO SE* COMPLAINT**

FILED

JAN 21 2016
U.S. COURT OF
FEDERAL CLAIMS

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN, JR
Director

FRANKLIN E. WHITE, JR.
Assistant Director

RUSSELL J. UPTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202)-305-3634
Facsimile:   (202)-514-7965
Email:   Russell.J.Upton@usdoj.gov

January 21, 2016                    Attorneys for Defendant

RECEIVED   JAN 2 1 2016

**TABLE OF CONTENTS**

Page

STATEMENT OF THE CASE............................................................................................ 2

    I.      Bishop Castle And Mr. Merrill's Fictitious Trust.................................................. 2

    II.     Proceedings in Colorado State Court.................................................................... 4

    III.    United States Court Of Federal Claims Complaint ............................................. 5

ARGUMENT................................................................................................................... 7

    I.      Standard Of Review For Motion To Dismiss Pursuant To RCFC
         12(b)(1) ............................................................................................................. 7

    II.     Standard Of Review For Motion To Dismiss Pursuant To RCFC
         12(b)(6) ............................................................................................................. 9

    III.    The Court Does Not Possess Jurisdiction To Entertain Mr.
         Merrill's Claims................................................................................................ 10

    IV.    The Complaint Fails To State A Claim For Which Relief Can Be
         Granted............................................................................................................ 13

CONCLUSION............................................................................................................. 14

## TABLE OF AUTHORITIES

**CASES**                                                                    **PAGE(S)**

*Bell Atlantic Corp. v. Twombly,*
    550 U.S. 544 (2007) ................................................................ 9

*Biomedical Patent Mgmt. Corp. v. California Dept. of Health Services,*
    505 F.3d 1328 (Fed. Cir. 2007) ............................................. 13

*Bishop, et. al v. Merrill, et. al*, No. 2015-cv-31641 (C.O. Dist. Ct., El Paso County) .......... 1, 2, 4

*Brown v. United States,*
    105 F.3d 621 (Fed. Cir. 1997) ................................................ 8

*Burlison v. United States,*
    75 Fed. Cl. 736 (2007) ........................................................... 11

*Denton v. Hernandez,*
    504 U.S. 25 (1992) .................................................................. 12

*Fisher v. United States,*
    402 F.3d 1167 (Fed. Cir. 2005) .............................................. 8

*Godwin v. United States,*
    338 F.3d 1374 (Fed. Cir. 2003) .............................................. 9

*Haines v. Kerner,*
    404 U.S. 519 (1972) ............................................................... 9

*Hanlin v. United States,*
    214 F.3d 1319 (Fed. Cir. 2000) .............................................. 8

*Harbert/Lummus Agrifuels Projects v. United States,*
    142 F.3d 1429 (Fed. Cir. 1998) ......................................... 11, 12

*Henke v. United States,*
    60 F.3d 795 (Fed. Cir. 1995) ................................................. 9

*Henson v. CSC Credit Servs.,*
    29 F.3d 280 (7th Cir. 1994) ............................................. 2, 7, 13

*Hughes v. Rowe,*
    449 U.S. 5 (1980) .................................................................... 9

*In re United States,*
    877 F.2d 1568 (Fed. Cir. 1989) .............................................. 8

ii

*Indium Corporation of America v. Semi-Alloys, Inc.*,
    781 F.2d 879 (Fed. Cir. 1985) ............................................................... 8

*Jiron v. United States*,
    118 Fed. Cl. 190 (2014) ............................................................... 10, 11

*John R. Sand & Gravel Co. v. United States*,
    457 F.3d 1345 (Fed. Cir. 2006) ............................................................... 8

*Joshua v. United States*,
    17 F.3d 378 (Fed. Cir. 1994) ............................................................... 11

*Kelley v. Secretary, U.S. Dep't of Labor*,
    812 F.2d 1378 (Fed. Cir. 1987) ............................................................... 9

*Kokkonen v. Guardian Life Ins. Co. of Am.*,
    511 U.S. 375 (1994) ............................................................... 8

*Kurt v. United States*,
    103 Fed. Cl. 384 (2012) ............................................................... 10

*McNutt v. Gen. Motors Acceptance Corp.*,
    298 U.S. 178 (1936) ............................................................... 8

*Moden v. United States*,
    404 F.3d 1335 (Fed. Cir. 2005) ............................................................... 12

*Moore v. Pub. Defenders Office*,
    76 Fed. Cl. 617 (2007) ............................................................... 10

*Palmyra Pac. Seafoods, L.L.C. v. United States*,
    561 F.3d 1361 (Fed. Cir. 2009) ............................................................... 9

*Peninsula Grp. Capital Corp. v. United States*,
    93 Fed. Cl. 720 (2010) ............................................................... 11

*Perez v. United States*,
    156 F.3d 1366 (Fed. Cir. 1998) ............................................................... 8

*Potter v. United States*,
    108 Fed. Cl. 544 (2013) ............................................................... 11

*Rocovich v. United States*,
    933 F.2d 991 (Fed. Cir. 1991) ............................................................... 8

*Scogin v. United States*,
    33 Fed. Cl. 285 (1995) ............................................................... 9

*Stephenson v. United States,*
  58 Fed. Cl. 186 (2003) .......................................................................................... 10

*Total Med. Mgmt., Inc. v. United States,*
  104 F.3d 1314 (Fed. Cir. 1997) ........................................................................... 12

*United States v. King,*
  395 U.S. 1 (1969) ................................................................................................... 9

*United States v. Mitchell*
  445 U.S. 535 (1980) ............................................................................................... 9

*United States v. Mitchell,*
  463 U.S. 206 (1983) ............................................................................................... 8

*United States v. Testan,*
  424 U.S. 392 (1976) ............................................................................................... 8

*Wagstaff v. United States,*
  105 Fed. Cl. 99 (2012) ..................................................................................... 2, 13

*Wickliffe v. United States,*
  102 Fed. Cl. 102 (2011) ....................................................................................... 13

**STATUTES**

28 U.S.C. § 1491(a)(1) ..................................................................................... 8, 12

**RULES**

RCFC 12(b)(1) ............................................................................................ 1, 8, 16

RCFC 12(b)(6) ............................................................................................... 1, 11

RCFC 9(k) ............................................................................................................ 15

## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAVID MERRILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 15-1416C |
| v. | ) Judge Wolski |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### DEFENDANT'S MOTION FOR SUMMARY DISMISSAL OF *PRO SE* COMPLAINT

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests that the Court summarily dismiss the Complaint[1] of *pro se* plaintiff, David Merrill. The Complaint must be dismissed because this Court lacks subject matter jurisdiction over the claims Mr. Merrill asserts in his Complaint, or, alternatively, because the Complaint fails to state a claim upon which relief can be granted.[2] We request summary dismissal of Mr. Merrill's Complaint in the interest of avoiding the need for the parties to participate in unnecessary briefing or case management. RCFC Appx. A(I) (stating that the Court's "case management procedures are intended to . . . minimize the cost and delay of litigation," and that "a judge may modify these procedures as

---

[1] Use of the capitalized "Complaint" refers to Mr. Merrill's Complaint in the above captioned matter, filed November 23, 2015 (ECF No. 1). Use of the lowercase "complaint" refers to a complaint filed against Mr. Merrill in a related matter in Colorado State Court, *Bishop, et. al v. Merrill, et. al*, No. 2015-cv-31641 (C.O. Dist. Ct., El Paso County).

[2] For purposes of our motion for summary dismissal, unless otherwise indicated, we accept as true the factual allegations set forth in the complaint and the exhibits thereto. If the Court were to deny any part of this motion, we respectfully reserve the right to contest each and every factual allegation in the complaint.

appropriate"). In support of this motion, we rely upon the following brief and appendix,[3] which

contains Mr. Merrill's civil cover sheet and his Complaint with exhibits in the above-captioned

matter as well as a complaint filed against Mr. Merrill and several resulting orders in a related

matter in Colorado State Court, *Bishop, et. al v. Merrill, et. al*, No. 2015-cv-31641 (C.O. Dist.

Ct., El Paso County), of which this Court may take judicial notice.[4]

## STATEMENT OF THE CASE

While not strictly necessary for ruling upon this motion, much of the following

information provides context to the allegations made in Mr. Merrill's Complaint. Moreover,

while this information is derived from a complaint filed against Mr. Merrill in Colorado State

Court by third parties, Mr. Merrill failed to admit or deny the allegations in that complaint or file

a "coherent, legally cognizable 'response'" to it. A24. Therefore, the Colorado State Court

granted the third-party plaintiffs' motion for default judgment, A24, and found that the

"[c]omplaint allegations are true and the [p]laintiffs are entitled to the relief sought." A25.

## I.   Bishop Castle And Mr. Merrill's Fictitious Trust

The allegations in Mr. Merrill's Complaint relate to a piece of property located in Cuter

County, Colorado, known as Bishop Castle, A42-43 (COFC Complaint), an "elaborate and

intricate replica of a medieval castle" that was "created and constructed" by Mr. James Bishop

---

[3] "A__" refers to the page number(s) of the separately-filed appendix. We have included Mr. Merrill's November 23, 2015 Complaint in the separately-filed appendix because the page numbering in that document is inconsistent; accordingly, we will refer to it using "A__" page numbers.

[4] The Court may take judicial notice of public court documents without converting a 12(b)(6) motion into a motion for summary judgment. *Wagstaff v. United States*, 105 Fed. Cl. 99, 103 n. 1 (citing *Biomedical Patent Mgmt. Corp. v. California Dep't of Health Servs.*, 505 F.3d 1328, 1331 n. 1 (Fed. Cir. 2007); *Henson v. CSC Credit Servs.*, 29 F.3d 280, 284 (7th Cir. 1994)). Here, that includes not just various court orders, A24-31, A143-45, but the undisputed and therefore admitted allegations made in a complaint filed against Mr. Merrill in Colorado State court. A1-23.

over the past forty-five years. A2, A44 (COFC Complaint); *see also* http://www.bishopcastle.org/. In 1984, Mr. Bishop and his wife, Phoebe Bishop, conveyed Bishop Castle to a non-profit 501(c)(3) corporation (Bishop Castle Corporation). A2; A114 (COFC Complaint).

In 2013 and 2014, the Bishops were each diagnosed with late-stage cancer, which "seriously incapacitated their abilities to conduct their business affairs, including management of Bishop Castle." A2; A59 (COFC Complaint). In early 2014, Mr. Merrill evidently "proposed a scheme which would result in a 'more beneficial tax position' for [the Bishops] by having the Bishop Castle Corporation convey the Bishop Castle property to a church affiliated 'trust' of which [Mr.] Merrill, would be the trustee." A2.

On or about February 4, 2015, Mr. Merrill created a series documents purportedly to effectuate the proposed trust, but in actuality consisting of "fancy art work and legal gibberish designed to deceive and defraud the incapacitated Bishops." A3; A10-18; A37-41 (COFC Complaint). Mr. Merrill then apparently convinced the incapacitated Bishops to execute a warranty deed, and a subsequent "corrective warranty deed," A4, conveying Bishop Castle from the non-profit corporation to an entity entitled the "Castle Church – For the Redemption of the Office Bishop," which Mr. Merrill "subsequently recorded in the records of Custer County, Colorado." A3-4; A37-41, A111-12 (COFC Complaint). The Bishops evidently "relied on [Mr.] Merrill's representations that [Bishop Castle] was being put into a valid trust, and that the Bishops would continue to have ownership through their interest in the trust and that they would continue to have control of [Bishop Castle], in addition to the tax benefits represented by [Mr.] Merrill." A4, A109 (COFC Complaint).

3

After recording the warranty deeds with the county, Mr. Merrill "declared himself to the media and the public to be the owner of Bishop Castle . . . caused all indicia of Bishop Castle to be changed from its well-known and widely published name of Bishop Castle to 'CASTLE CHURCH – For the Redemption of the Office BISHOP' . . . [took] all monies from the donation boxes located in and around Bishop Castle for his own use . . . assumed control of Bishop Castle . . . threatened to fence the Bishop Castle property and to substantially change the character of Bishop Castle . . . [and] attempt[ed] to change the identity of Bishop Castle in the records of the San Isabel Electric Service to his own name in order to control electric service to Bishop Castle and the adjoining leased building which houses the gift store." A4.

## II.   Proceedings in Colorado State Court

On June 4, 2015, the Bishops and the Bishop Castle Corporation sued Mr. Merrill in Colorado State Court. A1; *Bishop, et. al v. Merrill, et. al*, No. 2015-cv-31641 (C.O. Dist. Ct., El Paso County); A44 (COFC Complaint). In their lawsuit, plaintiffs sought a preliminary injunction enjoining Mr. Merrill from taking various actions involving Bishop Castle, a declaratory judgment invalidating the warranty deeds and purported trust or rescinding them as fraudulently obtained, a finding of breach of the alleged trust, and damages. A4-9.

On September 25, 2015, Colorado State Court Judge Marla Prudek granted the Bishops' and Bishop Castle Corporation's motion for default judgment against Mr. Merrill, noting that Mr. Merrill "has neither admitted nor denied the allegations in the [c]omplaint" and that the court was "unable to discern a coherent, legally cognizable 'response' to the [c]omplaint from any of the various pleading filed by [Mr. Merrill]." A24. Accordingly, Judge Prudek issued a sweeping order finding among other things that the "CASTLE CHURCH – For the Redemption of the Office BISHOP" is not a trust, but a nonexistent, fictitious entity, enjoining Mr. Merrill from a

host of actions involving Bishop Castle, rescinding, terminating, and deeming void all documents relating to the alleged trust and warranty deeds, finding Mr. Merrill in breach of the fiduciary duties he assumed and awarding damages in the form of reasonable attorney fees and costs to the Bishops. A24-27.

On October 29, 2014, Colorado State Court Judge David Gilbert granted the Bishops' and Bishop Castle Corporation's request for attorney fees and costs in the amount of $29,293.13. A30-31. On December 3, 2015, Judge Gilbert issued an order garnishing $3,356.23 in funds from Mr. Merrill's Wells Faro Bank N.A. bank account. A143-45; A62-65 (COFC Complaint). It appears that, as of December 2015, Mr. Merrill had yet to pay the Bishops or the Bishop Castle Corporation the balance of the judgment against him. A146.

### III.   United States Court Of Federal Claims Complaint

It appears that Mr. Merrill is now attempting to place his disagreement with the judgment against him in Colorado State Court before this Court. To that end, on November 23, 2015, Mr. Merrill filed his Complaint in this Court. A33-142 (COFC Complaint, ECF No. 1). In his Complaint, Mr. Merrill asserts that he is suing the United States because "the State of Colorado is . . . in breach of trust, and as an agency of the United States, the United States Court of Federal Claims is the correct forum to sue the US as principal." A44 (COFC Complaint). Mr. Merrill continues, stating that he hopes that "this Court will correct the situation as well as order judgment for the United States Treasury, or for the Comptroller of the State of Colorado Treasury to pay me for my injuries caused by the State of Colorado as an agent of the United States." A44 (COFC Complaint). Mr. Merrill's Form 2 Cover Sheet to his Complaint (ECF 1-1), in the "Nature of Suit Code" section, identifies his suit using the code 118, used for suits designated as "Contract – Other (CDA)," and explains his cause of action as "Breach of Trust by

State of Colorado." A32. Mr. Merrill further defines his cause of action in his Complaint as "Breach of Trust and even Breach of Contract." A47 (COFC Complaint).

Mr. Merrill's allegations are largely directed at various Colorado State Court judges from El Paso County, including Judges Prudek and Gilbert, whose decisions are addressed above, Frances Renae Johnson, who appears to be a magistrate judge in El Paso County, Judge Gilbert Martinez, who appears to be the Chief Judge in El Paso County, and others. A44, A48-53 (COFC Complaint). Mr. Merrill refers to these judges as "pretend judges" throughout his Complaint. A42-44, A47-62 (COFC Complaint). He states: "I have been harmed, and am being harmed by pretend judicial officers and their null judgments, orders and decrees while they intentionally falsify oaths of office and avoid bonding requirements by law." A47 (COFC Complaint). He continues: "The Cause of Action is malfeasance by the United States as principal for allowing corruption to decay the judiciary here in Colorado to the point where in several instances pretend judicial officers violate rights . . . ." A54 (COFC Complaint). Notably, Mr. Merrill's Form 2 Cover Sheet to his Complaint (ECF 1-1) fails to acknowledge the existence of a pending or previous related case, A32, although Mr. Merrill appears to be disputing that previous related case now in this Court.

Additionally, Mr. Merrill alleges "trespass and tort" claims, A52 (COFC Complaint), and multiple times in his Complaint alleges the existence of a $20,000,000 lien against the State of Colorado Capital Finance Corporation. A44, A49, A55-56 (COFC Complaint). He also appears to reference the garnishment of money from his bank account ordered by Judge Gilbert. A62 (COFC Complaint).

In conclusion, Mr. Merrill alleges the following laundry list of grievances and damages:

> In addition to settling the outstanding $20,000,000.00 the Court should
> order whatever attorney fees HANES AND BARTELS LLC finds billable

forgiven, as well as preparing a list of misdeeds, frauds and lies in their misnomer Complaint for the Colorado Bar Association, which is the State Supreme Court. I estimate since this billing is ongoing, $29,293.13 plus $10,000.00 in estimated subsequent costs equals $39,293.13. Otherwise and in the alternative I am calling the amount damages as PRUDEK and GILBERT are coercing me with contempt of court jail. Costs for not being able to implement the cyberspace entertainment system as planned during formation of CASTLE CHURCH TRUST - $6,000.00/month x 8 months = $48,000.00. The United States as principal should settle damages created by Marla PRUDEK and now David A. GILBERT by forcing me or at least attempting [to] believe I am obligated to act as though they are real judges without compensation. Issuing null judgment and making me take down advertisement and other promotional material and websites including posts and photographs as though PRUDEK's and GILBERT's notices, judgments and decrees hold the authority of law has been costly to the trust, myself funding the trust and to the beneficiaries too. It is to the benefit of the beneficiaries in both trusts that I do not be jailed but what is frustrating is that if I could get a hearing or trial, being jailed might be worthwhile to get the truth out about the trust(s). However contempt of court does not intimate that there will be any hearings or finding of facts. Settling Marla PRUDEK's acting fees bill for $2,000,000.00 is added to the payoff and settlement from the US. TOTAL: $22,087,293.13.

Now THEREFORE… WHEREAS the claims and demands related to payoff and settlement by the United States are contained herein the Cause of Action section of this Complaint. I have been injured and am being injured by a corrupted judiciary that is encouraging various frauds and defamations of character all around. The United States should take immediate action to correct the bonding process in the State of Colorado starting by awarding me $22,087,239.77 and the two Letters Testamentary as requested. The right to contract in trust in American life must be protected as a priority preserving civilization. This monetary award will prompt the United States to ORDER the Secretary of State to reject illegal oaths of office and return them to the official for rewording, and to ORDER other corrections as needed so that proper fidelity bonding is an assurance of justice once again in Colorado.

A68 (COFC Complaint).

## ARGUMENT

**I.**   **Standard Of Review For Motion To Dismiss Pursuant To RCFC 12(b)(1)**

Pursuant to RCFC 12(b)(1), the Court must dismiss claims when subject matter

jurisdiction is lacking. *See id.* The plaintiff bears the burden to establish this Court's jurisdiction

by a preponderance of the evidence, *see McNutt v. Gen. Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936); *see also John R. Sand & Gravel Co. v. United States*, 457 F.3d 1345, 1353 (Fed. Cir. 2006), and is required to make non-frivolous allegations of fact to support the Court's jurisdiction. *See Hanlin v. United States*, 214 F.3d 1319, 1321 (Fed. Cir. 2000). In considering a motion to dismiss, a claim is presumed to lie outside of this Court's limited jurisdiction, and the burden of establishing the contrary rests upon the plaintiff. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). Moreover, when considering a RCFC 12(b)(1) motion, the Court may look beyond the pleadings and "inquire into jurisdictional facts." *Rocovich v. United States*, 933 F.2d 991, 993 (Fed. Cir. 1991). Doing so does not convert a motion to dismiss into one for summary judgment. *Indium Corporation of America v. Semi-Alloys, Inc.*, 781 F.2d 879, 883 (Fed. Cir. 1985), *cert. denied*, 479 U.S. 820 (1986).

With the exception of the Supreme Court, Federal courts possess only the jurisdiction granted to them by Congress. *See In re United States*, 877 F.2d 1568, 1571 (Fed. Cir. 1989). "The Court of Federal Claims is a court of limited jurisdiction." *Brown v. United States*, 105 F.3d 621, 623 (Fed. Cir. 1997). Pursuant to the Tucker Act, this Court possesses jurisdiction to consider claims "founded either upon the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States, or for liquidated or unliquidated damages in cases not sounding in tort." 28 U.S.C. § 1491(a)(1); *see also United States v. Mitchell*, 463 U.S. 206 (1983). The Tucker Act creates no substantive right enforceable against the United States. *See United States v. Testan*, 424 U.S. 392 (1976). Therefore, "a plaintiff must identify a separate source of substantive law that creates the right to money damages," *Fisher v. United States*, 402 F.3d 1167, 1172 (Fed. Cir. 2005) (*en banc*), which must be for "actual, presently due money damages from the United States." *United States*

*v. King*, 395 U.S. 1, 3 (1969). Any grant of jurisdiction to this Court must be construed strictly, and all conditions placed upon such a grant must be satisfied before the Court may accept jurisdiction. *See United States v. Mitchell*, 445 U.S. 535, 538 (1980).

Although pleadings of a *pro se* plaintiff are held to a less stringent standard than those of litigants represented by counsel, *see Hughes v. Rowe*, 449 U.S. 5, 9 (1980); *see also Haines v. Kerner*, 404 U.S. 519, 520 (1972), a *pro se* plaintiff is not excused from the burden of meeting the Court's jurisdictional requirements, *see Kelley v. Secretary, U.S. Dep't of Labor*, 812 F.2d 1378, 1380 (Fed. Cir. 1987). "The fact that [a plaintiff] acted pro se in the drafting of his complaint may explain its ambiguities, but it does not excuse its failures, if such there be." *Henke v. United States*, 60 F.3d 795, 799 (Fed. Cir. 1995). Furthermore, this Court has no duty to create a claim that the plaintiff did not spell out in his pleading. *See Scogin v. United States*, 33 Fed. Cl. 285, 293 (1995).

**II.     Standard Of Review For Motion To Dismiss Pursuant To RCFC 12(b)(6)**

Even if this Court were to conclude that it possesses jurisdiction to entertain Mr. Merrill's claims, his complaint should be dismissed for failure to state a claim upon which relief can be granted. A motion to dismiss pursuant to RCFC 12(b)(6) is appropriate when a plaintiff's alleged facts do not entitle him or her to a remedy. *Godwin v. United States*, 338 F.3d 1374, 1377 (Fed. Cir. 2003); *Perez v. United States*, 156 F.3d 1366, 1370 (Fed. Cir. 1998). To survive a motion to dismiss, a complaint must contain factual allegations that are enough to raise a right to relief above the speculative level. *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007). Nevertheless, a complaint must be liberally construed, assuming the facts alleged therein as true and drawing all reasonable inferences from those facts in the plaintiff's favor. *Palmyra Pac. Seafoods, L.L.C. v. United States*, 561 F.3d 1361, 1367 (Fed. Cir. 2009).

III.     **The Court Does Not Possess Jurisdiction To Entertain Mr. Merrill's Claims**

Even giving considerable deference to Mr. Merrill's *pro se* status, the claims he asserts in his Complaint as well as the relief he requests in his conclusion plainly lie outside of this Court's jurisdiction. The Court should, therefore, dismiss Mr. Merrill's Complaint in its entirety.

As this Court has already noted based upon an early review of Mr. Merrill's Complaint, "it is difficult to see how the various documents plaintiff submitted can relate to a claim that comes within our jurisdiction. . . . [W]e have no jurisdiction over claims regarding tortious or criminal actions of federal officers, claims seeking review of actions by other federal courts, and claims made against state and local officials." Order, Dec. 10, 2015, ECF No. 11. The Court was correct in its early assessment of the focus of Mr. Merrill's allegations and this Court's jurisdiction to consider such claims.

The *Jiron v. United States*, 118 Fed. Cl. 190 (2014) matter is instructive on this point. In *Jiron*, this Court noted that plaintiff's complaint alleged a number of different claims against "various judges on the Colorado Court of Appeals, and other courts, officers and agencies of the State of Colorado." *Id.* at 198-99. The *Jiron* Court then held that it did not possess jurisdiction to adjudicate those claims, finding that "'[i]t is well settled that the United States is the only proper defendant in the United States Court of Federal Claims." *Id.* at 198-99 (citing *Kurt v. United States*, 103 Fed. Cl. 384, 386 (2012) (dismissing, for lack of jurisdiction, plaintiffs claims against "the state of Missouri, the Missouri judiciary . . . and various unnamed judges of the state of Missouri")); *Stephenson v. United States*, 58 Fed. Cl. 186, 190 (2003) (explaining that "the only proper defendant for any matter before [the United States Court of Federal Claims] is the United States, not its officers, nor any other individual"); *Moore v. Pub. Defenders Office*, 76 Fed. Cl. 617, 620 (2007) ("When a plaintiff's complaint names private parties, or local, county, or state agencies, rather than federal agencies, this court has no jurisdiction to hear those

allegations."). As such, the *Jiron* Court dismissed all claims the plaintiff alleged against "individual governmental officials, judges, and employees of the State of Colorado." *Jiron*, 118 Fed. Cl. at 199.

Similarly here, Mr. Merrill appears to be asserting claims against various Colorado State Court judges and magistrates. A42-44, A47-62 (COFC Complaint). Such claims are improper and should be dismissed. *Jiron*, 118 Fed. Cl. at 199. To the extent Mr. Merrill is seeking review of the decisions of those various Colorado State Court judges and magistrates, "[o]nly the United States Supreme Court may review final judgments entered by state courts." *Burlison v. United States*, 75 Fed. Cl. 736, 741 (2007) (citing 28 U.S.C. § 1257); *see also Potter v. United States*, 108 Fed. Cl. 544, 548 (2013) ("This Court, like all lower federal courts, lacks authority to review a state court's judgments, nor does it have the authority to remedy injuries that are caused by a state court's order."); *accord Joshua v. United States*, 17 F.3d 378, 380 (Fed. Cir. 1994) ("[T]he Court of Federal Claims does not have jurisdiction to review the decisions of district courts or the clerks of district courts relating to proceedings before those courts."). Accordingly, Mr. Merrill's claims seeking review of prior Colorado State Court judgments or order should also be dismissed.

Although Mr. Merrill's Complaint briefly states that his cause of action includes "even breach of contract," A47 (COFC Complaint), Mr. Merrill's breach allegations are insufficient. In order to invoke Tucker Act jurisdiction based upon an express or implied-in-fact contract, a plaintiff must allege all the requisite elements of a contract with the United States, *Harbert/Lummus Agrifuels Projects v. United States*, 142 F.3d 1429, 1434 (Fed. Cir. 1998); *accord Peninsula Grp. Capital Corp. v. United States*, 93 Fed. Cl. 720, 731 (2010) (indicating that an implied-in-fact contract "requires the existence of the same elements as an express

contract"), which consist of "a mutual intent to contract including offer, acceptance, and consideration." *Total Med. Mgmt., Inc. v. United States*, 104 F.3d 1314, 1319 (Fed. Cir. 1997). Mr. Merrill does not allege in his Complaint the existence of any express or implied-in-fact contract with the United States, nor does he allege facts demonstrating the existence of any elements required for contract formation. Furthermore, pursuant to RCFC 9(k), a party pleading a claim founded on a contract "must identify the substantive provisions of the contract . . . on which the party relies." Mr. Merrill has not done so here. Because Mr. Merrill does not allege any requisite elements of a contract between him and the United States, *Harbert/Lummus Agrifuels Projects*, 142 F.3d at 1434, the Court lacks jurisdiction to consider, and must dismiss, his purported breach of contract claim.

With respect to Mr. Merrill's remaining allegations, he has failed to identify any violation by the United States of a constitutional provision, statute, regulation, or executive order that affords him a right to monetary relief. Accordingly, Mr. Merrill's assertion of Tucker Act jurisdiction, A33 (COFC Complaint), is insufficient. Similarly, his fleeting reference to claims of "trespass and tort," A52 (COFC Complaint), do not help him because the Tucker Act expressly provides that the United States Court of Federal Claims shall have jurisdiction in cases not sounding in tort. 28 U.S.C. § 1491(a)(1).

In reality, Mr. Merrill's allegations are frivolous and should be dismissed for that reason alone. As this Court previously noted:

> The United States Supreme Court has stated that a court may dismiss a claim as factually frivolous only if the facts alleged are clearly baseless, a category encompassing allegations that are fanciful, fantastic, and delusional. . . . A finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, and a determination that a claim is frivolous falls within the discretion of the trial court.

*Wickliffe v. United States*, 102 Fed. Cl. 102, 108-09 (2011) (internal quotations omitted) (citing *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992); *Moden v. United States*, 404 F.3d 1335, 1341–42 (Fed. Cir. 2005). Mr. Merrill's claims are plainly frivolous and should be dismissed.

Accordingly, this Court should dismiss Mr. Merrill's Complaint in its entirety pursuant to RCFC 12(b)(1) for lack of subject matter jurisdiction to address any of Mr. Merrill's alleged claims.

**IV.** **The Complaint Fails To State A Claims For Which Relief Can Be Granted**

Even if this Court were to conclude that it possesses jurisdiction to entertain Mr. Merrill's claims, his complaint should be dismissed for failure to state a claim upon which relief can be granted. Mr. Merrill has failed to allege facts sufficient to raise a right to relief above the speculative level. *Bell Atlantic Corp.*, 550 U.S. at 555. For example, to the extent Mr. Merrill is asserting a claim of breach of trust, he can only be referring to the alleged "CASTLE CHURCH – For the Redemption of the Office Bishop." A36, A42, A52 (COFC Complaint). This Court may take judicial notice, *Wagstaff*, 105 Fed. Cl. at 103 n. 1 (citing *Biomedical Patent Mgmt. Corp.*, 505 F.3d at 1331 n. 1; *Henson*, 29 F.3d at 284), of the fact that a Colorado State Court has already found that "'CASTLE CHURCH – For the Redemption of the Office BISHOP' is not a trust, [it] is a nonexistent, fictitious entity." A26. Without a valid trust, there can be no breach of trust. Accordingly, Mr. Merrill has failed to state a claim for breach of trust, or for any claim for that matter, for which relief may be granted.

*- this space intentionally left black -*

13

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant our motion to dismiss.

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

FRANKLIN E. WHITE, JR
Assistant Director

RUSSELL J. UPTON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 305-3634
Facsimile:  (202) 514-7965
russell.j.upton@usdoj.gov

January 21, 2016                    Attorneys for Defendant

# APPENDIX

## INDEX TO APPENDIX

**ITEM**                                                                              **PAGE**

Complaint and Exhibits, *Bishop, et. al v. Merrill, et. al*, No. 2015-cv-31641
(C.O. Dist. Ct., El Paso County) (June 4, 2015)......................................................A1

Order of Judgment, *Bishop, et. al v. Merrill, et. al*, No. 2015-cv-31641
(C.O. Dist. Ct., El Paso County) (Sept. 25, 2015)..............................................A24

Order re Motion to Strike Defendant's Counterclaim,
*Bishop, et. al v. Merrill, et. al*, No. 2015-cv-31641
(C.O. Dist. Ct., El Paso County) (Sept. 25, 2015)..............................................A28

Order:  Proposed Order of Judgment re:  Plaintiff's Attorney Fees and Costs,
*Bishop, et. al v. Merrill, et. al*, No. 2015-cv-31641
(C.O. Dist. Ct., El Paso County) (Oct. 29, 2015) ..............................................A30

Form 2, Cover Sheet, *Merrill v. United States*,
No. 15-1416 (Fed. Cl.) (Nov. 23, 2015) ............................................................A32

Complaint, *Merrill v. United States*, No. 15-cv-1416
(Fed. Cl.) (Nov. 23, 2015) .................................................................................A33

Order:  Notice of Garnishee/Release of Funds - Proposed,
*Bishop, et. al v. Merrill, et. al*, No. 2015-cv-31641
(C.O. Dist. Ct., El Paso County) (Dec. 3, 2015)..............................................A143

*Legal woes resolved in Bishop's Castle saga,*
WET MOUNTAIN TRIBUNE (Dec. 3, 2015).........................................................A146

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs, Colorado<br>(719) 452-5000 | DATE FILED: June 4, 2015 1:50 PM<br>FILING ID: 213F2927AA258<br>CASE NUMBER: 2015CV31641 |
| JAMES R. BISHOP and PHOEBE M. BISHOP, and<br>BISHOP CASTLE, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>*vs.*<br><br>DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – For the Redemption of the Office BISHOP,<br><br>*Defendant.* | ▲ COURT USE ONLY ▲<br>—————————<br>Case No.  2015 CV<br><br>Division: |
| Attorneys for Plaintiffs:<br>HANES & BARTELS LLC<br>Richard W. Hanes, #1206<br>Brenda L. Bartels, # 17117<br>102 South Tejon Street, Suite 800<br>Colorado Springs, CO 80903-2239<br>Telephone:  (719) 260-7900<br>Facsimile:  (719) 260-7904<br>e-mail:  blb@hhbcolorado.com | |
| **COMPLAINT** | |

Plaintiffs, by and through their undersigned counsel, Hanes & Bartels LLC, complain of Defendant and state and allege as follows:

Parties

1.     Plaintiff Bishop Castle is a Colorado nonprofit corporation in good standing with the Colorado Secretary of State, with its principal office in Pueblo County, Colorado.

2.     Plaintiffs James R. Bishop and Phoebe M. Bishop ("the Bishops") are individuals who reside in Pueblo County, Colorado, and are officers of Plaintiff Bishop Castle.

3.     Defendant, David Merrill a/k/a David Vanpelt a/k/a David Merrill member of the family of Van Pelt, a/k/a David Merril, a/k/a David Merrill Vanpelt ("Merrill") is an

1

**A1**

individual who resides in El Paso County, Colorado. Merrill's legal name is "David Merrill Vanpelt." There is <u>no record</u> that he legally changed his name. However, Merrill represents himself with one or more fictitious name and has used these names in his dealings with the Bishops, as set forth below and in the relevant documents.

<u>Jurisdiction and Venue</u>

4.     On May 11, 2015 Merrill filed a Trust Registration Statement in the El Paso County District and County Courts for a "trust" "CASTLE CHURCH – For the Redemption of the Office BISHOP" (discussed below) and provided a mailing address in El Paso County, Colorado.

5.     Defendant's acts and actions complained of in this Complaint were committed in El Paso County, Colorado, and Pueblo County, Colorado.

6.     Venue is appropriate in this court pursuant to C.R.C.P. 98(c).

<u>General Allegations</u>

7.     Plaintiff, James Bishop has spent his lifetime creating and constructing an elaborate and intricate replica of a medieval castle on land in Custer County, Colorado, described as: N½ NE¼ NW¼ NE¼ SW¼ Section 10, Township 23 South Range 69 West of the 6th P.M ("The Property"). The castle structure is internationally known as **Bishop Castle**.

8.     In April of 1984 the Bishops conveyed The Property to Plaintiff, Bishop Castle Nonprofit Corporation, which Plaintiffs had incorporated in 1983 and qualified as a 501(c)(3) corporation under the United Stated Internal Revenue Code.

9.     Bishop Castle has been a worldwide tourist attraction for many decades. The donations made by visitors to Bishop Castle and the income from a lease on another building next to the Castle to the proprietor of a gift shop have been and are the sole sources of income for the Bishops, and has allowed the Bishops to keep Bishop Castle open and available for the enjoyment of thousands of visitors.

10.    In the years 2013 and 2014 the Bishops were each diagnosed with late stages of severe cancer that has required surgery, chemo-therapy, pain medications, and other mental and physically debilitating treatments, all of which have seriously incapacitated their abilities to conduct their business affairs, including management of Bishop Castle.

11.    In Early 2015 the very ill Bishops were contacted by Defendant Merrill who proposed a scheme which would result in a "more beneficial tax position" for Plaintiffs by having the Bishop Castle Corporation convey the Bishop Castle property to a church affiliated "trust" of which he, Merrill, would be the trustee.

12.    On or about February 4, 2015, Merrill created a series of documents (Exhibit A) including:

a.    Beneficial Interest Certificate for CASTLE CHURCH-For the Redemption of the Office Bishop showing Jim Bishop as having a 50% beneficial interest with a reverse side containing the identities of successor beneficiaries.

b.    Beneficial Interest Certificate for CASTLE CHURCH-For the Redemption of the Office Bishop showing Phoebe Bishop as having a 50% beneficial interest with a reverse side containing the identities of successor beneficiaries. (copy unavailable, not included in Exhibit A);

c.    "Article Twenty-Eight Certificate and Acknowledgement" with a space for the signature of the 1st Trustee, identified as David Merrill member of the family of VAN PELT, a thumb print, hieroglyphics, a stamp with a Menorah-like symbol and signature lines for the Bishops;

13.    The documents listed in paragraph 12 above were created by Merrill to deceive Bishops into believing that a trust had been created which would accomplish the tax purposes outlined in Merrill's illusory ruse to obtain title to The Property. The deception is underscored by the stock certificate appearance of the Beneficial Interest Certificates that are dominated by the centrally disposed *Castle Church Official Trust Seal*. The Certificates were designed and calculated to dupe Bishops into trusting Merrill's fiction that a trust had been created.

14.    The documents listed in paragraph 12 above did not and do not create a trust. The documents comprise nothing but fancy art work and legal gibberish designed to deceive and defraud the incapacitated Bishops. To reinforce the misrepresentation as to the legal efficacy of the so-called trust documents, Merrill assured the Bishops that they could "fire" him at any time, which representation was made with the knowledge that a document intended to be recorded with a Warranty Deed to Trustee (which was recorded at Book 750, Page 167 ("Page 167") contradicted that representation by naming Merrill's daughter and seven year old granddaughter as successor trustees. (*See* Exhibit B)

15.    Having knowingly misrepresented to the Bishops the existence of a trust, Merrill took the next step to effectuate his nefarious strategy to deprive Bishops of their interest in the Bishop Castle. Defendant Merrill drafted a Warranty Deed To Trustee conveying The Property from Bishop Castle Nonprofit Corporation to "CASTLE CHURCH – For the Redemption of the Office BISHOP." Assuring Bishops that The Property would be placed in a trust designed for their tax benefit, on February 9, 2015, Merrill mislead, coerced and intimidated the physically and mentally incapacitated Bishops into executing the Warranty Deed To Trustee (Exhibit B) which Merrill subsequently recorded in the records of Custer County, Colorado at Book 750, pages 165-167.

16. Having learned that the legal description of The Property included in the February 9, 2015 Warranty Deed To Trustee was incorrect, Merrill prepared a Corrective Warranty Deed and on February 19, 2015, Merrill again mislead, coerced and intimidated the mentally and physically incapacitated Bishops into executing the Corrective Warranty Deed which Merrill hastily recorded in the records of Custer County at Document 00224792, Book 750, Page 335-337 (Exhibit C). The recorded Corrective Deed also had attached to it at Page 337, a similar untitled, unsigned and un-notarized third page to the recorded Page 167, that was attached to the Warranty Deed to Trustee (see Exhibit B). There is no evidence that the third pages 167 and 337 were attached to the respective deeds at the time of their execution by the Bishops.

17.   Neither of the Bishops understood that they were executing a conveyance of title to The Property other than to a valid trust. The Bishops relied on Merrill's representations that The Property was being put into a valid trust, and that the Bishops would continue to have ownership through their interest in the trust and that they would continue to have control of The Property, in addition to the tax benefits represented by Merrill.

18.   Following recording of the Corrective Deed, Merrill has declared himself to the media and the public be the **owner** of Bishop Castle. Merrill has caused all indicia of Bishop Castle to be changed from its well-known and widely published name of Bishop Castle to "CASTLE CHURCH – For the Redemption of the Office BISHOP." Merrill has taken all monies from the donation boxes located in and around Bishop Castle for his own use and has assumed control of Bishop Castle.

19.   Merrill is threatening to fence the Bishop Castle property and to substantially change the character of Bishop Castle, as well as the qualifications for public admission to Bishop Castle. Merrill is attempting to change the identity of Bishop Castle in the records of the San Isabel Electric Service to his own name in order to control electric service to Bishop Castle and the adjoining leased building which houses the gift store referred to in paragraph 9 above.

20.   The well-publicized act of seizing control of Bishop Castle by Merrill has already created adverse publicity for Bishop Castle and, among other things, has significantly and adversely affected the income of the Bishops. (Exhibit D)

<u>First Claim for Relief</u>
Preliminary Injunction

21.   Plaintiffs incorporate by reference the allegations of paragraphs 1-20 above.

22.   Plaintiffs request a preliminary injunction from this Court pursuant to C.R.C.P. Rule 65(a), enjoining Defendant Merrill from:

    (a)  taking any action as the so-called "trustee" of the so-called "trust" CASTLE CHURCH – For the Redemption of the Office BISHOP or as the pretextual owner of The Property;

4

**A4**

(b)  asserting any authority for or control over Bishop Castle;

(c)  changing the identity of the Bishop Castle customer with San Isabel Electric Association, Inc. with respect to electrical service to the improvements on The Property;

(d)  placing any fencing or other structures on The Property;

(e)  physically entering The Property or going into Bishop Castle;

(f)  gaining any access to Bishop Castle Nonprofit Corporation's files and records;

(g)  otherwise changing the identity or name of Bishop Castle; and

(h)  identifying himself or CASTLE CHURCH – For the Redemption of the Office BISHOP as the owner of Bishop Castle.

23.    Plaintiffs have a reasonable probability of success on the merits.

24.    There is a danger of real, immediate and irreparable injury to The Property, Bishop Castle, the Bishops and Bishop Castle Nonprofit Corporation which may be prevented by injunctive relief.

25.    Plaintiffs have no plain, speedy, and adequate remedy at law.

26.    Granting a preliminary injunction will not disserve the public interest and will enhance the public interest.

27.    The balance of equities favors an injunction.

28.    An injunction will preserve the status quo of Bishop Castle, The Property, and its assets and business, pending a trial or hearing.

Wherefore, Plaintiffs pray for a preliminary injunction against Merrill as aforesaid.

<u>Second Claim for Relief</u>
Declaratory Judgment Regarding the Purported Trust

29.    Plaintiffs incorporate by reference the allegations of paragraphs 1-28 above.

30.    A genuine and actual controversy exists between Plaintiffs and Defendant Merrill as to the existence of any trust concerning or having to do with Bishops or Bishop Castle Nonprofit Corporation and especially one by the name of CASTLE CHURCH – For the Redemption of the Office BISHOP.

31.    The professed "trust", CASTLE CHURCH – For the Redemption of the Office BISHOP, does not exist, as a trust or any other entity.

32.    None of the documents listed in paragraph 12 above, or a subsequently filed Trust Registration Statement, taken alone or in combination, create a viable trust. The documents contain no declaration of trust. The documents contain no declaration of rights of the beneficiaries. The "trust" has no specified purpose. The "trust" has no term. As of February 4, 2015, the "trust" had no corpus. The so-called beneficial interests are not described. The duties of the Trustee are not set forth. The Registration of the Trust made in the Courts for El Paso County on May 11, 2015, is **void** for failing to comply with most of the requirements of C.R.S. § 15-16-102.

33.    This claim is brought under Title 13, Article 51 of Colorado Revised Statues.

Wherefore, Plaintiffs pray for a judgment declaring that *CASTLE CHURCH – For the Redemption of the Office BISHOP* is not a trust and is a non-existent fictitious entity.

### Third Claim for Relief
### Rescission Regarding the Purported Trust

34.    Plaintiffs incorporate by reference the allegations of paragraphs 1-33 above.

35.    Alternatively, and without prejudice to the allegations and request for declaratory judgment, the so-called trust, CASTLE CHURCH – For the Redemption of the Office BISHOP, was fraudulently conceived by Merrill and must be rescinded.

36.    Merrill made false representations about the future in asserting to the Bishops that more favorable tax advantages would be attainable from affiliating the Castle with a church oriented organization which was represented to Bishops as being a trust by the name of CASTLE CHURCH – For the Redemption of the Office BISHOP of which he, Merrill, would be the Trustee. The representation was false. IRS section 508 benefits were not attained and could not be attained because the prerequisite section 501(c)(3) certification of CASTLE CHURCH – For the Redemption of the Office BISHOP does not exist.

37.    Merrill claimed to have special knowledge to support these statements that he did not have.

38.    Merrill made false representations to Bishops as to the legal existence of the so-called trust CASTLE CHURCH – For the Redemption of the Office BISHOP, including the preparation of sham and bogus documents which he wrongfully induced Bishops to execute. Merrill knew or should have known that the documents, or any of them, created a valid trust.

39.     Merrill made the false representations with the intent that Bishops would rely on the representations and execute the documents.

40.     Bishops relied on the representations.

41.     The Bishops' reliance was justified.

42.     The reliance has caused damages and losses to Plaintiffs.

Wherefore, Plaintiffs pray that the purported trust CASTLE CHURCH – For the Redemption of the Office BISHOP be rescinded.

### Fourth Claim for Relief
Declaratory Judgment Regarding Warranty Deeds

43.     Plaintiffs incorporate by reference the allegations of paragraphs 1-42 above.

44.     A genuine and actual controversy exists between Plaintiffs and Defendant Merrill as to the validity of the Warranty Deed to Trustee and the Corrective Warranty Deed ("Deeds").

45.     Until February 9, 2015, Plaintiff Bishop Castle Nonprofit Corporation was the owner The Property. On February 9, 2015, and February 19, 2015, the Bishops, as officers of Plaintiff Bishop Castle Nonprofit Corporation, lacked the mental and physical capacity to execute a deed and were misled, coerced and defrauded into executing the Deeds, purporting to convey The Property to *"CASTLE CHURCH – For the Redemption of the Office BISHOP."*

46.     There is no filing with the Colorado Secretary of State or with the Internal Revenue Service as a non-profit corporation, a 501(c)(3) or a 508 entity, in the name of *CASTLE CHURCH – For the Redemption of the Office BISHOP.*

47.     The Deeds are **void** because the grantee in the Deeds is non-existent and is a non-entity.

48.     This claim for relief is brought under Title 13, Article 51 of Colorado Revised Statutes.

Wherefore, Plaintiffs pray for a judgment declaring that the Deeds are void and of no effect.

### Fifth Claim for Relief
Rescission of Warranty Deeds

49.     Plaintiffs incorporate by reference the allegations of paragraphs 1-48 above.

**A7**

50.     Alternatively, the Deeds are subject to rescission because they were fraudulently procured, including, but not limited to:

> (a) Merrill made false representations of a past or present fact in asserting to the Bishops that more favorable tax advantages would be attainable from affiliating the Castle with a church-oriented organization which was represented to Bishops as being a trust, that is, CASTLE CHURCH – For the Redemption of the Office BISHOP, of which he, Merrill, was the Trustee and Bishops were beneficiaries. The fact was material.

> (b) Merrill made false representations of a past or present fact in asserting to Bishops the legal existence of the grantee in the Deeds, the so-called CASTLE CHURCH – For the Redemption of the Office BISHOP. The fact was material.

51.     At the time the representations were made Merrill knew the representations were false or he was aware that he did not know whether the representation was true or false.

52.     Merrill made the false representations with the intent that Bishops would rely on the representations and execute the Deeds.

53.     The Bishops relied on the representations.

54.     The Bishops' reliance was justified.

55.     The reliance has caused damages and losses to Plaintiffs.

56.     Alternatively, the Deeds are subject to rescission because they were procured by exploitation of at-risk elders. Merrill knowingly used deception, harassment, intimidation, or undue influence to permanently or temporarily deprive Bishops, the at-risk elders, of the use, benefit, or possession of The Property and the income production capacity of the Bishop Castle, things of value. This is fraud *per se*, pursuant to C.R.S. § 18-6.5-103(7.5).

57.     Alternatively, the Deeds are subject to rescission for lack of consideration.

Wherefore, Plaintiffs pray for a judgment rescinding the Deeds.

### Sixth Claim for Relief
Breach of Trust

58.     Plaintiffs incorporate by reference the allegations of paragraphs 1-57 above.

59.     Without prejudice to Plaintiffs' above-stated claims for relief, Plaintiffs allege that Defendant Merrill, representing himself as the "Trustee" of the CASTLE CHURCH – For

8

**A8**

the Redemption of the Office BISHOP, has and continues to act in breach of represented trust.

60.     Plaintiffs, through previous counsel, have requested an accounting from Merrill. Merrill has refused to provide an accounting. Instead, Merrill has generated and delivered to Bishops an additional sham document referencing non-existent but high sounding things and concepts such as "trust by-laws", "the trust contract", "the Board of Trustees", "Capital Unit Certificate Holder", and reference to sections 8.5 and 20.1.of a non-existent Trust Contract. (Exhibit E)

61.     Although no trust was ever created, the bombardment of the Bishops with legally incompetent and impotent documents while at the same time holding himself out as the "Trustee," mantled with all the indicia of fiduciary duty and trustworthiness, constitutes the quintessential breach of trust.

62.     Merrill's actions have caused damages, both financially and by reputation, to Plaintiffs in amount to be proven at trial.

63.     Plaintiffs are entitled to an award of damages, including their reasonable attorney fees and costs incurred in prosecuting this action against Defendant. *Heller v. First Nat. Bank of Denver, N.A.*, 657 P.2d 992 (Colo. App. 1982).

Wherefore, Plaintiffs pray for judgments and orders in their favor and against Defendant, as follows, some claims made alternatively:

a.     An injunction against Merrill.
b.     A recordable judgment declaring the Deeds to be void and of no effect.
c.     A judgment rescinding the Deeds.
d.     A judgment declaring the purported Trust to be void and of no effect.
e.     A judgment rescinding the purported Trust.
f.     A judgment declaring Defendant to be in breach of the fiduciary duties he assumed under the purported trust.
g.     An award of their damages, including an award of their attorney fees and costs and such other and further relief as to the court seems proper.

DATED this 4th day of June, 2015.

Respectfully submitted,

*The duly signed original is on file in*
*the offices of Hanes & Bartels LLC*

*/s/ Richard W. Hanes*
Richard W. Hanes, #1206

Plaintiffs' address:
1529 Claremont Avenue
Pueblo, Colorado  81004

9

**A9**

# Beneficial Interest Certificate for the
## CASTLE CHURCH - For the Redemption of the Office BISHOP

Contract and Declaration of Trust dated the 4th day of February 20 15

This is to certify that by this decree of the Creator of the Contract and Declaration of Trust known as CASTLE CHURCH - For the Redemption of the Office BISHOP that the (Primary Beneficiary)

Jim BISHOP

is the holder of a 50 % beneficial interest.

Should Jim BISHOP, before his death or final legal demise assign any or all of his beneficial interest, which he is entitled to do, then any heir whether contemplated herein or not is of no effect or validity, and the would be heir is absent right or power for any interaction or receiving any benefit from this Trust Contract unless assignment of beneficial interest is made to them and ratified by the Trustee.

IN TESTIMONY WHEREOF,

on this ___ of February 20 15

by ___ Trustee

David Merrill
Money
Redemption of ___ USC §411
Pursuant to ___
www.law.cornell.edu/uscode/

Castle Church Official Trust Seal

| Percent Beneficial Interest |
| --- |
| 50 % |

**Exhibit A - Page 1 of 3**

**Ratification of Transfer to Successor Beneficiary (s) as listed below:**

CASTLE CHURCH - For the Redemption of the Office BISHOP, by and through its Trustee, David Merrill, absent individual capacity; and solely as Trustee:

Date: 2/4/2015

I, Jim Bishop, **Assignment of Beneficial Interest by Beneficiary:** [current beneficiary] Dated: 2-4-2015 hereby assign my currently held beneficial interest in LIVING LARGE TRUST No.518 to:

_____ % [Percent]
_____ % [Percent]
_____ % [Percent]
_____ % [Percent]

---

Primary Beneficiary: Jim BISHOP

Can be reached by Mail: _____

or Phone: _____

Successor Beneficiary: Daniel Vernon Bishop

Percent Beneficial Interest: 100 %

Can be reached by Mail: _____

or Phone: _____

In the event of said Beneficiary refusal or/for Death

Successor Beneficiary: Dorita Darlene Bishop

Percent Beneficial Interest: 50 %

Can be reached by Mail: _____

or Phone: _____

Successor Beneficiary: Valerie Maurene Bishop Moore

Percent Beneficial Interest: 50 %

Can be reached by Mail: _____

or Phone: _____

Trustee of CASTLE CHURCH - For the Redemption of the Office BISHOP shall issue a new Beneficial Interest Certificate whenever necessary or expedient, however, the non-issuance of a new Beneficial Interest Certificate shall not invalidate the vesting and/or transfer of any deceased beneficiaries interest, should the agreement of the remaining adult beneficiaries be evidenced by parol or other evidence. ANY BENEFICIARY CLAIMING RIGHTS UNDER THIS DOCUMENT IS PERPETUALLY AND PRINCIPALLY BOUND AND SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT AND DECLARATION OF TRUST FOR THE CASTLE CHURCH - For the Redemption of the Office BISHOP.

**Exhibit A - Page 2 of 43**

A11

## ARTICLE TWENTY-EIGHT
## CERTIFICATION AND ACKNOWLEDGMENT

**SECTION 28.1** This Contract and Indenture, conveyance and acceptance is made and entered into by and between the Creator, who offers in exchange for the consideration of Thirty (30) dollars of lawful money, in the form of United States Notes, and other "valuable consideration" to wit: non-Federal Reserve currency or credit and upon the mutual promises and obligations made and agreed upon herein this Contract: as good and valuable consideration, receipt of which is hereby acknowledged, and all assets and properties, regardless of source, conveyed to this Trust organization, with full title to be held by the Trust through its Board of Trustees; and by the first Trustee(s), who accepts appointment by signed appointment and acceptance and evidenced herein, and who on behalf of the Board acknowledges receipt of the above and who hereby does exchange to the Creator, good and valuable consideration of one hundred (100) capital units, receipt of which is hereby acknowledged, and all Trust capital units in this Trust, as full and adequate consideration, receipt of which is hereby acknowledged by the Creator.

**IN WITNESS WHEREOF**, the Creator and the Trustee(s), by their signatures, do hereby acknowledge the creation and establishment of this Trust and the conveyance, delivery and acceptance of the assets, obligations, and duties as herein contained and assent to all stipulations imposed and expressed in this Contract and Indenture. The intent of this Contract and Indenture to be found in its essence.

**NOT WITHSTANDING** any other provision of this Trust Contract and Indenture, no power shall be exercised, nor any action taken by the trustee(s) except upon the unanimous consent of all Trustees having authority to exercise that power.

Executed on this, the ___4th___ day of ___February___ 20_15_.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief.

David Merrill is thirteenth heir "perpetual inheritance" from the Survey – *Charter of Freedoms and Exemptions Granted to Patroons (1629)* – through ancestor Teunis Jansen Laenan VAN PELT, an original Patroon of Manhattan and Brooklyn. This express trust is granted from the constructive trust formed through salvage of BISHOP CASTLE NONPROFIT CORPORATION for James Roland (BISHOP) in the year of our LORD Jesus CHRIST in 2002 – USDC (Colorado) #02-cv-2098 – *James Roland v. Fred JOBE and Julie MARSHAL.* Ownership of Castle Church was confirmed by Bill of Exchange published in El Paso County (Colorado) Clerk and Recorder #201099293 7/16/2001, proof of service (original) on Richard GRASSO Chairman of the New York Stock Exchange, 7/19/2001 at #201101604; Demand and Claim in the Name above all Names "Jesus Christ of Nazareth" was made 8/13/2001 and thirty-day Judgment was perfected 9/11/2001.

1st TRUSTEE: _____
David Merrill member of the family of VAN PELT

CREATOR: _Jim Bishop_    CREATOR: _Phoebe Bishop_
Jim BISHOP                Phoebe BISHOP

"...At the mouth of two or three witnesses shall the matter be established..." Duet. 19-15

Witness: _____ Signature: _____

Witness: _____ Signature: _____

34                    CASTLE CHURCH - For the Redemption of the Office BISHOP

**Exhibit A - Page 3 of 3**

00224736   Feb 09,2015 03:13P   B: 750 P: 165
Debbie Livengood-Custer County Clerk Colorado

State Documentary Fee
————————————

Feb 09,2015

————————————
$         .00
————————————

# WARRANTY DEED TO TRUSTEE

RETURN:   **CASTLE CHURCH - For the Redemption of the Office BISHOP** | Preparer: BISHOP CASTLE NONPROFIT CORPORATION
David Merrill, as Trustee | Revenue Stamps: $0.00
c/o Courier Process Service |
115 E. Vermijo #202 |
Colorado Springs Colorado {80903} |

**Colorado**
**Custer County**

THIS WARRANTY DEED is made this _9th_ day of _February_ ,20_15_ by and between **BISHOP CASTLE NONPROFIT CORPORATION**, (hereinafter referred to as "Grantor"), and **CASTLE CHURCH - For the Redemption of the Office BISHOP** an irrevocable Trust and the hereinafter named Trustee (hereinafter referred to as "Grantee"), shall have full Trustee powers and authority as described in the attached addendum.

### WITNESSETH:

The Grantor, for and in consideration of the sum of ten Redeemed United States Dollars per Title 12 United States Code Section 411 ($10.00) and other "valuable consideration in the form of United States Notes", receipt of which is hereby acknowledged, hereby grants, bargains, sells, and conveys to the Grantee, in fee simple, all that certain land lying more particularly described as follows:

The North 1/2 of the NE 1/4 of the NW 1/4 of the SW 1/4 of Section 10
T23s R69W of the 6th PM.

The property hereinabove described was acquired by Grantor by instrument recorded in Book _191_ and Pages _164_ and Reception #135964 Custer County Registry, Colorado.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining, to have and to hold in fee simple forever.

The Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; has good, right and lawful authority to sell and convey said land, hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that title to the land hereinbefore described is subject to restrictive covenants, easements, right of way, if any, appearing of record in Custer County Registry, Colorado.

STATE OF COLORADO )ss
COUNTY OF CUSTER )
I, Debbie Livengood, Clerk and Recorder in and for the
and County aforesaid, do certify the following to be a true
complete copy of the _Warr Deed_ as the same
of record in my office in Book _750_ Page _165_

_Debbie Livengood_
Debbie Livengood, Custer County Clerk & Recorder
_S. Brighdten_ Deputy Clerk

**Exhibit B  Page 1 of 3**

**A13**

Doc#: 00224736
Bk: 750 Pg: 166

IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents the day and year first above written.

_Shelley Duarte_ _____ (seal)     _Sherry Gardner_ _____ (seal)
Witness                                    Witness

_Shelley Duarte_                           _Sherry Gardner_
Printed Name of Witness                    Printed Name of Witness

State of Colorado, County of _Pueblo_      State of Colorado, County of _Pueblo_

I, _Danielle L. Caro_                      I, _Danielle L. Caro_

a Notary Public of _Pueblo_ County, CO, do   a Notary Public of _Pueblo_ County, CO, do
hereby certify that the above named witness personally appeared   hereby certify that the above named witness personally appeared
before me and duly acknowledged the foregoing instrument.   before me and duly acknowledged the foregoing instrument.

This the _9th_ day of _February_, 20_15_.   This the _9th_ day of _February_, 20_15_.

_Danielle L Caro_                          _Danielle L Caro_
Notary Public        (seal)                Notary Public        (seal)
My commission expires: 1-15-19             My commission expires: 1-15-19

DANIELLE L. CARO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001717
MY COMMISSION EXPIRES JANUARY 15, 2019

BISHOP CASTLE NONPROFIT CORPORATION, as    BISHOP CASTLE NONPROFIT CORPORATION, as
Grantor, by its authorized officer(s):     Grantor, by its authorized officer(s):

_Jim Bishop_                               _Phoebe Bishop_
Jim BISHOP, as President, Grantor (seal)    Phoebe BISHOP, as Treasurer, Grantor (seal)

State of Colorado, County of _Pueblo_      State of Colorado, County of _Pueblo_

I, _Danielle L. Caro_                      I, _Danielle L. Caro_

a Notary Public of _Pueblo_ County, CO, do   a Notary Public of _Pueblo_ County, CO, do
hereby certify that Jim BISHOP personally appeared before me   hereby certify that Phoebe BISHOP personally appeared before
and duly acknowledged the foregoing instrument.   me and duly acknowledged the foregoing instrument.

This the _9th_ day of _February_, 20_15_.   This the _9th_ day of _February_, 20_15_.

_Danielle L Caro_                          _Danielle L Caro_
Notary Public        (seal)                Notary Public        (seal)
My commission expires: 1-15-19             My commission expires: 1-15-19

DANIELLE L. CARO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001717
MY COMMISSION EXPIRES JANUARY 15, 2019

DANIELLE L. CARO
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20034001717
MY COMMISSION EXPIRES JANUARY 15, 2019

**Exhibit B - Page 2 of 3**

A14

Doc#: 00224736
Bk: 750 Pg: 167

**CASTLE CHURCH - For the Redemption of the Office BISHOP**, an Irrevocable Trust and the hereinafter named Trustee, (hereafter referred to as "Grantee"). The property herein conveyed shall stand as sole security for obligations of Grantee(s) hereunder.

TO HAVE AND TO HOLD the said described premises with all the members, rights and appurtenances upon the trust and for the uses and purposes herein and in the existing Contract and Declaration of Trust of the herein named Trust that has been previously created.

Full power and authority is hereby granted to said Trustee to purchase, improve, subdivide, manage and protect said real estate or any part thereof: to dedicate parks, streets, highways or alleys and to vacate any subdivision or part thereof and to re-subdivide said real estate as often as desired: to contract: to: renovate, to repair, to sell: to grant options to purchase, to sell on any terms; to take back, foreclose and release mortgages; to convey either with or without consideration, to carry back financing: to convey said real estate or any part thereof to a successor or successors in trust, all of the title, estate, powers and authorities vested in said Trustee: to donate, dedicate, mortgage, pledge as collateral or otherwise encumber said real estate, or any part thereof, from time to time to contract to lease, or if required, to hire management for said real estate, or any part thereof, in possession or reversion, by leases to commence in praesenti or in futuro, and upon any terms and for any period or periods of time, not exceeding in the case of any single demise the term of 99 years, and to renew or extend leases upon terms and for any period or periods of time and to amend, change or modify leases and the terms and provisions thereof at any time or times hereafter; and to grant options to lease, options to renew leases, options to purchase the whole or any part of the reversion and to contract respecting the manner of fixing the amount of present and future rentals: to exchange said property, or any part thereof, for other real or personal property, to grant easements or charges of any kind; to release, convey or assign any right, title use or interest in or to said real estate or any part thereof; and to deal with said property and every part thereof in all other ways and for other considerations as it would be lawful for any person owning the same to deal with the same, whether similar to or different from the ways above specified, at any time or times hereafter, including filing lawsuits and hiring counsel..

In no case shall any party dealing with said Trustee in relation to said real estate or to whom said real estate or any part thereof shall be conveyed, contracted to be sold, leased or mortgaged by said Trustee, be obliged to see to the application of any purchase money, rent, or money borrowed or advanced on said premises, or be obliged to see that the terms of this trust have been complied with, or be obliged to inquire into the necessity or expediency of any act of said Trustee, or be obliged or privileged to inquire into any of the terms of said Contract and Declaration of Trust; and every deed, trust deed, mortgage, lease, management agreement or other instrument executed by said Trustee in relation to said real estate shall be conclusive evidence in favor of every person relying upon or claiming under any such conveyance, lease or other instrument (a) that at the time of the delivery thereof the trust created by this indenture and by said Contract and Declaration of Trust was in full force and effect, (b) that such conveyance or other instrument was executed in accordance with the trusts, conditions and limitations contained in this Indenture and in said Contract and Declaration of Trust and binding upon all parties thereunder, (c) that said Trustee was duly authorized and empowered to execute and deliver every such deed, trust deed, lease, mortgage, management agreement or other instrument, (d) if the conveyance is made to a successor or successors in trust, that such successor or successors in trust have been properly appointed and are fully vested with all the title, estate, rights, powers, duties and obligations of the said predecessor in trust, and (e) Trustee is prohibited under the terms of the aforesaid Contract and Declaration of Trust to reveal the terms and conditions of said Contract and Declaration of Trust or the records of the Trust without express written authorization from the holder(s) of the power of direction of the Trust.

**Any contract, obligation or indebtedness incurred or entered into by the Trustee in connection with said real estate may be entered into by the Trustee in the name of the Trust, or at the election of said Trustee, in his own name as Trustee and not individually and the Trustee shall have no obligation whatsoever with respect to any such contract, obligation or indebtedness except only so far as the trust property and funds in the actual possession of the Trustee shall be applicable for the payment and discharge thereof, and all persons and corporations whomsoever shall be charged with notice of this condition from the date of the filing for record of this deed.** Any litigation arising in connection with this document will be adjudicated under the laws of the State of Colorado. In the event any portion of this agreement shall be found to be not supportable under Colorado Statutes, the remaining provisions shall continue to be valid and subject to enforcement in the courts without exception. In like manner, any obligations of either party which may become law shall be binding on both parties as if included herein.

The situs of the domicile of said trust shall be the domicile of the Trustee and of any successor Trustee who shall henceforth act in that capacity. The said situs of the Trust shall be the governing jurisdiction for any legal action undertaken pursuant to the assets of the aforesaid trust. In the event of the said Trustee's death, incapacity, disappearance, bankruptcy, resignation or unwillingness to act in accordance with directions given by the party or parties holding the Power of Direction under the terms of said trust agreement; the filing of a death certificate or notice of dismissal of the initial Trustee or of any successor Trustee hereafter named in the Public Records of the county in which any trust property is held, along with an Affidavit attesting to the appointment and acceptance by any of the following successor Trustees, without regard to the order in which listed, shall be effective to vest title to said successor Trustee or Trustees. The following individual(s) shall be Successor Trustee(s) with the same powers as stated herein: Amanda Kathleen VAN PELT and Kalila Rose VAN PELT. The First Trustee, representing the Board of Trustees, holding title to the aforesaid property for the aforenamed trust under the terms of the aforesaid trust agreement shall be David Merrill a member of the family VAN PELT. The Grantor(s) fully warrant(s) the title to said real estate and will defend the same against the lawful claims of all persons whomever.

**Exhibit B - Page 3 of 3**

00224792   Feb 19,2015 02:40P   B: 750 P: 335
Debbie Livensood-Custer County Clerk  Colorado

State Documentary Fee
------------
Feb 19,2015

$ ...   .00

# CORRECTIVE WARRANTY DEED

RETURN:   **CASTLE CHURCH - For the Redemption of the Office BISHOP** | Preparer: BISHOP CASTLE NONPROFIT CORPORATION
David Morrill, as Trustee | Revenue Stamps: $0.00
c/o Courier Process Service |
115 E. Vermijo #202 |
Colorado Springs Colorado [80903] |

**Colorado**
**Custer County**

THIS CORRECTIVE WARRANTY DEED is to correct the legal description of a certain WARRANTY DEED TO TRUSTEE purporting to convey that certain real property described herein from Grantor **BISHOP CASTLE NONPROFIT CORPORATION** to Grantee **CASTLE CHURCH - For the Redemption of the Office BISHOP** signed on the 9th day of February 2015 and recorded in the Custer County Registry on the 9th day of February 2015 at Book 750 and Page 165.

### WITNESSETH:

The Grantor, for and in consideration of the sum of ten Redeemed United States Dollars per Title 12 United States Code Section 411 (**$10.00**) and other "valuable consideration in the form of United States Notes", receipt of which is hereby acknowledged, hereby grants, bargains, sells, and conveys to the Grantee, in fee simple, all that certain land lying more particularly described as follows:

Legal Description:   N2NE4NW4NE4SW4 Section 10, Township 23 South, Range 69 West.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining, to have and to hold in fee simple forever.

The Grantor hereby covenants with said Grantee that the Grantor is lawfully seized of said land in fee simple; has good, right and lawful authority to sell and convey said land, hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that title to the land hereinbefore described is subject to restrictive covenants, easements, right of way, if any, appearing of record in Custer County Registry, Colorado.

STATE OF COLORADO )
COUNTY OF CUSTER )ss
I, Debbie Livengood, Clerk and Recorder in and for the State and County aforesaid, do certify the following to be a true and complete copy of the *Corr/OCD* as the same of record in my office in Book *980* Page *335*.

Debbie Livengood
Debbie Livengood, Custer County Clerk & Recorder
JJ Bitodis DepityClerk

**Exhibit C - Page 1 of 3**

**A16**

Doc#: 00224792
Bk: 750 Pg: 336

IN WITNESS WHEREOF, the said Grantor has signed and sealed these presents the day and year first above written.

_Lois Brown_ _____ (seal)
Witness

**LOIS BROWN**
Printed Name of Witness

_Hazel A Kent_ _____ (seal)
Witness

**Hazel A Kent**
Printed Name of Witness

State of Colorado, County of _Pueblo_ _____

I, _Immanuel Santistevan_ _____

a Notary Public of _Pueblo_ _____ County, CO, do hereby certify that the above named witness personally appeared before me and duly acknowledged the foregoing instrument.

This the _19_ day of _Feb_ , 20_15_ .

_Immanuel Santistevan_
Notary Public
My commission expires: _7-13-15_

State of Colorado, County of _Pueblo_ _____

I, _Immanuel Santistevan_ _____

a Notary Public of _Pueblo_ _____ County, CO, do hereby certify that the above named witness personally appeared before me and duly acknowledged the foregoing instrument.

This the _19_ day of _Feb_ , 20_15_ .

_Immanuel Santistevan_
Notary Public
My commission expires: _7-13-15_

**BISHOP CASTLE NONPROFIT CORPORATION**, as Grantor, by its authorized officer(s):

_Jim Bishop_
**Jim BISHOP, as President**, Grantor     (seal)

**BISHOP CASTLE NONPROFIT CORPORATION**, as Grantor, by its authorized officer(s):

_Phoebe Bishop_
**Phoebe BISHOP, as Treasurer**, Grantor (seal)

State of Colorado, County of _Pueblo_ _____

I, _Immanuel Santistevan_ _____

a Notary Public of _Pueblo_ _____ County, CO, do hereby certify that **Jim BISHOP** personally appeared before me and duly acknowledged the foregoing instrument.

This the _19_ day of _Feb_ , 20_15_ .

_Immanuel Santistevan_
Notary Public
My commission expires: _7-13-15_

State of Colorado, County of _Pueblo_ _____

I, _Immanuel Santistevan_ _____

a Notary Public of _Pueblo_ _____ County, CO, do hereby certify that **Phoebe BISHOP** personally appeared before me and duly acknowledged the foregoing instrument.

This the _19_ day of _Feb_ , 20_15_ .

_Immanuel Santistevan_
Notary Public
My commission expires: _7-13-15_

**Exhibit C - Page 2 of 3**

Doc#: 00224792
Bk: 750 Pg: 337

**CASTLE CHURCH - For the Redemption of the Office BISHOP**, an Irrevocable Trust and the hereinafter named Trustee, (hereafter referred to as "Grantee"). The property herein conveyed shall stand as sole security for obligations of Grantee(s) hereunder.

TO HAVE AND TO HOLD the said described premises with all the members, rights and appurtenances upon the trust and for the uses and purposes herein and in the existing Contract and Declaration of Trust of the herein named Trust that has been previously created.

Full power and authority is hereby granted to said Trustee to purchase, improve, subdivide, manage and protect said real estate or any part thereof; to dedicate parks, streets, highways or alleys and to vacate any subdivision or part thereof and to re-subdivide said real estate as often as desired; to contract; to renovate, to repair, to sell; to grant options to purchase, to sell on any terms; to take back, foreclose and release mortgages; to convey either with or without consideration, to carry back financing; to convey said real estate or any part thereof to a successor or successors in trust, all of the title, estate, powers and authorities vested in said Trustee: to donate, dedicate, mortgage, pledge as collateral or otherwise encumber said real estate, or any part thereof, from time to time to contract to lease, or if required, to hire management for said real estate, or any part thereof, in possession or reversion, by leases to commence in praesenti or in futuro, and upon any terms and for any period or periods of time, not exceeding in the case of any single demise the term of 99 years, and to renew or extend leases upon terms and for any period or periods of time and to amend, change or modify leases and the terms and provisions thereof at any time or times hereafter; and to grant options to lease, options to renew leases, options to purchase the whole or any part of the reversion and to contract respecting the manner of fixing the amount of present and future rentals: to exchange said property, or any part thereof, for other real or personal property, to grant easements or charges of any kind; to release, convey or assign any right, title use or interest in or to said real estate or any part thereof; and to deal with said property and every part thereof in all other ways and for other considerations as it would be lawful for any person owning the same to deal with the same, whether similar to or different from the ways above specified, at any time or times hereafter, including filing lawsuits and hiring counsel..

In no case shall any party dealing with said Trustee in relation to said real estate or to whom said real estate or any part thereof shall be conveyed, contracted to be sold, leased or mortgaged by said Trustee, be obliged to see to the application of any purchase money, rent, or money borrowed or advanced on said premises, or be obliged to see that the terms of this trust have been complied with, or be obliged to inquire into the necessity or expediency of any act of said Trustee, or be obliged or privileged to inquire into any of the terms of said Contract and Declaration of Trust; and every deed, trust deed, mortgage, lease, management agreement or other instrument executed by said Trustee in relation to said real estate shall be conclusive evidence in favor of every person relying upon or claiming under any such conveyance, lease or other instrument (a) that at the time of the delivery thereof the trust created by this indenture and by said Contract and Declaration of Trust was in full force and effect, (b) that such conveyance or other instrument was executed in accordance with the trusts, conditions and limitations contained in this Indenture and in said Contract and Declaration of Trust and binding upon all parties thereunder, (c) that said Trustee was duly authorized and empowered to execute and deliver every such deed, trust deed, lease, mortgage, management agreement or other instrument, (d) if the conveyance is made to a successor or successors in trust, that such successor or successors in trust have been properly appointed and are fully vested with all the title, estate, rights, powers, duties and obligations of the said predecessor in trust, and (e) Trustee is prohibited under the terms of the aforesaid Contract and Declaration of Trust to reveal the terms and conditions of said Contract and Declaration of Trust or the records of the Trust without express written authorization from the holder(s) of the power of direction of the Trust.

Any contract, obligation or indebtedness incurred or entered into by the Trustee in connection with said real estate may be entered into by the Trustee in the name of the Trust, or at the election of said Trustee, in his own name as Trustee and not individually and the Trustee shall have no obligation whatsoever with respect to any such contract, obligation or indebtedness except only so far as the trust property and funds in the actual possession of the Trustee shall be applicable for the payment and discharge thereof, and all persons and corporations whomsoever shall be charged with notice of this condition from the date of the filing for record of this deed. Any litigation arising in connection with this document will be adjudicated under the laws of the State of Colorado. In the event any portion of this agreement shall be found to be not supportable under Colorado Statutes, the remaining provisions shall continue to be valid and subject to enforcement in the courts without exception. In like manner, any obligations of either party which may become law shall be binding on both parties as if included herein.

The situs of the domicile of said trust shall be the domicile of the Trustee and of any successor Trustee who shall henceforth act in that capacity. The said situs of the Trust shall be the governing jurisdiction for any legal action undertaken pursuant to the assets of the aforesaid trust. In the event of the said Trustee's death, incapacity, disappearance, bankruptcy, resignation or unwillingness to act in accordance with directions given by the party or parties holding the Power of Direction under the terms of said trust agreement; the filing of a death certificate or notice of dismissal of the initial Trustee or of any successor Trustee hereafter named in the Public Records of the county in which any trust property is held, along with an Affidavit attesting to the appointment and acceptance by any of the following successor Trustees, without regard to the order in which listed, shall be effective to vest title to said successor Trustee or Trustees. The following individual(s) shall be Successor Trustee(s) with the same powers as stated herein: Amanda Kathleen VAN PELT and Kalila Rose VAN PELT. The First Trustee, representing the Board of Trustees, holding title to the aforesaid property for the aforenamed trust under the terms of the aforesaid trust agreement shall be David Merrill a member of the family VAN PELT. The Grantor(s) fully warrant(s) the title to said real estate and will defend the same against the lawful claims of all persons whomever..

This page is found @ Doc#: 00224736 Published Feb. 9, 2015 03:13P
Bk: 750 Pg: 166

**Exhibit C - Page 3 of 3**

Bishop Castle gets a new owner - KOAA.com | Continuous News | Colorado Springs and ...   Page 1 of 2



Posted: Apr 24, 2015 6:45 PM MDT

Bishop Castle, 46 years in the making, which one man dedicated his life to building, has been turned over to a new owner.

A frequent visitor of the castle and friend of the creator is now in charge but the family who built the attraction says they were conned into signing over the deed.

The creator of the castle, Jim Bishop, has been fighting a <u>rare form of cancer</u> for the past few months and his family now feels like they've been taken advantage of.

"How can one individual do this to someone they claim they admire and respect and love?" Phoebe Bishop, Jim's wife said.

Brick by brick, this castle is what Jim dedicated his life to building, tucked away in the San Isabel National Forest.

"I feel like the castle was stolen from us," she said.

Earlier this year, a man by the name of David Merrill showed up at Bishop's door with a pile of paperwork to sign.

"And I'm sitting there puzzled, Jimmy is shaking, he is a wreck, he can't think, he doesn't like to listen to anything," she said.

Phoebe says she was conned into signing over the deed and that she was under the impression they would be in a better tax situation.

As Jim battles a rare form of cancer, his wife says the family was taken advantage of.

"Worst thing I think I've done in my life, signing those papers," she said.

News5 took these claims to the new owner, David Merrill.

"I'm fully aware of their state of mind when they were doing this and she was asking all the right questions that somebody about to transfer property was asking," David Merrill, the new owner said.

Jim Bishop on the other hand, not feeling so well.

"He was feeling a little bit less but we did already discuss the convergence and the heritage over quite a bit of time," Merrill said.

Merrill has already changed the name from "Bishop Castle" to "Castle Church for the Redemption of the Office." He says he hopes to put a weather station on top of the castle,

**Exhibit D - Page 1 of 3**

**A19**

add a security system with cameras and hire crews to finish construction on the castle, in what he says will be in a similar way that Jim built it.

"I don't see any problem, what I've been doing is helping them out and putting and implementing Jim's dream," he said.

At this time, the Bishop family is seeking legal action against the new owner for possible elder abuse.

Merrill tells News5 he does however plan to keep the castle open to the public on a donation basis.



**SEARCH LOCAL BUSINESSES**

SEARCH FOR IT HERE

Search

**LIKE US ON FACEBOOK**

KOAA 5

Like  137,842 @koaa_5

**FOLLOW US ON TWITTER**

Follow @koaa_5

**NEWS   WEATHER   SPORTS   COMMUNITY PHOTOS   VIDEOS   ON KOAA**

© KOAA.com 2015,
KOAA.com
2014 NBC News Digital, LLC.
All rights reserved
Privacy Policy | Terms of
Service | Site Map

**ABOUT US**

**CAREERS**

**CONTESTS**

**ADVERTISE WITH US**

**CLOSED CAPTIONING**

**CAN'T FIND SOMETHING?**

SEARCH FOR IT HERE

Search

**Exhibit D - Page 2 of 3**

# Controversy invades Bishop Castle

CHIEFTAIN PHOTO/FILE Bishop Castle is currently at the center of an issue involving its creators and a man who was named trustee of the property.

**BY JON POMPIA THE PUEBLO CHIEFTAIN**

Published: May 2, 2015; Last modified: May 4, 2015 12:25PM

Bishop Castle, the elaborate and intricate creation of Jim Bishop that has been a worldwide tourist attraction for decades, is now embroiled in a controversy equally as complex.

According to the Custer County Clerk and Recorder's Office, the castle in Rye was signed over in early February to CASTLE CHURCH-For the Redemption of the Office BISHOP, with Colorado Springs resident David Merrill being listed as the trustee.

The Custer County assessor's website, incidentally, lists Bishop as the current owner of the property.

According to Bishop's wife Phoebe, Merrill — whom she termed an acquaintance of Bishop — took advantage of her husband when his physical and mental health were at an all-time low. Having suffered a nervous and mental breakdown and shortly after undergoing surgery for an aggressive form of cancer, the weakened Bishop was approached by Merrill with a request that he be appointed trustee of the castle. This arrangement, the Bishops were told, would create a new tax-exempt status, making it easier for them to work with the Internal Revenue Service and the government regarding tax and other issues.

**DIGITAL SUBSCRIBERS:** LOG IN TO READ THE FULL STORY.

**Not a subscriber?** Don't miss a thing. Add the Digital Edition for just 25 cents per week with a 7-day print subscription, or get just the Digital Edition for $5.75 per month. **LEARN MORE.**

**Exhibit D - Page 3 of 3**

# CASTLE CHURCH – For the Redemption of the Office BISHOP
3355 N. Academy Boulevard
Colorado Springs, Colorado. [80917-5103]

James Roland and Phoebe BISHOP, as Beneficiaries
1529 Claremont Avenue
Pueblo, Colorado. [81004]

Subject:     **CASTLE CHURCH – For the Redemption of the Office BISHOP**
             Disbursement of $1000 per Article 20 - Section 20.1

Dear Jim and Phoebe;

Please allow this cover letter to explain the disbursement policies as governed by the bylaws of the trust contract in accord with Section 8.5 and Section 20.1 of the Trust Contract as follows:

**SECTION 8.5** Any Capital Unit Certificate holder may waive rights to any distribution of income or corpus assets by a declaration of such waiver delivered to the Board of Trustees prior to the date when such distribution shall take place. If a Capital Unit Certificate holder delivers such waiver, it shall be as if such Capital Unit Certificate holder did not hold any capital unit, except that any waiver shall not extend to any distribution not specifically noted in such waiver.

**SECTION 20.1** The Trustee(s) may accumulate for or distribute to any Capital Unit Certificate holder such portions of the income or corpus of the Trust as the Trustee(s) deem necessary, for the support, care, maintenance, education, medical expenses or emergencies of the Capital Unit Certificate holders. The Trustee(s) shall have the power to distribute income and/or principal to the Capital Unit Certificate holders, or to make decisions or distributions of the Trust assets in whole or in part for delivery or valuation as is established by the Trustee(s) to be the fair value of the part or portion of the Assets of this Trust, or the Trustee(s) may convert the Trust Property or any portion thereof into cash and distribute the net proceeds to the Capital Unit Certificate holders.

Attached to this cover letter is a disbursement of $1000 for your uses as per the aforementioned Articles of the Trust Contract. Please note that if you do not deposit or cash this check before it expires I will consider that waiver as described above in Section 8.5. Waiving this disbursement check does not affect your rights to any future disbursements. In good faith, however, in the future I may inquire first of you whether or not you desire to waive any future disbursement so as to be a good steward of the trust assets.

I have received a letter from a GREGORY L. WATKINS wherein he claims to be representing your interests as beneficiaries under the Trust. Before we presume that he, in fact, is acting as your representative, we have issued a letter to his office demanding that he certify his appointment and provide evidence to the Board of Trustees supporting said appointment. If he has a *bona fide* appointment, then the Board of Trustees shall recognize his appointment and serve any future communication upon his office. The Board of Trustees thanks you for understanding that we don't know this GREGORY L. WATKINS and as such, it would be foolish to assume or presume that his letter is genuine.

**Exhibit E - Page 1 of 2**

Please accept this disbursement for your uses.  I thank you for allowing the Board of Trustees to perform their duties as per our Trust Contract.  I continue in good conscience to perform my obligations to you, your family and also to Jim's Artwork, the Castle.  As always thank you for the opportunity to serve you.

With best regards,

*CASTLE CHURCH - For the Redemption of the Office BISHOP* by and thru
its Board of Trustees by David Merrill as First Trustee:

MAY 1 5 2015

acting solely as Trustee.

Redeemed Lawful Money
Pursuant to 12 USC 411
www.law.cornell.edu/uscode

| DISTRICT COURT, EL PASO COUNTY, COLORADO | |
|---|---|
| Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | DATE FILED: September 25, 2015 3:18 PM<br>CASE NUMBER: 2015CV31641 |
| **Plaintiff(s)** JAMES R BISHOP et al.<br><br>v.<br><br>**Defendant(s)** DAVID MERRILL | |
| | △ **COURT USE ONLY** △ |
| | Case Number: 2015CV31641<br>Division: 14      Courtroom: |
| **Order: Order of Judgment** | |

The motion/proposed order attached hereto: GRANTED.

The Court has reviewed and considered the contents of the court file, including the Defendant's pleadings and the exhibits. The Defendant has neither admitted or denied the allegations in the Complaint. The Court is unable to discern a coherent, legally cognizable "response" to the Complaint from any of the various pleading filed by the Defendant.

Accordingly, the motion default judgment is GRANTED.

Issue Date: 9/25/2015

*Marla Prudek*

MARLA R PRUDEK
District Court Judge

**A24**

| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs, Colorado<br>(719) 452-5000 | |
| --- | --- |
| JAMES R. BISHOP and PHOEBE M. BISHOP,<br>and<br>BISHOP CASTLE, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>*vs.*<br><br>DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a<br>DAVID MERRIL, d/b/a CASTLE CHURCH – For<br>the Redemption of the Office BISHOP,<br><br>*Defendant.* | ▲ COURT USE ONLY ▲<br><br>Case No.  2015 CV 31641<br>Division: |
| **ORDER OF JUDGMENT** | |

This matter comes before the Court on Plaintiffs' motion for entry of default, and for judgment against the Defendant on Plaintiffs' Complaint.  The Court has considered all of the pleadings filed, including those filed by the Defendant. Being fully advised, the Court FINDS AND ORDERS as follows:

       1.     The Court has jurisdiction over the subject matter and over the parties.

       2.     Venue in this Court is appropriate. The Defendant resides in El Paso County, Colorado.

       3.     The Defendant failed and refused to respond to the Complaint. The Defendant did not file an Answer. The Counterclaim filed by the Defendant on June 24, 2015 did not respond to the Complaint allegations. Defendant's Counterclaim has been stricken and dismissed. Defendant has stated and admitted that he "did not address their…. accusations."

       4.     Even after the Plaintiffs filed their Motion for Default, the Defendant, in his response to that motion did not respond to the Complaint allegations.  The Defendant is in default, and the Court finds that the Complaint allegations are true and the Plaintiffs are entitled to the relief sought in the Complaint.

1

4.    "*CASTLE CHURCH – For the Redemption of the Office BISHOP*" is not a trust.

5.    "*CASTLE CHURCH – For the Redemption of the Office BISHOP*" is a non-existent, fictitious entity.

6.    The Defendant, DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – For the Redemption of the Office BISHOP, is hereby enjoined from:

(a) taking any action as the so-called "trustee" of the so-called "trust" CASTLE CHURCH – For the Redemption of the Office BISHOP or as the pretextual owner of The Property described as: N½NE¼ NW¼ NE¼ SW¼ Section 10, Township 23 South Range 69 West of the 6th P.M ("The Property") or the improvements thereon known as Bishops Castle;

(b) asserting any authority for or control over the Property or Bishop Castle;

(c) changing the identity of the Bishop Castle customer with San Isabel Electric Association, Inc. with respect to electrical service to the improvements on The Property;

(d) placing any fencing or other structures on The Property;

(e) physically entering The Property or going into Bishop Castle;

(f) gaining any access to Bishop Castle Nonprofit Corporation's files and records;

(g) otherwise changing the identity or name of Bishop Castle; and

(h) identifying himself or CASTLE CHURCH – For the Redemption of the Office BISHOP as the owner of Bishop Castle.

7.    The Court finds and orders that the purported or alleged trust "CASTLE CHURCH – For the Redemption of the Office BISHOP" is hereby rescinded in all aspects, and has no force or effect as to the Plaintiffs or to any of their property.

8.    The Court finds and orders that any and all documents presented or created by the Defendant alleging a trust "CASTLE CHURCH – For the Redemption of the Office BISHOP" are rescinded and terminated as to any person or entity, including but not limited to James Bishop, Phoebe Bishop, Bishop Castle, a non-profit

2

**A26**

corporation, David Merrill, or David Van Pelt, or David Merril or any "trustee" or "board of trustees" of "CASTLE CHURCH – For the Redemption of the Office BISHOP".

9.      The Warranty Deed recorded at Book 750, Page 165-167 on February 9, 2015 ("Warranty Deed to Trustee"), is hereby declared void and shall have no force or effect.

10.     The Corrective Warranty Deed recorded in the records of Custer County at Document 00224792, Book 750, Page 335-337 ("Corrective Warranty Deed to Trustee") is hereby declared void and shall have no force or effect.

11.     The Warranty Deed to Trustee (recorded at Book 750, Page 165-167 on February 9, 2015), is rescinded and shall have no force or effect.

12.     The Corrective Warranty Deed to Trustee (recorded in the records of Custer County at Document 00224792, Book 750, Page 335-337) is hereby rescinded and shall have no force or effect on any party, including but not limited to the Plaintiffs and the Defendant or the Defendant's alleged "trust" *CASTLE CHURCH – For the Redemption of the Office BISHOP."*

13.     A certified copy of this Order shall be recorded in the records of Custer County, Colorado to reflect the voiding and rescinding of the Warranty Deed to Trustee and the Corrective Warranty Deed to Trustee.

14.     The Defendant in his actions and representations to the Plaintiffs, as set forth in the Complaint allegations, acted in breach of fiduciary duties he assumed, and committed a breach of trust.  See *Heller v. First Nat. Bank of Denver, N.A.*, 657 P.2d 992 (Colo. App. 1982). Plaintiffs are therefore entitled to an award of damages, in the form of their reasonable attorney fees and costs incurred in prosecuting this action against Defendant.

15.     Within twenty-one days, Plaintiff shall file an affidavit of attorney fees and Bill of Costs pursuant to Colorado Rules of Civil Procedure. Defendant shall have fourteen days to respond.

DATED this _____ day of _____, 2015.


                                        BY THE COURT:


                                        _____
                                        Marla Prudek
                                        District Court Judge

| DISTRICT COURT, EL PASO COUNTY, COLORADO | |
|---|---|
| Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | DATE FILED: September 25, 2015 3:04 PM<br>CASE NUMBER: 2015CV31641 |
| **Plaintiff(s)** JAMES R BISHOP et al.<br>v.<br>**Defendant(s)** DAVID MERRILL | |
| | △ **COURT USE ONLY** △ |
| | Case Number: 2015CV31641<br>Division: 14      Courtroom: |
| **Order: Order re Motion to Strike Defendant's Counterclaim** | |

The motion/proposed order attached hereto: GRANTED.

The Court has reviewed and considered the contents of the Court file including the Defendant's counterclaim. For the reasons stated in the Plaintiff's Motion to Strike and pursuant to C.R.C.P. 12 (f) the Defendant's Counterclaim is STRICKEN in its entirety.

Issue Date: 9/25/2015

*Marla Prudek*

MARLA R PRUDEK
District Court Judge

**A28**

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs, Colorado<br>(719) 452-5000 | |
| JAMES R. BISHOP and PHOEBE M. BISHOP, and<br>BISHOP CASTLE, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>*vs.*<br><br>DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – For the Redemption of the Office BISHOP,<br><br>*Defendant.* | ▲ COURT USE ONLY ▲<br>_____<br><br>Case No. 2015CV31641<br>Division: 14 |

## ORDER RE: MOTION TO STRIKE DEFENDANT'S COUNTERCLAIM

THIS MATTER is before the Court on the Motion to Strike Defendant's Counterclaim submitted by Plaintiffs pursuant to C.R.C.P. 12(f). The Court has examined the documents in the file and, being fully advised in the premises, now FINDS:

Defendant's Counterclaim for $104,720.00 is stricken in its entirety.

Dated this _____ day of _____, 2015.

_____
Marla R. Prudek, District Court Judge

**A29**

| DISTRICT COURT, EL PASO COUNTY, COLORADO | |
|---|---|
| Court Address: | |
| 270 S. Tejon, Colorado Springs, CO, 80901 | DATE FILED: October 29, 2015 5:05 PM |
| **Plaintiff(s)** JAMES R BISHOP et al. | CASE NUMBER: 2015CV31641 |
| v. | |
| **Defendant(s)** DAVID MERRILL | |
| | △ **COURT USE ONLY** △ |
| | Case Number: 2015CV31641 |
| | Division: 7      Courtroom: |
| **Order: Proposed Order of Judgment re: Plaintiffs' Attorney Fees and Costs** | |

The motion/proposed order attached hereto: GRANTED.


Issue Date: 10/29/2015

*David Gilbert*

DAVID A GILBERT
District Court Judge

**A30**

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs, Colorado<br>(719) 452-5000 | |
| JAMES R. BISHOP and PHOEBE M. BISHOP, and<br>BISHOP CASTLE, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>*vs.*<br><br>DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a<br>DAVID MERRIL, d/b/a CASTLE CHURCH – For the<br>Redemption of the Office BISHOP,<br><br>*Defendant.* | ▲ COURT USE ONLY ▲<br><br>Case No. 2015CV31641<br><br>Division: 14 |

## ORDER OF JUDGMENT RE: PLAINTIFFS' ATTORNEY FEES AND COSTS

This matter comes before the Court on Plaintiffs' attorneys' submission of their affidavit of attorney fees and bill of costs, pursuant to the provisions of paragraph 15 of this Court's ORDER OF JUDGMENT, issued September 25, 2015.

Having reviewed the Affidavit and Bill of Costs and any response thereto from Defendant, the Court FINDS that the attorney fees and costs incurred in the prosecution of this action are reasonable and were necessary.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT:

Plaintiffs shall and do hereby have judgment against DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – For the Redemption of the Office BISHOP in the followings amounts:

| | |
|---|---|
| Attorney fees | $27,258.17 |
| Costs | $ 2,034.96 |
| **TOTAL JUDGMENT** | **$29,293.13** |

Interest shall accrue on the total judgment at the statutory rate of 8% per annum from the date of this Order until paid.

Entered this _____ day of _____, 2015.

_____
District Court Judge

**A31**

# ORIGINAL

**FORM 2**
**COVER SHEET**

**RECEIVED**

NOV 23 2015

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

### David Merrill of the VAN PELT family

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): **"unrepresented"**

Firm Name:

Contact information for pro se plaintiff/petitioner or attorney of record:   **15-1416 C**

Post Office Box:

Street Address: **3355 North Academy Boulevard #189**

City-State-ZIP: **Colorado Springs, Colorado. [80917-5103]**

Telephone: **(719) 596-1240**

E-mail Address: **david.merrill@bishopcastle.us**

Is the attorney of record admitted to the Court of Federal Claims Bar?   ☐ Yes   ☐ No
Does the attorney of record have a Court of Federal Claims ECF account?   ☐ Yes   ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code:   **1 1 3**

Select only one (three digit) nature-of-suit code from the attached sheet.
If number 213 is used, please identify partnership or partnership group.  If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

### Breach of Trust by State of Colorado

Agency Identification Code:   ☐ ☐ ☐

See attached sheet for three-digit codes.

Amount Claimed:   $ **22,702,694.77**

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required?   ☐ Yes   ☑ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue:  $
Is plaintiff a small business?   ☐ Yes   ☑ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case?   ☐ Yes   ☑ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

181

# IN THE United States Court of Federal Claims

ORIGINAL                                              FILED

| | |
|---|---|
| IN THE United States Federal Court of Claims<br>717 Madison Place NW - Room #103<br>city of Washington, District of Columbia 20439<br>(202) 357-6400 | NOV 2 3 2015<br><br>**U.S. COURT OF<br>FEDERAL CLAIMS** |
| **Plaintiff:**<br><br>David Merrill of the VAN PELT family<br><br>**v.**<br><br>**Defendant:**<br><br>**THE UNITED STATES** | |
| David Merrill<br>3355 North Academy Boulevard #189<br>Colorado Springs, Colorado. [80917-5103] | **15-1416 C**<br>No. |
| **COMPLAINT** | |

COMES NOW David Merrill, named at birth so, born into the VAN PELT family and named by Philip Jansen and Louanne (CLARK) VAN PELT as described in the Family Bible.

### Jurisdiction

Jurisdiction for this Court is found in **28 U.S.C. 1491(a)(1)**. Additionally clerk instructions specify:

> The complaint should identify the basis for the court's jurisdiction **and provide citations to the underlying statues or regulations that mandate the payment of money**.

Note that **citations** for jurisdiction and in the cause of action are bolded so not to be missed by the Court or Defendant United States. Attachments follow the text so that the reader can flip to them easily for finding of fact. As a layman and being unrepresented by any trained attorney I feel that the clerk stipulation about "money" may require some background describing my understanding about lawful money and private credit. Regarding local **Rule 9 (d)** that it is suffice to simply mention official documents; I will attach images showing various oaths of office because it will help the Court understand

1

RECEIVED  NOV 2 3 2015

deviant fungible fidelity bonds (oaths of office) are the manifestation of criminal syndicalism of which the United States is herein accused. Court records kept by professional clerks are referred to as *evidence repositories* hereafter. There are at least four of these evidence repositories in the USDC Colorado which contain information that may be useful to the Court.

**McCULLOCH v. THE STATE OF MARYLAND et al 17 US 316 says:**

> It is admitted by the parties in this cause, by their counsel, that there was passed on the 10th day of April, 1816, by the Congress of the United States, an act, entitled, "an act to incorporate the subscribers to the Bank of the United States;" and that there was passed...

I presume that this act, allowing the US to issue notes means that people considered such notes as "money".

**THOMAS (USA v LUTHER THOMAS - 319 F.3d 640, 2003) makes it quite plain -**

> Paper currency, in the form of the Federal Reserve Note, is defined as an obligation of the United States that may be redeemed in lawful money on demand. **12 U.S.C.S. § 411.** Those bills are not money per se but promissory notes supported by **the monetary reserves** of the United States.

It feels as though I am unlocking a secret and esoteric side of the Court. I am aware of distinctions between private credit from **the Federal Reserve** (hereinafter **the Fed**) and lawful money - US notes in the form of Federal Reserve notes. Even on the Federal Reserve note $1 bill it is evident by the seals that the left side is a function of the Fed while the right side is a function of the US Treasury. Drawing this distinction is useful toward true ownership of property:

**STANEK v WHITE 172 Minn. 390; 214 N.W. 784:**

> There is a distinction between a debt discharged and one paid. When discharged, the debt still exists, though divested of its character as a legal obligation during the operation of the discharge...

Clearly in the common law people equate payment with money. If somebody owes on obligations of contract, money will suffice. I Stipulate by **DEMAND** that I will accept (lawful money) US notes in the form of Federal Reserve notes, as per **Treasury Directive January 21, 1971 -**

http://www.treasury.gov/resource-center/faqs/Currency/Pages/legal-tender.aspx - search "Treasury faq legal tender" for this online article:

> Both United States Notes and Federal Reserve Notes are parts of our national currency and both are legal tender. They circulate as money in the same way. However, the issuing authority for them comes from different statutes. United

2

**A34**

States Notes were redeemable in gold until 1933, when the United States abandoned the gold standard. Since then, both currencies have served essentially the same purpose, and have had the same value. Because United States Notes serve no function that is not already adequately served by Federal Reserve Notes, their issuance was discontinued, and none have been placed in to circulation since January 21, 1971.

The Federal Reserve Act of 1913 authorized the production and circulation of Federal Reserve notes. Although the Bureau of Engraving and Printing (BEP) prints these notes, they move into circulation through the Federal Reserve System. They are obligations of both the Federal Reserve System and the United States Government. On Federal Reserve notes, the seals and serial numbers appear in green.

United States notes serve no function that is not already adequately served by Federal Reserve notes. As a result, the Treasury Department stopped issuing United States notes, and none have been placed into circulation since January 21, 1971.

**Title 31 USC §5115 (b)(2)** stipulates that US notes are NOT a reserve currency. Any obligation of contract involves money; if money is refused as in **TREBILCOCK 79 US 687 (1871)** then the debt/obligation is considered waived. Since the **Instructions** by Hazel KEAHAY, clerk of court have a parenthetical passage "For Attorneys Only", the **Instructions** are obviously for the layman. Please excuse me for placing a priority on clarity about "money". So the "statue" demanding that payment is in money is **the remedy from elastic currency** issued by the Fed found at §16 of the 1913 **Federal Reserve Act** and codified at **Title 12 USC §411:**

> They shall be redeemed in lawful money on demand...

Originally (1913-1934):

> They shall be redeemed in gold on demand at the Treasury of the United States...

**RICKMAN - 638 F.2d 182 (1980);**

> In the exercise of that power Congress has declared that Federal Reserve Notes are legal tender and are redeemable in lawful money.

**WARE - 608 F.2d 400 (1979);**

> United States notes shall be lawful money, and a legal tender in payment of all debts, public and private...

3

Attorneys craft words. Therefore "**They**" as a pronoun in the remedy can mean people being redeemed from the false balances of the Federal Reserve Act (Fed Act) "elastic currency" in the Title sentence, by making their demand for lawful money. The law simply makes it clear that the people, People or any individual simply make a demand and redemption follows. My demand is clear.

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

According to **Rule 9(n)** here is a statement of the **CASTLE CHURCH – For the Redemption of the Office BISHOP,** hereinafter  **CASTLE CHURCH TRUST** consideration:

4

**A36**

## ARTICLE TWENTY-EIGHT
### CERTIFICATION AND ACKNOWLEDGMENT

**SECTION 28.1** This Contract and Indenture, conveyance and acceptance is made and entered into by and between the Creator, who offers in exchange for the consideration of Thirty (30) dollars of lawful money, in the form of United States Notes, and other "valuable consideration" to wit:  non-Federal Reserve currency or credit and upon the mutual promises and obligations made and agreed upon herein this Contract:  as good and valuable consideration, receipt of which is hereby acknowledged, and all assets and properties, regardless of source, conveyed to this Trust organization, with full title to be held by the Trust through its Board of Trustees; and by the first Trustee(s), who accepts appointment by signed appointment and acceptance and evidenced herein, and who on behalf of the Board acknowledges receipt of the above and who hereby does exchange to the Creator, good and valuable consideration of one hundred (100) capital units, receipt of which is hereby acknowledged, and all Trust capital units in this Trust, as full and adequate consideration, receipt of which is hereby acknowledged by the Creator.

**IN WITNESS WHEREOF, the Creator and the Trustee(s),** by their signatures, do hereby acknowledge the creation and establishment of this Trust and the conveyance, delivery and acceptance of the assets, obligations, and duties as herein contained and assent to all stipulations imposed and expressed in this Contract and Indenture. The intent of this Contract and Indenture to be found in its essence.

**NOT WITHSTANDING** any other provision of this Trust Contract and Indenture, no power shall be exercised, nor any action taken by the trustee(s) except upon the unanimous consent of all Trustees having authority to exercise that power.

Executed on this, the _____4th_____ day of _____February_____ 20 _15._

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true, to the best of my knowledge and belief.

David Merrill is thirteenth heir "perpetual inheritance" from the Survey – *Charter of Freedoms and Exemptions Granted to Patroons (1629)* – Through ancestor Teunis Jansen Laenan VAN PELT, an original Patroon of Manhattan and Brooklyn. This express trust is granted from the constructive trust formed through salvage of BISHOP CASTLE NONPROFIT CORPORATION for James Roland (BISHOP) in the year of our LORD Jesus CHRIST in 2002 – USDC (Colorado) #02-cv-2096 – *James Roland v. Fred JOBE and Julie MARSHAL.* Ownership of Castle Church is confirmed by Bill of Exchange published in El Paso County (Colorado) Clerk and Recorder #201099293 7/16/2001, proof of service (original) on Richard GRASSO Chairman of the New York Stock Exchange, 7/19/2001 at #201101604; Demand and Claim in the Name above all Names "Jesus Christ of Nazareth" was made 8/13/2001 and thirty-day Judgment was perfected 9/11/2001.

1ˢᵗ TRUSTEE: _____
David Merrill member of the family of VAN PELT

CREATOR: _____Jim Bishop_____          CREATOR: _____Phoebe Bishop_____
Jim BISHOP                                   Phoebe BISHOP

"...At the mouth of two or three witnesses shall the matter be established..." Duet. 19-15

Witness: _____ Signature: _____

Witness: _____ Signature: _____

CASTLE CHURCH – For the Redemption of the Other BISHOP

Page 1 of 5

Page 2 of 5

## Beneficial Interest Certificate for the
## CASTLE CHURCH - For the Redemption of the Office BISHOP

Contract and Declaration of Trust dated the __4th__ day of __February__ 20_15_

This is to certify that by this decree of the Creator of the Contract and Declaration of Trust known as CASTLE CHURCH - For the Redemption of the Office BISHOP that the (Primary Beneficiary)

**Jim BISHOP**

is the holder of a __50__ % beneficial interest.

Should Jim BISHOP, before his death or first legal demise assign any or all of his beneficial interest, which he is entitled to do, then any lien whether contemplated herein or not is of no effect or validity, and the would be heir is absent right or power for any interaction or receiving any benefit from this Trust Contract unless assignment of beneficial interest is made to them and ratified by the Trustee.

IN TESTIMONY WHEREOF,

on this ___ day of __February__ 20_15_

by _____ Trustee

David Merrill.

Percent Beneficial Interest

__50__ %

**A38**

Primary Beneficiary: _____ Jim BISHOP

Can be reached by Mail: _____

or Phone: _____

Ratification of Transfer to Successor Beneficiary (s) as listed below:
CASTLE CHURCH - For the Redemption of the Office BISHOP, by and through its Trustee, David Merrill, absent individual capacity, and solely as Trustee:
Date: 2/4/2015

I, Jim Bishop, _____ [current beneficiary] Dated: 2-4-2015
hereby assign my currently held beneficial interest in _____ to:
_____ % [Percent]
_____ % [Percent]
_____ % [Percent]

Successor Beneficiary: Daniel Vernon Bishop

Percent Beneficial Interest: 100%

Can be reached by Mail: _____

or Phone: _____

In the event of said Beneficiary Daniel Vernon Bishop Death

Successor Beneficiary: Danita Darlene Bishop

Percent Beneficial Interest: 50%

Can be reached by Mail: _____

or Phone: _____

Successor Beneficiary: Valerie Hawana Bishop Moore

Percent Beneficial Interest: 50%

Can be reached by Mail: _____

or Phone: _____

Trustee of CASTLE CHURCH - For the Redemption of the Office BISHOP shall issue a new Beneficial Interest Certificate whenever necessary or expedient, however, the non-issuance of a new Beneficial Interest Certificate shall not invalidate the vesting and/or transfer of any deceased beneficiaries interest, should the agreement of the remaining adult beneficiaries be evidenced by pencil or other evidence. ANY BENEFICIARY CLAIMING RIGHTS UNDER THIS DOCUMENT IS PERPETUALLY AND PRINCIPALLY BOUND AND SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT AND DECLARATION OF TRUST FOR THE CASTLE CHURCH - For the Redemption of the Office BISHOP.

A39

Page 3 of 5

7

8

## Beneficial Interest Certificate for the
## CASTLE CHURCH - For the Redemption of the Office BISHOP

Contract and Declaration of Trust dated the _4th_ day of _February_ 20 _15_

This is to certify that by this deue of the Creator of the Contract and Declaration of Trust known as *CASTLE CHURCH - For the Redemption of the Office BISHOP* that the (Primary Beneficiary)

Phoebe BISHOP

is the holder of a _50_ % beneficial interest,

*Should* Phoebe BISHOP *before her death or final legal demise assign any or all of her beneficial interest, which she is entitled to do, then any then unlisten contemplated herein or not is of no effect or validity, and the would be heir is absent right or power for any interaction or receiving any benefit from this Trust Contract unless assignment of beneficial interest is made to them and ratified by the Trustee.*

Castle
Church
Official
Trust Seal

IN TESTIMONY WHEREOF,

on this _4th_ day of _February_ 20 _15_

by

David Merrill

Redeemed Lawful Money
Pursuant to 12 USC 411
www.kingscovenant.org/c12000

Trustee

**Percent Beneficial Interest**

_50_ %

**A40**

**Primary Beneficiary:** Phoebe BISHOP

**Can be reached by Mail:**

**or Phone:**

**Ratification of Transfer to Successor Beneficiary (s) as listed below:**
CASTLE CHURCH - For the Redemption of the Office BISHOP, by and through its Trustee, _David Merrill_, absent individual capacity, and solely as Trustee:

**Date:** _2/4/2015_

I, _David W. Bishop_ [current beneficiary] Dated: _2/4/2015_ hereby assign my currently held beneficial interest in stated percentage proportions as set forth below to the following successor beneficiaries:

_____ % [Percent]     _____ % [Percent]
_____ % [Percent]     _____ % [Percent]

**Assignment of Beneficial Interest by Beneficiary:**

**Successor Beneficiary:** _Daniel Vernon Bishop_

**Percent Beneficial Interest:** _100 %_

**Can be reached by Mail:**

**or Phone:**

_In the Event of said Beneficiary Replacement from Daniel Vernon Bishop_

**Successor Beneficiary:** _Danita Darleen Bishop_

**Percent Beneficial Interest:** _50 %_

**Can be reached by Mail:**

**or Phone:**

**Successor Beneficiary:**

**Percent Beneficial Interest:**

**Can be reached by Mail:**

**or Phone:**

**Successor Beneficiary:** _Valorie Maureen Bishop Moore_

**Percent Beneficial Interest:** _50 %_

**Can be reached by Mail:**

**or Phone:**

**Successor Beneficiary:**

**Percent Beneficial Interest:**

**Can be reached by Mail:**

**or Phone:**

Trustee of CASTLE CHURCH - For the Redemption of the Office BISHOP shall issue a new Beneficial Interest Certificate whenever necessary or expedient, however, the non-issuance of a new Beneficial Interest Certificate shall not invalidate the vesting and/or transfer of any deceased beneficiaries Interest. Certificate must be perfected on the remaining active beneficiaries be evidenced by parol or other evidence. ANY BENEFICIARY CLAIMING RIGHTS UNDER THIS DOCUMENT IS PERPETUALLY BOUND AND PRINCIPALLY SUBJECT TO THE TERMS AND CONDITIONS OF THE CONTRACT AND DECLARATION OF TRUST FOR THE CASTLE CHURCH - For the Redemption of the Office BISHOP.

**A41**

Page 5 of 5

The point in building the jurisdiction like I am doing is to bring in "Life" to the bonding procedure. For example the CASTLE CHURCH TRUST Agreement conveyed a large piece of Art located on a parcel of land and this fully endorsed value of Bishop Castle was conveyed by Last Will and Testament, and in the form of two Beneficial Interest Certificates - money - each equaling 1/2 of the value of Bishop Castle. The Life is found in **the adoption of Pragmatism (truth) for Bishop Castle** which James Roland BISHOP did formally on September 28th, 2014. Evidence repository **Colorado USDC 15-MC-53 at Docs 1 and 9 [pdf page 59].** See **Attachments A.** The Trust Agreement describes complete ownership rights and with that, liability for Bishop Castle while Page 3 of the WARRANTY DEED TO TRUSTEE and CORRECTIVE WARRANTY DEED; **February, 2015 Property Sale** by **Warranty Deed to Trustee** found at **Custer County Clerk and Recorder Reception #00224736 Book: 750 Page: 165** and the **Corrective Warranty Deed** found at **Reception #00224729 Book: 750 Page: 335** summarizes the same ownership being transferred to Me, David Merrill as First Trustee. So it follows naturally that in trust both Jim and Phoebe BISHOP endorsed their Beneficial Interest Certificates to me, returning the originals to me fully endorsed and fungible because CASTLE CHURCH TRUST is not a religious organization like BISHOP CASTLE NONPROFIT CORPORATION was, it is a church or association of churches as found in the IRS Code - **a Mandatory Exception.** The VAN PELT coat of arms is shown because the symbol is identical to that found on the Jesus family tomb in 1980 in Talpiot, Jerusalem (northern Bethlehem). I am not the PERSON of the Board of Directors doing the bidding of the "owners" the Shareholders. I am a living man. Artificial persons have legal relationships with government; living men and women commune with the "everliving God". The government/Fed must keep out of church business.

This is **the Right Side of the Boat** so to speak, Life and Substance here with US notes and precious metals for substance. See **John 21:11.** With the ability to create comes the ability to own. One can only truly create what one owns and vice versa. If the Fed owns some of it through the residual interest in private credit and discharge instead of payment, then the private man cannot truly own that same Castle. Visiting **THOMAS** reveals the same issue, Life or Debt from a Court perspective. Federal Reserve notes as bills are supported out of the "reserves" of the United States aka the Federal Reserve Districts. When one demands lawful money they are removed from that national debt-based system and back into honest balances or substance.

I make my demands on the US, not the Federal Reserve. Federal Reserve notes are not the "money" that Hazel, the US clerk of court is referring to. Rather "money" is US notes and Federal Reserve notes are redeemable in US notes.

**Local Rules** - State and Federal **Rule 60(b)(3-4)** may be applied to two null judgments in Colorado as symptoms of fraud effect two trusts. Fraud on the court in the Fourth Judicial District of Colorado is proven on several levels and deviations in the oath of office process is a provable crux too. I only need be heard. **Rule 8(c)(2)** in principle should be considered as pretending state district court judge Marla PRUDEK has violated this Rule in order to keep Me from being heard, so I never got an opportunity to expose other frauds committed on the court.

10

This Complaint is a **Certificate of Exigent Circumstances** that leaves the United States liable to Pay Me, David Merrill damages and settle bills in lawful money accrued by pretend and actual judicial officers in Colorado. Reference **FRCP Rule C(3)(a)(2)(B)**. Thorough treatment of lawful money as opposed to private credit from the Federal Reserve is to open up this Court with proper judicial bonding and for the Judge to make a positive decision between Life and Debt according to his or her oath of office and a correct interpretation of both state and federal constitutions and applicable law. This same execution of law is specified in the oath process in Colorado as **the everliving God**.

I apologize for teaching and preaching to the Court. The lack of definition about what money is, compounded by the rule stipulating I should not cite official documents leaves me wondering if the Court will understand some points about my injury. Without keeping some mental boundaries in the Court's mind, the significance of alleged judicial officers breaking the law with the **oath of office process** might become insignificant.

**Title 26 USC 508(c)(1)(a) - Mandatory Exception**. Mentally I equate remedy to substance backing currency to the true teachings of Jesus CHRIST and principles of **the Holy Bible like Proverbs 11:1**:

> A false balance is an abomination to the LORD, but a just weight is His delight.

Especially around **USA v LUTHER THOMAS - 319 F.3d 640, 2003** and **Title 31 USC §5115** when using the word "reserves" it might be overlooked that there is a world of difference between substance as opposed to debt, backing currency. - And that in **adopting *elastic currency* (Title of the Fed Act)** in 1913 Congress wrote **the remedy back to substance at §16 of the Federal Reserve Act** now found codified at **Title 12 USC §411**.

Basically the premise for the United States (post-Civil War singular) to grant statehood **(Colorado in 1876/Territory in 1861)** is that the newly formed State will continue to abide in **the law**, by standards of **the federal and its own constitutions**, applicable **federal law and its own laws from the general assembly therein the State**. As layman I presume when government becomes self protective in criminal syndicalism **the United States becomes the sovereign as ratifying body, creator and original trustee of the State. See Article 10 of the federal Bill of Rights**.

The bonding process assuring such continued lawful conduct of officers within the State is called **"Oath of Office"**. The oaths must conform to statute, the **Colorado Revised Statutes**, and be published where the common man can acquire any oath without the thought of recourse by the official, and without any interference or obfuscation of acquiring any official's oath of office by the clerk providing it. In the event any official does not have an oath of office on file, the clerk providing oaths is obligated to form and provide a **Certificate of Fact (Attachment B (6))** that no oath of office is on file, as **a matter of mission statement. Several examples** supporting my layman presumptions are attached.

11

**A43**

Any **Cause of Action** accusing the State in general of criminal syndicalism must be heard as a matter for **the United States in Congress Assembled and that agent forum is the United States Federal Court of Claims**. This doctrine prevents any self-appeasement and protectionism by any already possibly corrupted correction system and/or clerk bias within the State.

The State of Colorado is proven herein by **verified official documentation** in the **Attachments** to be in breach of trust, and **as an agency of the United States, the United States Court of Federal Claims is the correct forum to sue the US as principal.** Attempts to acquire proper bonding and remand a **Fourth Judicial District civil suit (15-CV-31641)** to a properly bonded judicial officer further from the defamation of character (Fort Collins is in the far north of Colorado) have failed proving this Complaint to the US is a certificate of exigent circumstances, there being criminal collusion to protect against disclosure and discovery of the breach of trust throughout Colorado. Reference **FRCP Rule C(3)(a)(2)(B)**. Two trust agreements are effected by symptoms of criminal collusion and syndicalism but neither trust is joindered into this cause. Additionally I have been in trust relationship exclusively with castle-builder James Roland BISHOP and to a lesser extent his wife Phoebe M. since at least 2002 as evidenced by **Colorado USDC 02-CV-2098** and especially beginning at digitized **Doc 17** we find that Jim and I both enjoy rectifying judiciary in Colorado.

Law protecting the right to contract has been broken, inversely local district court bench legislation by pretend judges Marla PRUDEK and Francis Renae JOHNSON is in violation of **the federal Constitution Article I, §10**, however I am protecting the privacy of the asset properties and agreements. The Court may refer to my **USDC evidence repositories (15-MC-53 CASTLE CHURCH - For the Redemption of the Office BISHOP, hereinafter CASTLE CHURCH TRUST and 15-MC-145 LOUANNE CLARK VAN PELT living Trust, hereinafter the LCVP living Trust). (08-MC-0066 is the USDC Colorado evidence repository for the processes around my $20,000,000.00 lien against the STATE OF COLORADO CAPITAL FINANCE CORPORATION.)** The Minutes of both trusts remain private within the scope of protected private agreements. See **Attachments L**.

I have been expecting protection of law and have found criminal collusion amplifying frauds on the court instead so I hope that this Court will correct the situation as well as order judgment for the United States Treasury, or for the Comptroller of the State of Colorado Treasury to pay me for my injuries caused by the State of Colorado as an agent of the United States.

**NOTICE:** I request that the United States as public trustee will protect my property rights.

Therefore the **Declaration of Independence** at the beginning of **the Colorado Secretary of State publication of the Federal and State constitutions** specifies:

> **And for the support of this declaration, with a firm reliance on the protection of Divine Providence, we mutually pledge to each other our lives, our fortunes, and our sacred honor.**

The **"Divine Providence"** above in the Declaration, in monotheism, is assumed to be The God of Abraham in the **Holy Bible, Babylonian Talmud and Koran** (Ishmael is also a son of Abraham and Hagar) and for that matter any monotheistic religion by simple mathematic substitution. Along that same line of thought, bonding "our fortunes" with money is the **State constitution, ARTICLE XXIX; Ethics in Government.**

> The people of the state of Colorado also find and declare that there are certain costs associated with holding public office and that to ensure the integrity of the office, such costs of a reasonable and necessary nature should be born by the state or local government.

Back to the Clerk of Court's stipulation about money. Consideration for obligations of contract is easily understood to be "money": **Federal Constitution Clause I, § 10. Powers denied individual states.** No state can legislate diminution of obligations of contract; herein including legislation from the bench, even by non-judicial pretenders. Repealing **Title 12 USC §152 and Title 31 USC §371** would seem to leave me without any proper definition from Congress for "money" so I am forming this definition on the presumption of the original 'saving to suitors' clause of 1789 - Judiciary Act, Chapter XX, page 77:

> ...saving to suitors, in all cases the right of a common law remedy where the common law is competent to give it

In other words if the clerk is demanding a definition of money then I must presume that there is a definition in common law to be found.

**Congressional Globe - Records of Congress February 28th, 1861.** Congress ratified Colorado as a Territory as a temporary government pending statehood. Congress allowed and encouraged adoption of the original state Constitution of the State of Colorado, adopted in Convention, March 14, 1876. This day in 1861 only allowed 29 days for the new Territory to cure in law before the Congress adjourned *sine die* on March 28th, 1861. **Congressional Globe, same date.** Pointing this out will help prepare the Court for understanding the development of government fiat currency in America so as to distinguish the elastic currency of the Federal Reserve (hereinafter the Fed) from lawful money. This includes that the Court coherently comprehend **the IN GOD WE TRUST trust of 1863**, contemporary with US notes as more than a "religious sentiment", also validating that "so help me God" in the federal oath leaves open stipulations of substance in the money in Colorado's **everliving God.**

More Citations regarding the substance of money and debt currency follow - "elastic currency" - **HJR-192; Pledge of Support in Governors' Conference of March 6, 1933;** Edwin C. JOHNSON signing for Colorado. **The People,** by endorsement of private credit from the Fed became State Banks - See **Attachment F (4); Congressional Record - House, March 30, 1933 McFADDEN at Page 1066,** upper right column. The **Statutes at Large** in 1935 are pretty convincing:

13



Therefore the remedy applies to People, for redemption from elastic currency as if the People are state banks. This is why Congress used the pronoun "They". This Case is an opportunity for the United States to be Redeemed by honoring Remedy - redeemed from the commercial priestcraft that has labeled the United States *The Great Satan*. - "Let my people go." - Moses to Pharaoh.

**The Bretton Woods Agreements 59 Stat. 512. The Amendments - Public Law 94-564. TREBILCOCK v WILSON 79 US 12. BENNETT v BUTTERWORTH 52 US 669. Federal Reserve Act 1913 Title sentence** - to furnish *elastic currency*. "OWTH" in biblical Hebrew as a mark or stigma - Genesis 4:15 and Exodus 13:16 - sons of Cain and sons of Seth respectively. This citation from the Bible is specifically from the **Library of Congress Holy Bible - incun.1454.b5** and the tradition of George WASHINGTON swearing into office by placing his hand on a Bible on the porch of St. Johns Lodge (April 30, 1789) declares that God be **a living part of government**. **Colorado Revised Statute 24-12-101** - judicial *officers must swear by the everliving God*. **Title 18 USC §286** - conspiracy.

**The Public Papers and Addresses of Franklin Delano Roosevelt - 1933, The Year of Crisis** page 19 - **the Governors' Conference (cited above) at the White House** describes the US jurisdiction as the Trustee over the new state banks, the People endorsing the continued "life" of the Fed.

> Recognized Government bonds are as safe as Government currency. They have the same credit back of them. And, therefore, if we can persuade people all through the country, when their salary checks come in, to deposit them in new accounts, which will be held in trust and kept in one of the new forms I have mentioned, we shall have made progress.

Government must stop issuing fiat currency altogether should government wish to terminate **the IN GOD WE TRUST trust** circuit with the national and state treasuries. - **Title 31 USC §5114** - declaration of **the IN GOD WE TRUST trust** on the currency, by

law. Even with repeated attempts to abridge this Jurisdiction section, I feel it necessary the Court recognize the boundaries between a tax exempt non-profit religious organization **Title 26 USC 501(c)(3)** and the church or association of churches outside the scope of the Fed altogether under **IRS Mandatory Exception; Title 26 USC 508(c)(1)(a)**. Jurisdiction applied to CASTLE CHURCH TRUST this is explained in **Pragmatism - Colorado USDC 15-MC-53 at Docs 1 and 9 [found at pdf page 59]**. **Pragmatism** was adopted for Bishop Castle by Pastor James Roland - **Attachments A(1, 4 and 5)** - Jim BISHOP on September 28, 2014 as a permanent value-added appurtenance promoting the **February, 2015 Property. The Attachment A(5) Demand on the Main Collection Box** was also a value-added feature as part of **the Sale.**

State and Federal **Rules 60(b)(3-4)** may be applied to these null judgments in Colorado as symptoms of fraud on the court effecting two trusts in these circumstances. Certificate of exigent circumstances, **Rule C(3)(a)(2)(B) or any common law equivalent doctrine** applies as I am prohibited from pursuing this on the State district level or in any Colorado court.

More citations are in Plain English - **Noah WEBSTER** - *ATTORN* - alienation of the estate. *Waiver of Tort* - **HARWAY v MAYOR OF NEW YORK; 1 Hun NY 630** - right to bill and lien in lieu of prosecution.

**Colorado constitution Article VI - Judicial Officers §18** - money plays a role in the **mind of a judicial officer. The state constitution** should be held to include legislation from the bench. Therefore no district court judge can make any laws abrogating or diminishing the obligations of contract:

> No supreme court justice, judge of any intermediate appellate court, district court judge, probate judge, or juvenile judge shall engage in the practice of law.

**Nehemiah 10:29** - a public officer only accepts the *Curse of Swearing In* for pay. **Article XII, Section 10** - Refusal to qualify - vacancy. **Article XII, Section 8.** Oath of civil officers. **Article XII, Section 9.** Oaths - where filed.

## CAUSE OF ACTION

WHEREAS, ...

1) I AM David Merrill of the VAN PELT family and I have been harmed, and am being harmed by pretend judicial officers and their null judgments, orders and decrees while they intentionally falsify oaths of office and avoid bonding requirements by law. **My/The Cause of Action before the Court is Breach of Trust and even Breach of Contract.**

2) Furthermore these pretend judges avoid proper bonding practices together in conjunction and with planning concert, and with assistance and collusion of the clerks, including the Secretary of State in Denver, so as to be they are indicted for conspiracy, collusion and forming together a criminal syndicalism that makes it impossible for me to

15

**A47**

find justice anywhere in the State of Colorado regarding the routine operations of two trust agreements. The state attorney general and Supreme Court chief justice have been notified about these null judgments and orders with no apparent response or reaction. The constitutional protections have become flexible, malleable and optional while these pretend judicial officers, especially David A. GILBERT #13737 threaten me and support defamations of character on social media, TV and newspaper reports that threaten my safety and life.

3) This cause of action describes a problem around the misdeed - **Notice of Misdeed** is being served simultaneously - indicating Bishop Castle has reverted back to "how it was". Back as it was, the Castle lost its status with the IRS and would be in jeopardy of seizure by the IRS if that had actually transpired. Neither Trust is joindered into this cause. This cause is to rectify the judiciary in Colorado and alleviate risk and potential harm to both Trusts as a symptom of the delusions that can be generated out of a criminal syndicalism insidiously replacing a justice system.

4) The fraud committed on the courts here in Colorado, by beneficiaries of two trusts, their attorneys and supported by pretend judicial officers also threaten any repayment of monies, labor and other services paid for in lawful **money** (US notes in the form of Federal Reserve notes) and goods purchased with money, which money has come out of my own pocket in loans to both trusts. Interloping on the Bishop Castle matter, CASTLE CHURCH TRUST, the attempt to dissolve the trust is pregnant with false elder abuse and fraud accusations that threaten my freedom and wellbeing. With the LCVP living Trust a state attorney is defrauding the local sheriff and might actually evict Me from the family home if she is successful in doing so - defrauding the sheriff. But more simply put, the fraud committed around both trust agreements violates My/Our right to contract, violated by diminishing obligations of contract through legislation from the bench by pretend judicial officers operating from vacant offices.

> § **10. Powers denied individual states.** (1) No state shall enter into any treaty, alliance or confederation; grant letters of marque or reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, **or law impairing the obligation of contracts**, or grant any title of nobility.

5) Again I apologize for importing so much **Cause of Action** into the Jurisdiction formation. It seems that this kind of situation, **certificate of exigent circumstances and necessity for the** United States to correct criminal syndicalism for a **Key Money state** - read **the Attachment K** about Governor GILPIN in 1861 - like Colorado is fairly unique. David A. GILBERT resorts to the word "necessary" in his null judgment as though I have never left this debt theater of war where there are no constitutional provisions.

6) Specifically I have been administering Trustee duties for two trusts out of my own pocket and the right to see my invested loan monies returned, be paid a reasonable salary as trustee and to operate the trusts for the welfare, health and financial prosperity of the beneficiaries is impaired by these null judgments, appointments and decrees from pretend officers and vacant offices. Innovative planned opportunities have been put on hold due to null actions and a null judgment against me personally, which action never named the

Trust or Me as Trustee. I have an alleged injunction restraining me from visiting my own (purchased in the trust agreement) property. According to Rule 9 (n) the statement of the CASTLE CHURCH TRUST consideration is found in the Jurisdiction section above.

7) John William SUTHERS and Daniel Howard MAY both serving in the Fourth Judicial District at different times give convincing evidence that money is the reward to any victim for an official who violates somebody's rights by violating the bills of rights. See **Attachments B (1-3)**. MAY has a Traveler's insurance policy for $5,000.00 to cover his good performance while in office, as his oath of office is deviant from law, as described in the citations for forming jurisdiction.

8) I feel in all these pages that I have satisfied the clerk's stipulation about a statue demanding payment in money.

9) Simply put, it appears that when Daniel Howard MAY, a trained attorney saw that chief judge Kirk Stewart SAMELSON was encouraging breaking the law with his own oath of office - see **Attachments B (1-5)** MAY knew inherently he had best keep a bond since the Comptroller of the State Treasury was no longer required to compensate victims for violations of the oath. Important to this Cause of Action is that recently when updating MAY's oath of office at the Secretary of State transaction counter I inquired about getting a new copy of MAY's insurance policy too. Carolyn, identified by a nameplate on the counter nearby sternly said, "Oaths only!", rudely interrupting and instructing the fellow helping me. Every time I started to inquire about it with either clerk Carolyn would say it louder and in no time she was shouting "OATHS ONLY!!" I was clearly probing forbidden territory.

10) **NOTICE** how David A. GILBERT, currently offending me with threats of jailing me for contempt should I fail to inform against myself by Interrogatories was likely the primary oath-violator in the Fourth Judicial District. See Attachment C(3) from 2005. This is especially interesting because in late 2008 chief judge Kirk Stewart SAMELSON recused himself shortly after I was billing and had perfected my $20,000,000.00 lien against AG SUTHERS' evidence laundering corporation. The criminal prosecution was picked up by GILBERT. The chain of events explains why GILBERT was so deviant and seemed so immune to any of my arraignment protests, and my objections to jurisdictional issues like the same speedy trial clock that recused SAMELSON. GILBERT had already served a term in a vacant office! Looking back through the oath history, Attachments C, it all makes sense because GILBERT was not and like offending PRUDEK currently is not bound to payoff when he and she violate protections guaranteed through the oath of office process.

11) Keep in mind that in early 2009 only hours before chief judge SAMELSON falsified oaths by dropping crucial wording across the board in the Fourth Judicial District - January 9, 2009 I had published my lien against new DA Dan MAY's boss SUTHERS as Attorney General, and SAMELSON as chief judge for $20,000,000.00. It is frustrating how meticulously the Court will need to pay attention to get the consistencies that prove out a criminal syndicalism - like the criminal case being remanded to a pretend judge

David GILBERT to continue the prosecution over ten years later through contempt accusations. **According to Rule 9 (n)** here is a statement of the billing agreement and consideration:

```
 7              THE DEFENDANT:  Before you fill your order,

 8      then I want you to know that if you are expecting me to

 9      fulfill that order, I will, according to the bond against

10      my sister, but I will be billing you for $10 million to

11      fill that order.

12              THE COURT:  Mr. Merrill -- Mr. VanPelt,

13      whatever you would like to be called, I'm going to set

14      this matter for trial.

15              THE DEFENDANT:  Would you like that notice in

16      writing before you place your order?

17              THE COURT:  You can file anything you would

18      like.

19              Anything that you do file with me has to be in

20      writing, Mr. Merrill.
```

12) SAMELSON scheduled the trial performance for November 18, 2008 but when I showed up he cancelled it. The Memorandum Regarding Jurisdiction shows my published billing a few days prior in more detail in its **Attachments D (1-2)**. Effectively SAMELSON told me that the stage (courtroom) had been double-booked. My daughter came late for my acting performance/trial as they were canceling the subsequent trial, the one my trial had been bumped for!

13) David GILBERT now threatens to jail me for contempt if I violate an injunction based in a null judgment or if I fail to fill out highly personal Interrogatories. GILBERT was one of the few initial pretending judges running a vacant office. GILBERT's deviations in oath of office form and protocol begin the term prior to SAMELSON as chief judge. Pretend magistrate (**Attachments N**) JOHNSON will likely overlook the fraud SEAL commits by not acknowledging I am entitled even if the Notice to Quit were valid, to a 91-Day Grace Period to move out, right there on the Notice to Quit. JOHNSON is now calling herself - "Magistrate" only. Obscuring her oath requirements.

14) All in all it feels like the pretend judicial system is gambling that I will not bring this corruption to a Court with jurisdiction and authority to correct and award damages.

18

**A50**

**According to Rule 9 (n).**

ROBERT C. "BOB" BALINK   El Paso County, CO
12/17/2008   10:12:48 AM
Doc $0.00   Page
Rec $6.00   1 of 1   208132717

**UCC FINANCING STATEMENT**
Filing Fee $15
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

David Merrill
% Corrier Process Server — Ted Howard
115 S. Vermijo, Ste. 202
Colorado Springs, Colorado [80903]

THE ABOVE SPACE FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME

STATE OF COLORADO CAPITAL FINANCE CORPORATION # 19881011067

DINEEN   Heidi   J

1525 SHERMAN STREET   DENVER   CO   80203   USA

body politic   Constitution   32101   19881011 067

3. SECURED PARTY'S NAME

capital integration

No LAST, legal or full name   David   Merrill

% 115 S. Vermijo STE 202   Colorado Springs   CO   80903   USA

4. This FINANCING STATEMENT covers the following collateral

Constitution @
Article XII, §§ 8-10
$20M CAFR Bill # 208126079   11/7/08
208124875
11/21/08

Fidelity bonds (violations) on
Kirk Arnold Samerson   4/15/2002
John Suthers   5/3/2005

TERRITORY   STATE
1861   1876

against fidelity bonds attached.

$20M perfected lien

No. e602, Rev 7-01, UCC FINANCING STATEMENT — COLORADO

19

**A51**

15) Notice how in Attachments C, David A. GILBERT is swearing an illegal oath of office before SAMELSON as his witness, SAMELSON swearing witness as "CHIEF JUDGE". Also please pay attention that GILBERT swore an oath prior Attachment C (2), properly formed and published. This is indictment alone for the accusations herein. It is very difficult for a district court judge, sentencing people to felony prison sentences as routine daily business to feign such reckless breaking the law by accident. In regard to the CASTLE CHURCH TRUST matter, the foregoing is under the penumbra of attorney sleight of hand, in that the trust and Me as trustee were never served. The captioning was originally d/b/a CASTLE CHURCH while Marla PRUDEK allegedly entered judgment against DAVID MERRILL even dropping the *et al* kept in place of BISHOP CASTLE NONPROFIT CORPORATION as plaintiffs, then the case was remanded not so mysteriously to GILBERT who is picking up the original captioning again. Again I feel compelled to remind this Court about **Rule 8 (c)(2)** *Mistaken Designation.*

16) Since GILBERT tried to destroy my mind with psychotropic pharmaceuticals in 2009 by requiring me to consent to a State licensed psychologist the scenario I am describing is terrifying emotionally. When I asked these sorts of questions in open court, he ordered that I see a neuropsychologist to see if I was competent to stand trial. The psychologist demanded I sign a consent form. I was still asking questions required on the consent form and the psychologist kicked me out of his office with no psychological exam. In my opinion the psychologist was in contempt of court but when the Report deadline came due he wrote a report that would have had me committed had I not recorded audio and taken photos of the appointment. See **Colorado USDC 08-MC-0066 Doc 6.** So I hope that the Court will not take risks here with my life and health. And the $20M lien being settled is just compensation.

17) So as not to confuse the Court remember please I am not joindering the two trusts, previously mentioned, into this cause of action. I have been injured personally by the United States by investing my money, labor and heart into otherwise very emotionally and potentially monetary rewarding trust operations while these previously mentioned pretend judicial officials are interloping and otherwise damaging Me, My personal estate and interfering in the emotional component of the agreements as well. The trespass and tort is done in part by reporting to news and social media falsities that bias any possibility of my finding a proper hearing anywhere in Colorado. In turn, likely due to public sentiment and peer pressure these pretending judicial officers are not regarding constitutional protections traditionally afforded to trust agreements (contracts).

18) Under such circumstances I feel justified **to import longstanding wise lessons:**

**I do not consent to endorsement of the Federal Reserve System and it is unfair to Me and anyone like me to treat Me/Our causes as if they are of no value. Any judge sitting with an improper oath as required by law can sit only by the consent of those who would make a use of the Court. I AM David Merrill and I make demand for lawful money of the United States in accord with established law. And I require of the public trustees that they be bonded in accord with said law. I do not consent to allow a lawyer to masquerade as a judge absent a valid oath ascribed and described**

20

according to established law.  I pray that the report given in Isaiah Chapter 1 is not the current condition of my beloved State.  If in fact the "whole head is sick" then perhaps it is time to remove the head and replace the public trustees with those who keep the law with understanding of the Everliving God.  Alas, I have found that many have thought to throw off the bonds of Yehovah and His Messiah in accord with Psalms 2; but there remains an opportunity for Justice to reign and the wayward ship of State to be righted in the Way.

For if the husbandman has gone astray, then the wife is free to marry.  Again, I pray that it is not too late to remedy this criminal syndicalism which is a terrible Breach of Trust and Contract.  For how can the citizen [wife] remain married to a husbandman [head of State] whereby she continues to be abused?  Should the husbandmen be allowed to make merchandise out of those whom they are to love?  Who will right this wayward ship of State?

Those who would pretend to be judges and break the law which governs their own office are no judge at all.  Let them be thrown into the streets whereof they themselves trample upon equity and law.  Let their misdeeds be upon their own heads and let truth prevail in fidelity and in love.

19) GILBERT's null judgment is based on Marla PRUDEK's null judgment in the same CASTLE CHURCH TRUST civil suit - I published a true bill on Marla PRUDEK for acting fees, should she wish for me to pretend she is a real judge, for $2,000,000.00 - see Attachment E (1-2) and heard no more from PRUDEK.  The clerk of court has remanded the null judgment to GILBERT for enforcement by force, not authority.

20) See Attachments F for oath history regarding Marla PRUDEK and pretending chief judge Gilbert MARTINEZ.  (Please do not get David GILBERT pretending district judge and Gilbert MARTINEZ pretending chief judge mixed up.)  Notice that on Attachment D (3) pretend chief judge Gilbert MARTINEZ had a properly bonded fungible fidelity bond prior to the criminal collusion and syndicalism being pointed out as the foundation for this Cause of Action before the Court.  This evidence set attached is consistent with conspiracy and organized criminal fraud throughout.  It would even seem as though the clerk is organizing which cases are handled by which alleged judges according to the fitness of their fungible fidelity bonds.  This brings in collusion from the Secretary of State Wayne W. WILLIAMS who having a standardized Form that is correct with Colorado law should be rejecting faulty oaths of office and returning them rejected to the judicial officers promptly for rewording according to law.

21) How can a wife submit in truth to a lying husbandman?  Or how can a wife trust a husband who lies?  There can be no trust whereby these circumstances exist.  Can the United States, as Administrator just sit back and allow these events to continue?  I now call upon the Everliving God to be witness between Me and thee.

**A53**

22) The Cause of Action instant is largely based on this informal jury indictment, officials with properly bonded oaths of office indicting the criminal syndicalism; sometimes even indicting themselves with their own former oaths of office that are properly bonded by Colorado law. A large part of this indictment is in fact that trained attorneys, trained at crafting words have in their past sworn properly and therefore indict themselves.

23) The primary trust founding this Cause of Action was placed in Congress Assembled by the first State ratifications found at the end of the federal Constitution. My Bond and Security is expressed by my Approbation to the Declaration of Independence. The bond behind my claims is my Life, My Fortune and My Sacred Honor - see Attachment F (1-5) - pledged as security. This is the same bonding behind the last sentence of the Declaration of Independence that begins every copy of the State of Colorado constitution supplied by the Secretary of State. By signature bond I am truly a party in interest to the constitutions. See **PADELFORD v CITY OF SAVANNAH 14 Ga 438 1854**. And true to form, my life is being threatened on several levels, the family home is under Notice to Quit and the time for me to pack up has been canceled by fraud on the court. My freedom of expression is suppressed by an injunction as a null judgment is being enforced by those who are in willing intercourse with such a criminal system. I have taken down Internet postings and am not allowed to go near my own property. I am compelled to dishonor trust agreements and so my bond, my life, fortune and sacred honor are all impaired and I am seeking help from this Court. PADELFORD makes it clear that in most instances:

> No private person has a right to complain by suit in court on the ground of a breach of the United States constitution; for, though the constitution is a compact, he is not a party to it.

24) Please take NOTICE that the oaths of office for the current Secretary of State, Chief Justice of the State Supreme Court and the State Attorney General are in good and properly bonded form, and published where they should be, with the secretary of state in Denver. They were acquired with a simple order form at a reasonable cost and they serve as my jury to indict the United States herein This Complaint. See **Attachments G (1-7)**.

25) The Cause of Action is malfeasance by the United States as principal for allowing corruption to decay the judiciary here in Colorado to the point where in several instances pretend judicial officers violate rights and sometimes even leave me, the alleged defendant completely unheard. In both trusts for example I have been keeping my observations and objections about this lack of bonding in Miscellaneous Case files in the United States District Court in Denver - throughout this writing I call these Miscellaneous Case files evidence repositories. They may be viewed on PACER at **15-MC-53 CASTLE CHURCH et al** and **15-MC-145 VAN PELT**. There are evidentiary items that bring light but will only be revealed in camera, if needed because they are reposed in Trust Minutes. Looking into the CASTLE CHURCH TRUST civil suit will reveal that the trust and/or trustee was never served any process so therefore 350-plus pages of counterclaim and exhibits exposing various egregious frauds on the court was ruled by pretending "judge" Marla PRUDEK to not be any response at all! It was crafty

smoke and mirrors to caption the case so that the only response possible was to appear for the fraud captioned on the summons and complaint and the lies described within the Complaint. If PRUDEK was a judge bound to her oath of office then she would have protected obligations of contract as stipulated in the federal Constitution by throwing the case back to HANES AND BARTELS LLC, the BISHOP's attorneys for correction. She would have respected the principles of **Rule 8(c)(2)**. As things seemed to be degrading I had already missed timeliness by the time I saw PRUDEK's office is vacant. The principle that should have been applied, in addition to protecting obligations of trust is found within this Court's rules:

> Rule 8 (c)(2) *Mistaken Designation.* If a party mistakenly designates a defense as a counterclaim, or a counterclaim as a defense, the court must, if justice requires, treat the pleading as though it were correctly designated, and may impose terms for doing so.

26) But like I keep saying, these are pretenders pandering to emotional slur campaigns - not judges. This seems like the Cherokee fable about two wolves, always fighting; Fear and Doubt always battling Love and Hope. WHICH WOLF WINS? Answer: *The wolf you feed.* The hate and slurs in this defamation of character campaign are so disturbing it is alarming! See **Attachment H**. That was the only kind of request I heard to dissolve the trust agreement. Much of the slur campaign was religious persecution against Pragmatism.

27) The Memorandums and evidence repository 08-MC-0066 (Colorado) detail how my $20,000,000.00 lien was perfected against the STATE OF COLORADO CAPITAL FINANCE CORPORATION as the then *de jure* (valid oath of office) Attorney General's private corporation for converting evidence and seized funds directly into the State Treasury coffers. I cite secretary of state **Reception #20092001574** published on January 9, 2009. The properly bonded official Attorney General being public but handling settlement of a lien as his private corporation? This seems underhanded to suddenly dissociate the private Attorney General's corporation from the State Treasury. This might be best described as a reflection of the same principles being used to obfuscate justice and constitutional bonds with the rewording of the oaths of office. John William SUTHERS as a properly bound State Attorney General was perfectly willing to operate a corporation for money and evidence laundering directly into the State Treasury but simultaneously, when the STATE OF COLORADO CAPITAL FINANCE CORPORATION became liable for $20,000,000.00 bankrupted it like a typical corporation with privately vested shareholders.

28) **How is justice served when it becomes a business plan to rip off the ignorant? Where is equity?  And why has this been allowed to continue?**

29) Primarily two trust agreements have been damaged through various interloping and trespass, **and I, David Merrill have been damaged and continue to be damaged** due to the illusions that are cast that these pretend judicial officers are actually bonded and authorized.

23

**A55**

30) If such practice is allowed to continue by those who have the power to oversee and administrate, then I require maintenance. Otherwise, I require settlement and restitution for the harm which has happened and continues to occur even to this very day.

31) **A legitimately billed and published lien** against the State of Colorado remains unsettled in the amount of $20,000,000.00.

32) In regard to CASTLE CHURCH TRUST, Beneficiaries' Attorney Costs are at $29,293.13 and rising. In the falsely applied doctrine of debt - War Powers of 1917 applied by FDR to save the Fed in 1933 - David A. GILBERT and Marla PRUDEK attempt to put the attorney costs on me by "necessity" when I do not endorse private credit from the Fed at all. **Let the misdeeds of these actors pretending to be judges at law fall upon the heads of those who perform said misdeeds and those who allow these to continue.**

33) Especially considering James Roland BISHOP and his character as distrusting of attorneys and government and as his long time friend I am convinced that this kind of fraud on the court has victimized the BISHOP family **and for that matter the entire people of the State of Colorado.**

34) Attorney's acting in the name of HANES AND BARTELS LLC never served the CASTLE CHURCH TRUST or the Trustee and have therefore lost the case in the state district court and are depending on Marla PRUDEK and David GILBERT pretending to be in the authority of bonded judicial officers to uphold the lie that justice has been served. If this is justice then she is most definitely blind! I do not consent to mere actors with law degrees and titles to sit as my judge unless they are properly bonded to Me as a member of the people of the State of Colorado and under the Everliving God. Whether there remains a belief or unbelief of my servant, in the Everliving God, it matters not! The premise is simple: do not sit in the office if the duty and obligation cannot be performed. The law of the oath is straight forward and clear. And these pretenders are in blatant violation of the law in repugnance to the people of the State of Colorado and the people of the United States.

35) There is plenty of good reason to keep CASTLE CHURCH TRUST in control and ownership management of Bishop Castle.

36) The LOUANNE CLARK VAN PELT living Trust is a very similar situation where pretend judicial officers are asserting authority from vacant offices, and in doing so are interloping into a private agreement and trust. See Attachments M (1-4). There is not only heritage value as a Patroon, the family home reflects Philip Jansen VAN PELT (Dad) as a hard working educator whose alarm was set at 6:15 am five days a week for a long career in order to build and pay off the house. Mom survived Dad by nearly a decade and desired a living trust rather than that the home go through probate and so formed this living Trust before she passed away around Easter this year.

37) Attachments M (1-4) exhibit the finest example of the malfeasance of office. At a glance both the pretend district court magistrate judge Francis Renae JOHNSON and the alleged district court judge Robin CHITTUM look like they are in order. And I am left wondering if these two potential officers were earnest in taking up their offices and honoring their promises. However there are lies that I have on record. Notice that JOHNSON did not file her oath of office at the Secretary of State. The staff at the Secretary's office would not provide a Certificate of Fact but I have an audio recording of the staff there first telling me that she is both a county and district court magistrate judge. I have her oath as a county magistrate judge. Then the Secretary (staff) said that, "Magistrates don't have to file oaths here." Apparently they called the Fourth Judicial District and designed that lie because that is the same lie JOHNSON said in open court! I am having the transcript of that hearing filed into this Case here. My audio recording in the Secretary's office gets more interesting though. I request to buy a $12 copy of the constitutions, so they can explain and they lie to me and say that the Secretary of State is not where I go to buy those!

38) The more blatant conspiracy around the alleged probate court oaths is that Gilbert MARTINEZ signs as chief judge (again) from a vacant office. I supply a fresh reminder in Attachments M that MARTINEZ knows better. His earlier oath is in proper form and filed with the Secretary of State.

39) My sister Martha JEANNE (Marnie) broke her word to Louanne Clark VAN PELT (Mom) after Mom died and has filed for formal probate so that the home will be sold and she can collect her inheritance, rather than be equitable beneficiary over time as agreed. As these proceedings began I investigated the authority of the district court magistrate judge and discovered that both the "judge" and "magistrate" are pretending to have authority as judicial officers and are in fact running vacant offices. I consider the State/METRO/Public Administration Services Attorney Catherine Anne SEAL to be my sister's attorney and SEAL defrauded the Sheriff into making an intrusive inspection of the house and property. Now, there is a 91-day Notice to Quit clock allegedly ticking and I am concerned that the Sheriff might be convinced to enforce this eviction process. **UPDATE: I was served with a new suit for Eviction that says the 91-Day Clock has already expired! Now I am rushing to get this Case filed so as to give Notice lis pendens to the pretend judges.** SEAL also seems to be after my automobile, refusing to accept that I have paid off Marnie and Todd already. Albeit SEAL intends to sell the house, such expeditious selling process to the first "reasonable" bid would mean the loss of My estimated $100,000.00 in added sale price after proper renovations and remodeling. This is compounded by my brother Todd Winter being a carpenter who was living in the family home. While grieving the loss of Mom, Marnie started badgering Todd with not only insistence we must sell the family home, but added insult to Todd that he and I must move out while she repaired the house and prepared it for sale at a good price. Todd was a carpenter specializing at flipping homes and such renovation projects. This upset Todd deeply and We, according to Mom's Will and Testament were planning on Todd needing long-term health care that Todd and I would finish his days here in the family home with me his caregiver. This is the arrangement Mom desired for us all after her death. Marnie had already agreed to accept a reverse-style rent monthly because she

is living in her own home. SEAL sent the Letters notifying Todd and I of her Inspection on August 10, 2015 and they arrived on August 12, 2015. On August 12 Todd collapsed suddenly and died of heart failure.

40) Albeit with Mom and Todd dead and the dogs too, I am not adverse to fixing up the house and selling it. This Complaint describes how my right to operate in the trusts I have been entrusted with are being violated by a false and vacant administrative forum pretending to be a proper judiciary. A basic and fundamental operation of law, that I had presumed was in authorized operation is obscured. From the Attachments here alone it looks like the vacant officer spearheading the obfuscation is David A. GILBERT with the earliest deviance from lawful conduct and that GILBERT influenced SAMELSON the chief judge to pervert the oath of office bonding process hours after I had perfected a $20M lien against John William SUTHERS and SAMELSON for violating my speedy trial right. And that lien being against SUTHERS' quasi-private evidence/money laundering operation in Denver, GILBERT had to back down his personal, still ongoing vendetta to kill me in prison or worse, to destroy my mind with psychotropic drugs. This accusation stems from GILBERT's oath history - him being a chief prosecutor during my Patriot/Sovereign Citizen days; before I discovered Congress wrote the remedy from elastic currency and fractional lending practices in 1913. When push comes to shove transcripts and audio recordings in open court (2008-2009) will support the accusation fairly convincingly. After SAMELSON recused himself for conflict of interest, GILBERT scarcely heard a word I said in open court and on occasion would kick me out of the courthouse. It even seems to me as SUTHERS realized he had to bankrupt his STATE OF COLORADO CAPITAL FINANCE CORPORATION that GILBERT realized he had to dismiss all the charges. Suddenly it dawned on GILBERT that the prosecutor never had a witness to testify against me! - And that nearly five years had passed already since the alleged crime I was being tried for.

41) Basically, to remind the court, neither the district or probate court is hearing a word that I have to say, including that I am publishing these flaws at both the county clerk and recorder and on PACER. They are doing nothing to respect that people have the right to contract and expect honor when they do so. My mother's last will and testament is that she wanted her estate to avoid probate and that Todd and I be able to take care of Todd here as his health was failing badly. I promised her I would install the living trust to her face and we came within three days of doing so as the clerk records show. Professional conservator and financial manager Mark ELLIOT (ELLIOT AND ZEBARTH) and I were doing so and Mom trusted Mark even more than Me. The US Court instant might investigate deeper by looking at the evidence repository and even checking into the case file setting up the Conservatorship 15-PR-30083, that would have properly produced the LOUANNE CLARK VAN PELT living Trust in a more express format.

42) I am also reminding the Court that I do not seek judgment about the validity of the trust, either of them. I am looking to the US government to make right with torts caused by this criminal syndicalism of pretending judicial officers operating vacant offices. I wish to be made whole for the injuries that discovering the truth about the decay of the justice system has caused me. For example if I had suspected PRUDEK could ignore

350-plus pages of response as a non-response, I might have chosen not to Rectify the Colorado Judiciary and risk being accused and even prosecuted for fraud and elder abuse, while the attorney bills were low. I have been defrauded as well as the People of Colorado and the courts.

43) It is not in my nature to appease criminal corruption and such behavior would have taken years off my life, in my estimation but watching the corruption and falsity continue in reality has become surreal too. Having to file this certificate of exigent circumstances for these reasons, that I am likely to be wiped out financially and imprisoned as an elder abuser who stole Bishop Castle is a big stress on my health and wellbeing. The fraud and lies about trust formation spoken on TV News by Phoebe in order to defraud the district court are unbelievable! As trustee in relation to beneficiaries I will refrain from listing them in this Complaint. But something I notice is the inconsistency and fragmented nature of Phoebe's lies to the Press seem to be frightening the People of Colorado into a hate frenzy toward me. People tell me they had to distance themselves and quit being emotional because Phoebe's lies just do not make sense. They are disturbing and therefore are very dangerous to me.

44) A Letter Testamentary or simple court order is requested of this Court, written to the Custer County Tax Assessor that the online publication of Bishop Castle be corrected as it has been since it was sold to me, in the name **CASTLE CHURCH - For the Redemption of the Office BISHOP** in February. The nature and wording of the Letter should correspond to the attached and simultaneously served four-page **Notice of Misdeed**. A recent nastygram from Jim's granddaughter on Google + indicates to me that the BISHOP family is in danger of falling into the delusion they are losing the Castle, and of course blaming me for these attorney frauds. Also when Phoebe generated the lie that I would return the Castle if Jim got better Jim's daughters generated the lie that Jim was in full recovery and cancer free. A miracle!! Now I hear that Jim is "fading fast". To the public, this is like hearing one half of a crucial cell phone conversation - very disturbing! The People of the State of Colorado are victims of this malfeasance of oath process.

45) Primarily though, in the spirit of CASTLE CHURCH TRUST and plans made by Jim and Myself up at Bishop Castle we, as originally intended wish for this elegant art to serve a higher purpose for a very long time. As demonstrated by Jim's evidence repository (Colorado 02-CV-2098) guarding the Castle from intrusion and seizure since 2002, Jim and I are on the same page about this rectification of judiciary. Jim is free to change his religion weekly, and to alter and adjust his political affiliations and conspiracy theories as well. I can only speak for Jim and Phoebe as to the value-added items they instilled into Bishop Castle prior to and at the time of the sale and conveyance of the property. As former owners Jim and Phoebe have no right to withdraw these attractive properties that add value and even eccentric charm to my purchase, **especially considering that withdrawing these metaphysical charms is hurting me, costing me money and with the defamation of character being spread to local motorcycle clubs, holding "Save Bishop Castle" and "Town Hall Meetings" at the local Harley Davidson Motorcycles dealer is actually threatening my life.**

27

**A59**

46) The BISHOP family might be well considered victims of HANES AND BARTELS LLC committing fraud on the Court. The civil complaint was depending on the misnomer captioned and therefore goes into accusations of fraud and elder abuse that are just plain absurd. The state of competence for Jim and Phoebe BISHOP to sell Bishop Castle was never heard in the alleged civil suit. The Interrogatories mentioned are associated to the null judgment as attorney bills now due, according the pretending judges PRUDEK and GILBERT for probably around $40K at the present time.

47) All that said, nothing seems more disturbing than the Custer County Clerk and Recorder reverting the alleged property ownership back to BISHOP CASTLE NONPROFIT CORPORATION as found on the Tax Assessor website. See **Attachments I (1-5).** Bishop Castle lost its nonprofit and tax exempt status with the IRS in August of 2012 and sealed in late 2014 after three years of neglect by Phoebe. Reckless neglect about collecting donations for a long gone infant heart surgery fund too, make re-conveying the property back to the BISHOP family a bad idea. Therefore those misperceptions in law projected by pretend judicial officers could become dangerous to the well planned future of Bishop Castle in CASTLE CHURCH TRUST. Jim and I planned the Trust as a true Mandatory Exception church and coauthored Pragmatism documenting Jim adopting Pragmatism in many hours of hard work and careful thought. **Bishop Castle will be around a long time and the principles of private property rights, and protecting private property from government intrusion are at stake on a much larger scale herein this Case and Court.**

48) **The common component before the Court is that none of this damage would be happening to me and my estate if the judiciary was judicial in nature.** If these pretend officers were bound to the constitutions then they would be protecting the sanctity and privacy of trust agreements as the primary component of peaceful civilization. With no contract law and the protections thereof to delegate the violence needed to procure the energy to survive, we must resort to that violence ourselves. Without the law protecting the obligations of contract in other words, not only does the judiciary become a farce but peaceable living and civilization are threatened.

49) Certificate of Service/Mailing includes the **Notice of Misdeed** with Notice *lis pendens* regarding the Bishop Castle property in **CASTLE CHURCH - For the Redemption of the office BISHOP**, to the Custer County Clerk and Recorder, for publication there, as well as correction of the online property record through the Tax Assessor regarding Parcel #10013601. I also request **Letters Testamentary** from the Court for transfer of ownership of the **LOUANNE CLARK VAN PELT living Trust** estate, the family home into My name so that the insurance company underwriters are comfortable insuring My personal property inside My home too.

I AM David Merrill of the VAN PELT family thirteenth son of Teunis Jansen Laenan VAN PELT, related also to Killian RENSELLAER and Christopher WREN (WREN's who Sailed to the New World - RENSELLAER) on My mother's side and My claim to

28

money pursuant to Title 12 USC §411 and §16 of the Federal Reserve Act is made waiver of tort. **See Attachments J.**

50) ADDITIONAL NOTICE AND CERTIFICATE OF EXIGENT CIRCUMSTANCES!! I was just served an additional criminal-styled case in pretend probate court for FORCIBLE ENTRY in my own home. See Attachments N. I am processing this Refusal for Cause as a NOTICE LIS PENDENS and will serve the Certificates of Mailing upon all the alleged district court cases as soon as this Complaint and Notice of Misdeed are mailed out with the $400 filing fee. SEAL #26908 is claiming to revoke My 91-Day Notice to Quit as already expired. See evidence repository 15-MC-145; Docs 6&7; Attachments N will soon be Doc 8. This is yet another example of fraud that will likely go past the alleged judge unnoticed. The Notice to Quit is right there in Attachment N and the Return of Service states the Notice to Quit was served upon me on October 28, 2015. Catherine Anne SEAL swears under the penalties of perjury that my 91-Day period to pack and leave the home has already expired before November 17, 2015 when I was served this summons. SEAL knows or should know that I have been living here as owner/power of attorney/caregiver and trustee for at least five years but fails to specify which time deadline applies on the Notice to Quit - only saying that it has expired. My simple point is that this sort of fraud on the court should not be happening.

My bond is my Life, Fortune and Sacred Honor so that is My "skin in the game". I understand that. I know what the original signors felt like because time is an illusion. I feel like I am there back in 1776. By the time a Judge is reading this Complaint I may be homeless, broke and maybe in jail with people who hate anybody who would steal a Castle. My use of the Great Seal of Authority for the State of Colorado means I have adopted this bastard child, abandoned by the United States (Jesus abandoned before birth by Archelaus HEROD). The United States has the opportunity to regain the State from this resulting trust. (Archelaus KING, upon finding Antipas TETRARCH in adultery with their brother Philip TETRARCH's wife crowned Jesus King of Israel accepting Jesus back into the administration.) My presumption is that the United States wishes to stay affiliated with Colorado so please clean up this mess and protect my property rights.

51) I am truly a party in interest to the constitutions according to PADELFORD. I need enforcement from the United States to protect the Union.

52) All emotion aside it is not to the beneficiaries' interest in either Trust for people to go to prison for fraud on the court. Additionally and as warned in the evidence repositories Bishop Castle is in the Eleventh Judicial District where Florence and Canon City harbor the highest security prison system in America. I am offering that by settling this matter waiver of tort, with a quick financial award that a flood of inmates past and present calling for review of their cases might be avoided. Also John William SUTHERS is the new Mayor of the City of Colorado Springs and if this becomes a loud issue, SUTHERS running a vacant office of DA etc. might slur his popularity as a politician. See **Attachment B (6)**. After being DA here SUTHERS also served a full term as Director of Corrections in Florence. Jim and I amused our imaginations about these political bombs

29

**A61**

## Supplemental Exigent Circumstances

On 11/19/15 HANES AND BARTELS LLC took thousands of dollars out of my bank account. Total - $3,481.23.

The handwriting on the Account Activity statement is my personal banker Gary SCHWARTZ - #1373552. He spent some time with the bank manager discussing the "court order" and there are irregularities. He made a comment that there is usually a $100 charge for this transaction and there is not any such charge. Additionally Gary informs me that I cannot have a copy of the Warrant or Writ until this (Friday 11/20/15) afternoon, per "Legal" he contacted on the phone 11/19/15. From what I have seen this means that the attorneys at Wells Fargo and HANES AND BARTELS LLC are pretending to be the judge, for pretend judge David A. GILBERT and Marla PRUDEK. I doubt that either pretend judge will sign off on the seizure unless they can fudge the date. This truly gets surreal - criminal syndicalism! I doubt seriously that I will be getting any papers supporting the seizure from Wells Fargo. Please investigate this.

The third page of these exhibits shows that HANES AND BARTELS LLC left the CASTLE CHURCH TRUST account completely alone. This is evidence that they never served the Trust or me as Trustee. Previous counsel Gregory WATKINS verified and validated the Trust. The Watkins Letter is attached as evidence and with the CASTLE CHURCH TRUST being left alone, this is convincing evidence that the entire civil suit was a smoke and mirrors attorney trick. NOTICE: PLEASE PROTECT MY PROPERTY AND RIGHTS!

My signature certifies this injury and my declaration of exigent circumstances.



 **Wells Fargo Online®**

## Welcome to Wells Fargo

## Account Activity

**Personal Savings XXXXXX7992**

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $2,848.88 |
| Pending Withdrawals/ Debits | -$2,848.88 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $0.00 |

### Transactions

Show:  for Last 90 Days

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| **Pending Transactions** | | | |
| 11/19/15 | LEGAL ORDER-HANES HRBACEK & BART 719 260-7900 | | $2,848.88 |
| **Posted Transactions** | | | |
| 10/30/15 | INTEREST PAYMENT | $0.04 | |
| 10/13/15 | Cash eWithdrawal In Branch/Store 10/12/2015 10:47 AM 5710 CONSTITUTION AVE COLORADO SPRINGS CO 7918 | | ▬ |
| 10/13/15 | ONLINE TRANSFER TO VAN PELT D REF #IBEGDKCW8F EVERYDAY CHECKING BILLS | | ▬ |
| 09/30/15 | INTEREST PAYMENT | $0.06 | |
| 08/31/15 | INTEREST PAYMENT | $0.08 | |
| 08/24/15 | Transfer in Branch/Store - From Personal Sav DDA XXXXXX7992 5710 CONSTITUTION AVE COLORADO SPRINGS CO | | ▬ |
| **Totals** | | $0.18 | ▬ |

Deposit products offered by Wells Fargo Bank, N.A. Member FDIC. Wells Fargo Bank, N.A. is a banking affiliate of Wells Fargo & Company.

🏠 Equal Housing Lender

© 1995 – 2015 Wells Fargo. All rights reserved.

2848.88
+ 632.35
$ 3,481.23

James & Phibe  Bishop

29730.95

funds taken out of acct

Talk to El Paso County or Attny.


  **Wells Fargo Online®**

## Welcome to Wells Fargo

## Account Activity

Personal Checking XXXXXX5928

**Activity Summary**

| | |
|---|---|
| Current Posted Balance | $844.64 |
| Pending Withdrawals/ Debits | -$844.64 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $0.00 |

**Transactions**

Show:  for  Last 90 Days

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| **Pending Transactions** | Note: Debit card transaction amounts may change | | |
| 11/19/15 | LEGAL ORDER-HANES HRBACEK & BART 719 260-7900 | | $532.35 |
| 11/19/15 | PURCHASE UNITED PACIF COLORADO SPRI CO CARD7918 | | |
| 11/19/15 | BILL PAY STATE FARM INSUR | | |
| **Posted Transactions** | | | |
| 11/16/15 | PURCHASE AUTHORIZED ON 11/13 HAMMACHER SCHLEMME 800-233-4800 OH S305315605021174 CARD 7918 | | |
| 11/12/15 | BILL PAY CENTURYLINK ON-LINE xxxxxxxxx0464R ON 11-12 | | |
| 11/06/15 | PURCHASE AUTHORIZED ON 11/06 SHELL Service Station COLORADO SPRI CO P00585310707780025 CARD 7918 | | |
| 11/06/15 | PURCHASE AUTHORIZED ON 11/06 USPS 0718060603 COLORADO SPRI CO P0000000641165585 CARD 7918 | | |
| 11/03/15 | Cash eWithdrawal in Branch/Store 11/03/2015 10:19 AM 5710 CONSTITUTION AVE COLORADO SPRINGS CO 7884 | | |
| 10/29/15 | PURCHASE AUTHORIZED ON 10/29 USPS 0718150618 COLORADO SPRI CO P00000000049553442 CARD 7918 | | |
| 10/29/15 | PURCHASE AUTHORIZED ON 10/29 SHELL Service Station COLORADO SPRI CO P00385302675753388 CARD 7918 | | |
| 10/27/15 | PURCHASE AUTHORIZED ON 10/25 DISH NETWORK-ONE T 800-894-9131 CO S585297836007646 CARD 7918 | | |
| 10/23/15 | PURCHASE AUTHORIZED ON 10/21 KUMATO LABS 562-216-7400 CA S585294556148144 CARD 7918 | | |
| 10/23/15 | ONLINE TRANSFER FROM - FOR THE REDEMPTION C EVERYDAY CHECKING XXXXXX8215 REF #IBE5PJCK3L ON 10/23/15 | | |
| 10/22/15 | PURCHASE AUTHORIZED ON 10/21 PAYPAL *OHYASALES 402-935-7733 CA S305294595768366 CARD 7918 | | |
| 10/20/15 | BILL PAY COLORADO SPRINGS ON-LINE xxxxx37636 ON 10-20 | | |
| 10/19/15 | BILL PAY STATE FARM INSUR ON-LINE xxxxxxxx1006H ON 10-19 | | |
| 10/19/15 | PURCHASE AUTHORIZED ON 10/19 SHELL Service Station COLORADO SPRI CO P00385282633638269 CARD 7918 | | |
| 10/19/15 | PURCHASE AUTHORIZED ON 10/18 CBI*MALWAREBYTES C 800-799-9570 IL S305291773333327 CARD 7918 | | |
| 10/16/15 | BILL PAY S████████ ON-LINE No Account Number ON 10-16 | | |
| 10/16/15 | BILL PAY M█████ ON-LINE No Account Number ON 10-16 | | |
| 10/16/15 | BILL PAY ███████ON-LINE No Account Number ON 10-16 | | |
| 10/13/15 | BILL PAY ███████████ ON-LINE xxxxxxxx1006H ON 10-13 | | |
| 10/13/15 | ONLINE TRANSFER FROM VAN PELT D REF #IBEGDKCW8F WAY2SAVE SAVINGS BILLS | | |

**A64**

Case 1:15-cv-01416-VJW   Document 15   Filed 01/21/16   Page 86 of 168
Wells Fargo Account Activity
Case 1:15-cv-01416-VJW   Document 1   Filed 11/23/15   Page 33 of 110

11/19/2015



**Wells Fargo Online®**

## Welcome to Wells Fargo

## Account Activity

CASTLE CHURCH TRUST XXXXXX8215

### Activity Summary

| | |
|---|---|
| Current Posted Balance | $191.71 |
| Pending Withdrawals/ Debits | -$191.00 |
| Pending Deposits/ Credits | $0.00 |
| Available Balance | $0.71 |

### Transactions

Show:  for  Last 90 Days

| Date ↓ | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| Pending Transactions | Note: Debit card transaction amounts may change | | |
| 11/19/15 | Cash eWithdrawal in Branch/Store 11/19/2015 4: | | $191.00 |
| Posted Transactions | | | |
| 11/17/15 | MONTHLY SERVICE FEE | | $10.00 |
| 11/16/15 | PURCHASE REVERSAL ON 11/04 USPS 0718150618 COLORADO SPRI CO P000000652882346 CARD 7884 | $20.26 | |
| 11/16/15 | PURCHASE REVERSAL ON 11/04 USPS 0718150618 COLORADO SPRI CO P000000259639378 CARD 7884 | $20.25 | |
| 11/10/15 | PURCHASE AUTHORIZED ON 11/10 USPS 0718060603 COLORADO SPRI CO P0000000249160386 CARD 7884 | | $21.69 |
| 11/03/15 | PURCHASE AUTHORIZED ON 11/03 USPS 0718150618 COLORADO SPRI CO P000000259639378 CARD 7884 | | $20.25 |
| 11/03/15 | PURCHASE AUTHORIZED ON 11/03 USPS 0718150618 COLORADO SPRI CO P000000652882346 CARD 7884 | | $20.25 |
| 11/02/15 | RECURRING PAYMENT AUTHORIZED ON 10/31 FACEBOOK A6AP78276 650-6187714 CA S565304352602868 CARD 7884 | | |
| 10/23/15 | ONLINE TRANSFER TO VAN PELT D EVERYDAY CHECKING XXXXXX5928 REF #IBE5PJCK3L ON 10/23/15 | | |
| 10/19/15 | PURCHASE AUTHORIZED ON 10/19 USPS 0718060603 COLORADO SPRI CO P00000000859320194 CARD 7884 | | |
| 10/19/15 | PURCHASE AUTHORIZED ON 10/15 COURIER PROCESS SE COLORADO SPNG CO S085288533584774 CARD 7884 | | |
| 10/13/15 | PURCHASE AUTHORIZED ON 10/13 USPS 0718150618 COLORADO SPRI CO P00000000950136126 CARD 7884 | | |
| 10/07/15 | PURCHASE AUTHORIZED ON 10/06 CAREFREE CONOCO COLORADO SPRI CO S365279694061703 CARD 7884 | | |
| 10/07/15 | PURCHASE AUTHORIZED ON 10/06 THE UPS STORE #199 COLORADO SPRI CO S305279623916666 CARD 7884 | | |
| 10/06/15 | PURCHASE WITH CASH BACK $ 50.00 AUTHORIZED ON 10/06 USPS 0718150618 COLORADO SPRI CO P00000000834673745 CARD 7884 | | |
| 10/06/15 | PURCHASE AUTHORIZED ON 10/05 DOCUMART STORE 110 COLORADO SPRI CO S005278568161190 CARD 7884 | | |
| 10/06/15 | PURCHASE AUTHORIZED ON 10/05 THE UPS STORE #199 COLORADO SPRI CO S305278522816341 CARD 7884 | | |
| 10/05/15 | PURCHASE AUTHORIZED ON 10/05 USPS 0718060603 COLORADO SPRI CO P00000000857313275 CARD 7884 | | |
| 09/30/15 | PURCHASE AUTHORIZED ON 09/30 USPS 0718060603 COLORADO SPRI CO P0000000736943262 CARD 7884 | | |
| 09/30/15 | BILL PAYMENT RETURN ON 09-30 | | |

**A65**

# *GREGORY L. WATKINS*
### ATTORNEY AT LAW, P.C.

**BASSICK BUSINESS CENTER**
8 Bassick Place, Suite A
P. O. Box 1617
Westcliffe, Colorado 81252

Phone (719) 783-0762
e-mail kawdawg@centurytel.net

April 29, 2015

David Merrill, Trustee
c/o Courier Process Service
115 East Vermijo # 202
Colorado Springs, Colorado 80903

Re:   CASTLE CHURCH

Dear Mr. Merrill:

I have been retained by Phoebe and Jim Bishop the beneficiaries of the above referenced trust to represent their interest and concerns in Bishops Castle and how you currently run the trust as Trustee.

First and foremost you will not contact the Bishops again. You will deal directly with me. If you need to communicate with the Bishops as Trustee and them as beneficiaries you need to contact me and then only in writing. Second you will not pay the Bishops in cash as there is no way to account for it. Income disbursed to the beneficiaries will be in the form of a Trust Account check.

The Bishops are demanding an accounting from you as the trustee for all income and disbursements since the inception of the trust. They also want to know the name and address of every bank in which trust income is maintained. The accounting must be completed within thirty days. As Trustee for the trust you are responsible for paying all bills associated with the trust including utilities. Phoebe Bishop will no longer be paying these bills. The beneficiaries are also demanding copies of all documentation relating to the trust, including a fully executed copy of the trust agreement. You have referred to a Board of Trustees and the Bishops demand to know who is on this board.

The Castle was last assessed in 2004 by the Custer County Assessor's Office and the land and improvements valued at $110,000. The Bishops are demanding that you provide a bond in the amount of $100,000.00.

On behalf of the Bishops I am demanding that you register the trust with the District Court of Custer County since that is the situs of the trust. According to statute you have thirty days in which to comply with this demand. Finally while there is not much I can do currently to prevent you from going Castle property I can inform you that you are not allowed on the Bishops private property. The access easement currently used to gain access to the Castle is now closed to you.

The whole idea of this trust was to preserve the tax exempt status of the castle. Currently you are about to lose the tax exempt status with the Custer County. I also see where the state has denied your tax exemption. If the castle loses it's tax exemption because of your mismanagement then the reasons for the trust will disappear.

**A66**

You will stop referring to yourself as the owner of Bishop's Castle.  The trust owns the castle not you.  You will remove all reference to yourself as owner.

Again you will communicate with the Bishops through me only.  You will communicate with me only in writing and I do not mean by electronic mail.  You have thirty days, within which to comply with all of the above demands.  Such documents shall be sent to my office at the mailing address listed above.

Sincerely,

Gregory L. Watkins

while around the fire at the Castle. These items are mentioned as incentive for the Court to consider ruling for a quick financial award, rather than this Case being heard loudly in the court of public opinion possibly as it is appealed into higher courts.


## CONCLUSION

In addition to settling the outstanding $20,000,000.00 the Court should order whatever attorney fees HANES AND BARTELS LLC finds billable forgiven, as well as preparing a list of misdeeds, frauds and lies in their misnomer Complaint for the Colorado Bar Association, which is the State Supreme Court. I estimate since this billing is ongoing, $29,293.13 plus $10,000.00 in estimated subsequent costs equals $39,293.13. Otherwise and in the alternative I am calling the amount damages as PRUDEK and GILBERT are coercing me with contempt of court jail. **Costs** for not being able to implement the cyberspace entertainment system as planned during formation of CASTLE CHURCH TRUST - $6,000.00/month x 8 months = $48,000.00. The United States as principal should settle damages created by Marla PRUDEK and now David A. GILBERT by forcing me or at least attempting believe I am obligated to act as though they are real judges without compensation. Issuing null judgment and making me take down advertisement and other promotional material and websites including posts and photographs as though PRUDEK's and GILBERT's notices, judgments and decrees hold the authority of law has been costly to the trust, myself funding the trust and to the beneficiaries too. It is to the benefit of the beneficiaries in both trusts that I do not be jailed but what is frustrating is that if I could get a hearing or trial, being jailed might be worthwhile to get the truth out about the trust(s). However contempt of court does not intimate that there will be any hearings or finding of facts. Settling Marla PRUDEK's acting fees bill for $2,000,000.00 is added to the payoff and settlement from the US. TOTAL: $22,087,293.13.

Now THEREFORE...

***WHEREAS*** the claims and demands related to payoff and settlement by the United States are contained herein the Cause of Action section of this Complaint. I have been injured and am being injured by a corrupted judiciary that is encouraging various frauds and defamations of character all around. The United States should take immediate action to correct the bonding process in the State of Colorado starting by awarding me $22,087,239.77 and the two Letters Testamentary as requested. The right to contract in trust in American life must be protected as a priority preserving civilization. This monetary award will prompt the United States to ORDER the Secretary of State to reject illegal oaths of office and return them to the official for rewording, and to ORDER other corrections as needed so that proper fidelity bonding is an assurance of justice once again in Colorado.

30

**A68**



**TERRITORY**
**1861**

**STATE**
**1876**

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

David Merrill as Trustee for the Resulting Trust - STATE OF COLORADO (with Great
Seal of Authority

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

David Merrill as First Trustee for CASTLE CHURCH - For the Redemption of the Office
BISHOP (with seal)

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

David Merrill as Trustee for the LOUANNE CLARK VAN PELT living Trust (with seal)

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

David Merrill signing in My individual capacity.


STATE OF COLORADO          }
                           } ss:
COUNTY OF EL PASO          }

Subscribed and sworn to before me this  17th  day of  November, 2015
by David Merrill who is known to me.

_Theresa L Willis_

My commission expires   11-10-2017

**THERESA L WILLIS**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20054043098
MY COMMISSION EXPIRES NOVEMBER 10, 2017

31

**A69**

# NOTICE OF MISDEED

## Regarding: Bishop Castle - Parcel #10013601 in Custer County,
**Colorado** Return original to USDC Colorado (15-MC-53); 901 19th Street; Denver, Colorado. 80294

**Notice of Lis Pendens** - Certificate of Mailing to the US Federal Court of Claims is attached.

    I AM David Merrill of the VAN PELT family and First Trustee for CASTLE CHURCH - For the Redemption of the Office BISHOP, Registered in El Paso County, Colorado as 2015-PR-178; EIN #47-6931660 - Mandatory Exception Title 26 USC §508(c)(1)(a) and it has come to my attention that Bishop Castle (N2NE4NW4NE4SW4 SEC 10 23 69) (hereinafter "Bishop Castle" upper and lower case lettering - meaning the physical art and land) has been recently conveyed from "my" ownership nomenclature, according to the Tax Assessor webpage search engine, to BISHOP CASTLE NONPROFIT CORP EIN #74-2304427 (hereinafter BISHOP CASTLE) as if owned by James R. and Phoebe M. BISHOP. This NOTICE is notice to the Public Trustee to protect my property rights.

    There are many reasons I choose to keep Bishop Castle in the irrevocable trust - *CASTLE CHURCH - For the Redemption of the Office BISHOP* - hereinafter CASTLE CHURCH TRUST. Only a few reasons are brought up in this NOTICE. Stated clearly CASTLE CHURCH TRUST was correctly and lawfully formed for all the right reasons to form such a trust. CASTLE CHURCH TRUST sets comfortably within remedy and redemption redeeming lawful money in all instances according to the Federal Reserve Act and Title 12 USC §411.

    In friendship and emotional trust James Roland (BISHOP) hereinafter Jim, and I formulated and planned doctrine for a new style, non-commercial church named Pragmatism. Jim declared that Pragmatism would end war and changed the name of BISHOP CASTLE to CASTLE CHURCH TRUST and adopted Pragmatism recorded by camera and video on September 28, 2014. Jim's declaration was expressed by Jim and his wife Phoebe BISHOP in writing by way of three or four formally witnessed and notarized documents over the period of a month, mid-January to mid-February of 2015. These documents include but are not limited to the Trust Agreement (35 Pages), the Warranty Deed in Custer County - #00224736 2/9/15, and its Corrective Warranty Deed #00224792 2/19/15. During subsequent excruciating pain of radiation therapy I believe Jim was subject to religious abuse by the Mormon gift shop manager at the Castle and has forgotten our objectives for Bishop Castle and Pragmatism.

    Lately there has been some rumor generated in social media, including TV and newspaper reports, that all the above history, will and intent of Jim and Phoebe BISHOP has been somehow "undone" and the Bishop Castle art and property - CASTLE CHURCH TRUST - has reverted or been re-conveyed to BISHOP CASTLE. This is untrue. However it would appear that these rumors have influenced the Custer County Clerk and Recorder to report falsely to the Tax Assessor and as of 10/23/15 the webpage shows the owner of Bishop Castle to be BISHOP CASTLE and it is no longer displayed owned by CASTLE

32

**A70**

CHURCH TRUST. These rumors are based in fraud on the court - FRCP Rule 60 (b)(3-4) and local Court of Claims Rule 9 (n). Like with the gift shop manager in my original actions I do not seek to put anybody in prison. The Claim in the United States Federal Court of Claims seeks damages waiver of tort.

The parties generating the fraud are attorneys acting in their individual capacities and without sovereign or judicial immunities named, Marla PRUDEK #16155, Brenda BARTELS #17117 and Richard Wayman HANES #1206 (hereinafter HANES AND BARTELS LLC). These three actors are potentially being charged with criminal record tampering through my evidence repository in Denver federal court Case #2015-MC-53 - Title 18 USC §1512(c)(2) at Doc 13. I have published my acting/performance fees ($2,000,000.00 True Bill) there too - Doc #9, Pages 18-19. Marla PRUDEK has not paid these acting fees to me and therefore it is not incumbent upon me to act like she is a real district court judge. David A. GILBERT #13737 in his individual capacity is joindered to PRUDEK's null judgment and fraud upon the court.

I have investigated numerous oaths of office in the Fourth Judicial District and there are no qualified, properly bonded judicial officers available. I have tried several times to acquire justice with the Eighth Judicial District where they have proper bonding. As First Trustee and owner of Bishop Castle by and through CASTLE CHURCH TRUST I must insist that any "judge" be properly bonded through the comptroller of the state treasury, rather than by some undisclosed insurance policy, at best, like alleged District Attorney Daniel Howard MAY #11379 (SoS) Reception #20095603382 2/24/09 with a $5,000.00 Traveler's Policy #002503461 PoA #220220. Since the Secretary of State subsequently refuses to provide any bond information, I presume that Marla PRUDEK and David A. GILBERT are completely unbound in their promises. Marla PRUDEK's bogus oath at (SoS) Reception #20125033537 11/19/12 is witnessed by "chief judge" Gilbert MARTINEZ Reception #20115000995 1/14/2011. More importantly however is that this "chief judge" witnessing virtually all the oaths in the Fourth Judicial District is blatantly breaking the law - **C.R.S. 24-12-101 Form of Oath**, even after previously swearing out a properly bonded oath (El Paso County C&R Reception #96121500 9/25/96). This proves criminal collusion (syndicalism) to protect government from people. THEREFORE THESE RUMORS THAT CASTLE CHURCH TRUST IS NOT EXTANT, AND THAT THE BISHOP CASTLE PROPERTY HAS BEEN CONVEYED BACK TO THE BISHOP FAMILY ARE NOTHING MORE THAN RUMORS.

I am in the process of rectifying the judiciary here in the Fourth Judicial District and therefore all around Colorado indicated by this NOTICE and other process. If we (Jim and I) can do this efficiently a flurry of convicts demanding review of their cases might be avoided. This style of correction on this grand of a scale is what Jim and I imagined for Bishop Castle and is the reason that Jim and Phoebe BISHOP created CASTLE CHURCH TRUST and turned ownership of Bishop Castle (the physical art and property) over to Me in February of 2015.

Further reasons not to turn Bishop Castle back to BISHOP CASTLE NONPROFIT CORPORATION are explained below. There are many more reasons regarding honesty and childish emotionalism in social media, including TV and newspaper "News" not mentioned herein.

33

**A71**

By 8/13/2012 BISHOP CASTLE NONPROFIT CORPORATION had its non-profit tax-exempt status with the IRS revoked for failure to file certain required forms (#990) for three consecutive years. Furthermore BISHOP CASTLE NONPROFIT CORPORATION by signage at the Castle still advertises to be a charitable organization around a long non-extant infant heart surgery fund, complicating any possibility of renewing tax-exemption or non-profit status with the IRS. Additionally HANES AND BARTELS LLC has accrued an alleged debt against the BISHOP estate for over $30,000.00 and continues to increase this alleged debt.

Therefore it is in the best interest of the beneficiaries James Roland and Phoebe M. BISHOP that CASTLE CHURCH TRUST remain intact and resume property management operations as quickly as possible. The Custer County Tax Assessor is encouraged to correct the website notice as soon as possible.

**Please return certified copies to David Merrill/CASTLE CHURCH TRUST; 115 E. Vermijo Street - #202; Colorado Springs, Colorado. 80903 and State Attorney General Cynthia Hornsinger COFFMAN; 1300 Broadway - 10th Floor; Denver, Colorado. [80203]**

**Trustee of the Resulting Trust:**

Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

**CASTLE CHURCH - For the Redemption of the Office BISHOP by David Merrill as First Trustee:**

**David Merrill in individual capacity:**

**STATE OF COLORADO**      }
                                           } ss:
**COUNTY OF EL PASO**      }

Subscribed and sworn to before me this 17th day of November, 2015 by David Merrill who is known to me.

_Theresa L Willis_
Notary Public
My commission expires  11-10-2017 .

THERESA L WILLIS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20054043098
MY COMMISSION EXPIRES NOVEMBER 10, 2017

34

**A72**

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Brenda BARTELS, | ) | Case No.  2015-MC-53 |
| Richard HANES | ) | |
| and | ) | |
| Maria PRUDEK | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____October 23, 2015_____ in the county of ____El Paso/Custer____ in the

_____ District of _____Colorado_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 USC §1512 (c)(2) | Theft or alteration of record, Fraudulent conveyance of property at the Custer County Clerk and Recorder. Defrauding Kelly KAMPER to re-convey Bishop Castle. |

This criminal complaint is based on these facts:

Online record for the Custer County Tax Assessor shows the owner of Bishop Castle located on parcel #10013601 to be BISHOP CASTLE NONPROFIT CORPORATION as of 10/23/15. Bishop Castle belongs to CASTLE CHURCH - For the Redemption of the Office BISHOP since mid-February of 2015.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

*Printed name and title*

| Print | Save As... | Attach | Reset |

35

## A73



Attachment A (1)



Attachment A (2a)

37

**A75**



Attachment A (2b)

38



Attachment A (3)



Attachment A (4)



Attachment A (5) Notice the Demand on the Donation Box. "The Tabernacle for the Redemption of GOD'S Lawful Money!"

STATE OF COLORADO   )
                    ) ss.
COUNTY OF EL PASO    )

20095603382  C
OATH_OFFICE
SECRETARY OF STATE
02/24/2009 10:40:03

## OATH OF OFFICE

I, Daniel H. May, do solemnly swear that I will support the Constitution of the United States and of the State of Colorado and that I will faithfully and to the best of my ability perform the duties of the office of **District Attorney**, upon which I am about to enter.

Signature

Subscribed and sworn before me this 13th day of January, 2009.

RECEIVED

JAN 1 5 2009

ELECTIONS   MB
SECRETARY OF STATE

Notary Public
105 East Vermijo Avenue
Colorado Springs, CO  80903

My Commission Expires: 8/19/2011

Attachment B (1)

**TRAVELERS**

**RECEIVED**

FEB 0 4 2009

ELECTIONS
SECRETARY OF STATE

Travelers Casualty and Surety Company of America
Hartford, CT 06183

**PUBLIC OFFICIAL BOND -
FOR DEFINITE TERM**

BOND NO. 105446603382  C
FILED OFFICE
SECRETARY OF STATE
02/24/2009  10:48:53

KNOW ALL MEN BY THESE PRESENTS, That we DANIEL H MAY
of 255 Silver Spring Drive COLORADO SPRINGS, CO 80919 , as Principal, and
Travelers Casualty and Surety Company of America , a corporation of  CT , as Surety are held
and firmly bound unto 4th Judicial District Attorney's Office  in the
penal sum of Five Thousand  (  $5,000.00  ) Dollars, lawful money
of the United States of America, for the payment of which well and truly to be made, said principal binds
himself/herself, his/her heirs, executors, administrators and assigns, and said Surety binds itself, its
successors and assigns, jointly and severally, firmly by these presents.

SEALED and dated this  27  day of  January ,  2009 .

WHEREAS, the said principal has been ☐ elected  or  ☐ appointed to the office of:
Public Officials - District Attorney  for a definite term beginning  January 13, 2009
and ending  January 12, 2013  and is required to furnish a bond for the faithful performance of
the duties of the said office or position.

NOW, THEREFORE THE CONDITION OF THIS OBLIGATION is such that if the above bounden
Principal shall (except as hereinafter provided) faithfully perform the duties of his/her said office or
position during the said term, and shall pay over to the persons authorized by law to receive the same
all moneys that may come into his/her hands during the said term without fraud or delay, and at the

Attachment B (2)

43

Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this 27 day of January, 20 09

Kori M. Johanson, Assistant Secretary



To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

Attachment **B** (3)

OATH OF OFFICE

STATE OF COLORADO )
                  ) ss.
COUNTY OF EL PASO )

I, Kirk S. Samelson, do solemnly swear in the presence of the ever-living God, that I will support the Constitution of the United States and the Constitution of the State of Colorado, and that I will faithfully perform the duties of Judge of the District Court, 4th Judicial District, for El Paso County, State of Colorado, to the best of my skill and ability, so help me God.

Kirk S. Samelson, District Court Judge

Subscribed and sworn to before me this 14th day of January, 2003.

District Court Judge
Fourth Judicial District

Attachment B (4)

45

**A83**



Attachment B (5)



## STATE OF COLORADO

### DEPARTMENT OF STATE

### CERTIFICATE

I, VICTORIA BUCKLEY, Secretary of State of the State of Colorado do hereby certify that:

JOHN SUTHERS,

the District Attorney for the Fourth Judicial District in the State of Colorado has not filed an Oath of Office form with this office, nor does this office retain any record of the above named individual . . . . . . . . .

IN TESTIMONY WHEREOF, I hereunto set my hand and affixed the Great Seal of the State of Colorado, at the City of Denver this 16th day of December, 1996.

SECRETARY OF STATE

Attachment B (6)

47

**A85**

**RECEIVED**

JAN 14 2011

ELECTIONS
SECRETARY OF STATE

20115000989  C
OATH_OFFICE
SECRETARY OF STATE
01/14/2011  12:19:44

STATE OF COLORADO      )
                              ) ss.      **OATH OF OFFICE**

COUNTY OF EL PASO      )

I, __DAVID A. GILBERT__, do solemnly swear that I will support the Constitution of the United States and of the State of Colorado; that I will faithfully and to the best of my ability perform the duties of the office upon which I am about to enter of __District Court Judge of the Fourth Judicial District.__

DAVID A. GILBERT

Subscribed and sworn to before me this _____11 th_____ day of ___January___, 2011.

KIRK SAMELSON
CHIEF JUDGE
FOURTH JUDICIAL DISTRICT

Attachment C (1)

48

**A86**



Attachment C (2)

49

**A87**

Attachment C(3)

OATH OF OFFICE
FOR DISTRICT COURT
FOURTH JUDCIAL DISTRICT

201725033557   C
OFFICE
SECRETARY OF STATE
11/19/2012 10:31:21

STATE OF COLORADO)
                 ) ss
COUNTY OF EL PASO )

I, Marla Prudek, do solemnly swear or affirm, that I will support the Constitution of the United States and the Constitution of the State of Colorado, and that I will faithfully perform the duties of Judge of the District Court, 4th Judicial District, for El Paso County, State of Colorado, to the best of my skill and ability, so help me God.

Marla Prudek

Subscribed and sworn to before me this __9th__ day of _November_ 2012.

Chief Judge
Fourth Judicial District

RECEIVED

NOV 16 2012

ELECTIONS
SECRETARY OF STATE

STATE OF COLORADO
DEPARTMENT OF STATE

I hereby certify that this is a true and complete copy of the document filed in this office and admitted to record in this _____ ·· File

DATED.

Secretary of State

By

Attachment C (4)

51

**A89**

**RECEIVED**

JAN 14 2011

ELECTIONS
SECRETARY OF STATE

20115000895  C
OATH_OFFICE
SECRETARY OF STATE
01/14/2011 12:23:01

STATE OF COLORADO          )
                           ) ss.     OATH OF OFFICE
COUNTY OF EL PASO          )

I, GILBERT A. MARTINEZ, do solemnly swear that I will support the
Constitution of the United States and of the State of Colorado; that I will faithfully
and to the best of my ability perform the duties of the office upon which I am about
to enter of District Court Judge of the Fourth Judicial District.

GILBERT A. MARTINEZ

Subscribed and sworn to before me this ___11 th___ _____ day of
___January___, 2011.

KIRK SAMELSON
CHIEF JUDGE
FOURTH JUDICIAL DISTRICT

STATE OF COLORADO
DEPARTMENT OF STATE

I hereby certify that this is a true and
complete copy of the document filed in
this office according to records in
this office.

File
DATED
By Secretary of

Attachment C (5)

52

**A90**

96121500          96 SEP 25 AM 9:26          1 of 1
                  ARDIS W. SCHMITT
              EL PASO COUNTY CLERK & RECORDER

                                                F122

## OATH OF OFFICE

STATE OF COLORADO    }
                     }  ss
COUNTY OF EL PASO    }

    I, Gilbert A. Martinez, do solemnly swear in the
presence of the everliving God, that I will support the
Constitution of the United States and the Constitution of the
State of Colorado, and that I will faithfully perform the duties
of the office of District Court Judge for the Fourth Judicial
District, State of Colorado, to the best of my skill and ability,
so help me God.

                             _____
                             Signature

    Subscribed and sworn to before me this 12th day of
_January_, 1993.

                            _____
                             Matt M. Railey, Chief Judge
                             Fourth Judicial District

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and correct
copy of record in my office.
Date _____ Book _____ Page _____
6-25-15
Chuck Broerman
County Clerk & Recorder, El Paso County, CO
By _____
                        Deputy

EL PASO COUNTY
EST 1861

Attachment C (6)



Attachment D (1)

$20,000,000.00 Reminder – Past Due Notice – Lost Against Fidelity Bonds, $20,000,000.00:

US Clerk of Court Instruction – 08-MC-0066
Fourth Judicial District Court Clerk Instruction – 04-CR-3218

*Concurrent jurisdiction 'saving to suitors' – page 47, Judicial Act of Sept. 24, 1789.*

## Past Due Notice

My lawful money was due in cash or gold according to our bill El Paso county clerk Reception #         11/20/08 and if.        · 11/7/08 at the end of business on *Trial Day*, which was Ordered by Kirk Stewart SAMELSON for Tuesday, November 18, 2008. I can be reached in writing or paid through:

Courier Process Servers
Attn: Tad Howard
115 E. Vermijo; Ste. 202
Colorado Springs, Colorado.
[80903]

RECEIVED

DEC 0 1 2008

Meanwhile I am taking the opportunity to add to the record that John SUTHERS' agent Erik W. LAMPHERE has been exacerbating violations for which I am billing *waiver of tort* with felony witness tampering through the emails. The two-page email is attached and fully incorporated in copies forwarded to the secretary of state with the Finance Statement adjusting this $20,000,000.00 lien amount with the *State of Colorado Capital Finance Corporation* and US clerk of court #08-MC-0066 FILED 11/17/08.

Colorado Secretary of State
Date and Time: 08/08/2008 02:28 PM
ID Number: 19881011067
Document number: 20081423878

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

DEC 0 1 2008

M.V. PERRY
CLERK OF COURT

Please pay me promptly for these violations of my rights ordered by Kirk Stewart SAMELSON in collusion with John SUTHERS, respectively Chief Judge of the Fourth Judicial District of the State of Colorado – and Attorney General for the State of Colorado. Your promises to pay me are published with the Secretary of State since January 14, 2003 and May 3, 2005 respectively.

Subscribed to before me this *1st*
day of the *12th* month in the year
year *2008* . Witness my hand
and official seal.

_____
Notary Public
My commission expires: *5/31/2011*

Thank you,

David Merrill.

$20,000,000.00                                                $20,000,000.00

Attachment D (2)



$2,000,000.00                                        $2,000,000.00

**TRUE BILL**

**Bill for $2,000,000.00**

This bill for $2,000,000.00 issued upon Marla PRUDEK is to settle charges for acting

and performance fees in Case #15-CV-31641. Marla PRUDEK by her misdeed pretends to be

acting in capacity as a Fourth Judicial District Court Judge. Marla PRUDEK in lacking a proper

oath of office according to Law acts in her own commercial liability. Marla PRUDEK by

making use of a name which is not her own performs a misdeed and therefore she has the

liability of her own misdeed. Additionally Marla PRUDEK co-fabricates David Merrill dba

CASTLE CHURCH - for the Redemption of the Office BISHOP falsely and attempts to

fraudulently alter the public records in Custer County with that fabrication.

Furthermore, David Merrill reserves the right to pursue additional compensation from the

private estates of those who have the oversight of her office and chose to do nothing. Let Divine

Law rule - Thou shall not steal and Thou shall not bear false witness. For David Merrill AM I,

absent the consent to The Court being Administrated by one who would blatantly obfuscate and

break the law in both breach of trust and breach of contract.

In keeping my Honor, I, will begin to act upon the Order of Marla PRUDEK upon receipt

of the fees hereinbefore mentioned and paid from her estate. As always Demand is made for

Attachment E (1)



Lawful Money per Title 12 United States Code Section 411. I reserve all rights and waive none.

Let the Public Trustee take notice - **PROTECT MY PROPERTY!**

DAVID MERRILL as First Trustee for CASTLE CHURCH - For the Redemption of the Office Bishop

STATE OF COLORADO )
                    ) ss:
COUNTY OF EL PASO  )

Subscribed and sworn to before me this ___5th___ day of October 2015
by David Merrill who is known to me.

*Theresa L Willis*

My commission expires ___11-10-2017___

$2,000,000.00

**THERESA L WILLIS**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20054043098
MY COMMISSION EXPIRES NOVEMBER 10, 2017

$2,000,000.00

Attachment E (2)

096060462          96 MAY 20  AM 8: 34          BOOK    PAGE
                   ARDIS W. SCHMITT        4688   842
                   EL PASO COUNTY CLERK & RECORDER

Let it hereby be known that I, David Merrill,: suas potestate
esse; Van Pelt, being of sound mind and will, do hereby represent with
full understanding and knowledge, while fully sui juris, the following
facts and appraisations appended.

The Treaty of Paris- Done at Paris, the tenth day of the second
month, in the year of our Lord one thousand seven hundred and sixty
three marking the end to the Seven Years' War with this definitive
Treaty of Peace and Friendship between his Britannick Majesty, the
Most Christian King, and the King of Spain. "VII" (as presented
below) of this Treaty so establishes the British and the French
Territories on the continent of America.

                              VII

In order to re-establish peace on solid and durable foundations,
and to remove for ever all subject of dispute with regard to the
limits of the British and French territories on the continent of
America; it is agreed, that, for the future, the confines between the
dominions of his Britannick Majesty. and those of his most Christian
Majesty, in that part of the world, shall be fixed irrevocably by a
line drawn along the middle of this River Mississippi, from its
source, to the River Iberville, and from thence, by a line drawn along
the middle of this River, and the Lakes Maurepas and Pontchartrain, to
the sea; and for this purpose, the most Christian King cedes in full
right, and guaranties to his Britannick Majesty, the River and Port of
the Mobile, and every thing which he possesses, or ought to possess,
on the left side of the River Mississippi, except the town of New
Orleans, and the island in which it is situated, which shall remain to
France; provided that the navigation of the River Mississippi, shall
be equally free, as well to the subjects of Great Britain, as to those
of France, in its whole breadth and length, from its source to the
sea, and expressly that part, which is between the said island of New
Orleans, and the right bank of that River, as well as the passage both
in and out of its mouth: it is further stipulated, that the vessels
belonging to the subjects of either nation, shall not be stopped,
visited, or subjected to the payment of any duty whatsoever. The
stipulations, inserted in the IVth article, in favour of the
inhabitants of Canada, shall also take place, with regard to the
inhabitants of the countries ceded by this article.

THE PROCLAMATION OF 1763

October 7, 1763, with regards to the Treaty of Paris 1763. Given at
the Court of St. James, the 7th day of October 1763, our Royal
Proclamation, hereby to publish and declare to all our loving subjects
that we have, with the advice of our said Privy Council, granted our
letters patent under our Great Seal of Great Britain,...

*one of three*

Attachment F (1 of 3)

BOOK 6086   PAGE 643

**THE DECLARATION OF INDEPENDENCE OF 1776**

The unanimous Declaration of the thirteen united States of America
July 4, 1776.

On the 2d of July, a resolution declaring the colonies free and
independent States, was adopted. A declaration to that effect was, on
the same and the following days, taken into further consideration.
Finally, on the 4th of July, the Declaration of Independence was
agreed to, engrossed on paper, signed by John Hancock as president,
and sent to the legislatures of the States. It was also ordered to be
entered upon the Journals of Congress, and on the 2d of August, a copy
engrossed on parchment was signed by all but one of the fifty-six
signers whose names are appended to it. That one was Matthew
Thornton, of New Hampshire, who on taking his seat in November asked
and obtained the privilege of signing it. Several who signed it on
the 2d of August were absent when it was adopted on the 4th of July,
but approving of it they thus signified their approbation.

I _____ this nineteenth day of the
fi_____ of our Lord one thousand nine hundred and
nine_____ my true Christian appellation to the above
menti___ Declaration of Independence so appended by all except one
Matthew Thornton on the 2d of August in the year of our Lord One
thousand seven hundred and seventy six and by approving of it, thus
signify my approbation.

**TREATY OF PEACE**

Done at Paris this third day of September, in the year of our
Lord one thousand seven hundred and eighty three, recognition of the
independence of the States as stated in Article I, to be free,
sovereign and independent States.

Resolution of Congress on Public Lands October 10, 1780 Resolved,
that the unappropriated lands that may be ceded or relinquished to the
United States,.....

**LAND ORDINANCE OF 1785**

May 20, 1785, this land ordinance laid the foundations for the
public land system, followed in most essentials until 1862.

**Land Act of 1800**

May 10, 1800, provided for land purchases on credit which was
later discontinued by the Land Act of 1820.

**The Cession of Louisiana**

April 30, 1803 in which the united States of America purchased
the Sovereign Land of Louisiana from France.

Attachment F (2 of 3)

59

BOOK 6869   PAGE 844

I so Declare myself to be a sovereign man at law upon the land with regards to the sovereign land of Louisiana as so stated in the Treaty of Cession on the thirtieth day of the fourth month in the year of our Lord one thousand eight hundred and three, as so purchased by these united States of America and its sovereign Preamble Union of People.

These before mentioned documents and especially the Declaration of Independence, the original compact between these united States of America, and Treaty of Peace contract with Britain and Treaty of Cession contract with France can not be made void or invalidated by any of the following contracts put upon me; one: Birth Certificate, two: Social Security Number, three: Driver Licence, four: State Power of Probate, five: Real Estate License, six: Ham Radio License, seven: Master Cards, Visa Cards or Discover Cards, eight: Voters Registration, nine: Federal Reserve Notes, ten: Zip Code or Street Addressed Mail, eleven: Car Insurance, twelve: Bank Accounts, Checking Accounts or Savings Accounts, thirteen: Magazines or anything or anyone else that or who would place my name in a non de guerre, fourteen: anything else by way of unconscionable contract that I have failed to mention, fifteen: all past, present, and future contracts that may act in any way against this sovereign upon the land known as David Morrill.: potestate esse: Van Pelt

I, _____ appended and approbated this ninth _____ fifth month in the year of our Lord one thousand nine _____ and ninety six A.D.

three of three

Attachment F (3 of 3)



Attachment F (2) Notice 55 signors of July 4 and one Matthew THORNTON in November.

920                    *Journals of Congress*

## MONDAY, NOVEMBER 4, 1776

The Honorable Matthew Thornton, esq. a delegate from New Hampshire, attended, and produced his credentials, which were read as follows:

STATE OF NEW HAMPSHIRE,

*In the House of Representatives, Septem: 12th, 1776.*

*Voted*, That the Hon'ble Matthew Thornton, Esq be, and hereby is, appointed a Delegate to represent this State at the Continental Congress, for one Year next ensuing.

Sent up for concurrence.

P. WHITE, *Speaker.*

IN COUNCIL, *Eodem Die*, Read and concurred:

E. THOMPSON, *Secretary.*

A Copy, Examined by

E. THOMPSON, *Secretary.*

Two letters, of the 25 October and 1 November, from R. H. Harrison, General Washington's secretary; one from R. Stockton and G. Clymer, of the 26th October; one from General Schuyler, dated Saratoga, 23 October, were laid before Congress, and read, and referred to the Board of War.

Attachment F (3)

62

## CONGRESSIONAL RECORD—HOUSE

MARCH 30

ion to the four billions of Federal it to the banks of this Nation, but

e gentleman yield for a question?

me the gentleman knows that the ake this $2,000,000,000 that was they are required by the Govern- 1 percent annual tax on it; and ised to take it and have only used the gentleman think the Govern- 0,000,000 for another purpose that a all over the country?

l, absolutely; and that brings me me Patman bill that I am going to ime to do it.

the gentleman yield?

onnection with what the gentle- entleman is aware of the fact

the aspirations of the people of this Nation—not only of the farmers but of all the men and women of this Nation—and unless we do this permit me to suggest that there will be a sad disappointment. The conditions are getting worse, not better. The time has come for intelligent action—the time has come for courage. Let us forget the bygone days of legislating for the bankers only and legislate for all the people of the United States of America.

I shall not take any more of your time. I thank you. [Applause.]

Mr. GOSS. Mr. Speaker, I make the point of order there is not a quorum present.

The SPEAKER. Will the gentleman withhold that a moment?

Mr. GOSS. I withhold it, Mr. Speaker.

RESIGNATIONS

The SPEAKER laid before the House the following communication:

The Hon. HENRY T. RAINEY,
   Speaker of the House of Representatives, Washington, D.C.

ment should use this $2,000,000,000 for another p——
would put it in circulation all over the country?

Mr. LEMKE. It should, absolutely; and that brings me to the Frazier bill and the Patman bill that I am going to explain here if I get the time to do it.

Mr. McFADDEN. Will the gentleman yield?

Mr. LEMKE. Yes.

Mr. McFADDEN. In connection with what the gentleman has just stated, the gentleman is aware of the fact that the Federal Reserve retired over $500,000,000 of Federal Reserve notes last week.

Mr. LEMKE. I am, and will state that all that we have had has been deflation. There can be no inflation unless the money is distributed among the people. If the Government printed $100,000,000,000 and gave it to me, and I put it in my pocket and kept it there, there would be no infla-

Attachments F (4)

63

**A101**

COLORADO SECRETARY OF STATE
1700 Broadway, Ste. 200, Denver, CO 80290
(303) 894-2200 press 2, Fax (303) 869-4864

**OATH OF OFFICE**

STATE OF COLORADO

_____ County

_____ City/Town

     I, _____ do solemnly swear by the everliving God, that I will

support the Constitution of the United States and of the State of Colorado, and faithfully perform the duties of

the office of _____

_____

_____

upon which I am about to enter.

_____
Signature

_____
Print name

Subscribed and sworn to before me this _____ day of

_____, 20 _____

_____
Official administering oath

(SEAL)
_If applicable_

_____
Title

_____
Address

My Commission expires: _____

OATH                    Page 1 of 1                  Rev. 12/03/2010

Attachment G (1) Form agrees with C.R.S. 24-12-101 Form of Oath

64

## Colorado Department of State Data Request Form

Complete and return this form to the Colorado Secretary of State. Please type or print legibly.

Office Use Only:
Received Date _____
Processed By _____
Sent Date _____

**Contact Information**

Company Name/Requestor Name: _David Merrill_

Mailing Address _by name "123 Street_                                    Apt/Unit ____

City _Colo. Springs._        State _Colo_   Zip Code _80901_

Phone ____        Extension ____

E-mail Address ____

20155017449
$12.00
SECRETARY OF STATE
07/02/2015 12:21:16

**Data Requested**        Requested Date Range ____

$1000.00   ☐ Election Cycle Subscription Service

*Subscription provides electronic download access to the listed data extracts for a two-year statewide election cycle including the Odd-year Coordinated Election, Primary Election, and General Election. The following reports are included with the subscription:*

❖ Statewide Registered Voter List (EX-003) updated monthly
❖ Master Voter History List Export (EX-002) following certification of each statewide election including the primary, general, and odd-year elections
❖ Mail Ballots Returned (CE-018) with updates for each statewide election including the primary, general, and odd-year elections
❖ Statewide In-Person Voting List (CE-019) with updates for each statewide election including the primary, general, and odd-year elections

**Data Request on Data Disc for $50.00 per report**

☐ Master Voter History List Export (EX-002)            ☐ Statewide In-Person Voting (CE-019)

☐ Statewide Registered Voter List (EX-003)             ☐ Statewide Mail Ballots Returned (CE-018)

☐ Election Abstract (per year, includes primary and general)   Date(s) ____

**Available on paper for $12.00 per copy**

☑ Colorado and United States Constitutions
☐ Title 1 Election Law
☐ Articles 10 & 11 of Title 31 - Municipal Election Law

Person picking up _David Merrill_                    Date picked up _7/2/15_

Signature ____

**Payment and Mailing Instructions**    Redeemed Lawful Money
Pursuant to 12 USC §411
www.law.cornell.edu/uscode/

Amount Enclosed: $ _12.00_        Number of Copies Requested ____

PLEASE ENCLOSE A CHECK OR MONEY ORDER PAYABLE TO THE COLORADO SECRETARY OF STATE
Cash is acceptable if request and payment are brought into the office.

● Requests will be returned via first class mail within 72 hours depending on request. For Fed-ex, USPS Express Mail, or UPS please include a pre-paid mailer.
● Mail completed form to the address below:

Colorado Secretary of State
1700 Broadway, Suite 200
Denver, Colorado 80290
Phone: (303) 894-2200
Fax: (303) 869-4861
www.sos.state.co.us

Save & Print

Please contact us with any questions or concerns at
(303) 894-2200
or e-mail to:
elections@sos.state.co.us
Revised October 2011

Attachment G (2)

**COLORADO SECRETARY OF STATE**
Payment is required with request.

201550017447
$30.00
SECRETARY OF STATE
07/02/2015 12:19:31

## REQUEST FOR OATH OF OFFICE OR FACSIMILE SIGNATURE FILING

Type of document (check one):   ☑ Oath of Office   ☐ Facsimile Signature Filing

Name(s)/Title on document:   Wayne W. WILLIAMS

Office held:   Secretary of State

Jurisdiction:   State of Colorado

☑ Most current date   OR   ☐ Date range: _____

Indicate standard of service requested: ☐ Regular   OR   ☑ Expedite (add $10 per copy to the regular fee)

| | | Regular fee | Fee if expedited |
|---|---|---|---|
| ☑ Certified copy | Number of copies: 1 | $5.00 per copy | $15.00 per copy |
| ☐ Photocopy only | Number of copies: _____ | Free | $10.00 per copy |

Make checks payable to: Colorado Secretary of State

### REQUESTING PARTY

Name: David Merrill                           Phone: none

Address: 123 street            City: Colo. Spgs   State: Colo. ZIP: 80901

☐ Mail   ☑ Pick up   Fed Ex/UPS Account Number: _____

Prepaid Account Number: _____   Job Number: _____

OF_ORDER                          Page 1 of 1                     Rev. 1/25/2011

Attachment G (3)



Attachment G (4) Notice how these are bordered like stock certificates or bearer bonds.



Attachment G (5) I remember looking at the oath of office for Chief Justice Nancy E. RICE on the Secretary's computer screen and it was in good order. This is a photo of me holding up an oath of office while writing Pragmatism in front of Bishop Castle - CASTLE CHURCH TRUST.

68

COLORADO SECRETARY OF STATE
Payment is required with request.

20155024647
$15.00
SECRETARY OF STATE
09/28/2015 10:01:09

## REQUEST FOR OATH OF OFFICE OR FACSIMILE SIGNATURE FILING

Type of document (check one):   ☑ Oath of Office   ☐ Facsimile Signature Filing

Name(s)/Title on document:   Cynthia COFFMAN

Office held:   Attorney General

Jurisdiction:   State of Colorado

☑ Most current date   OR   ☐ Date range: _____

Indicate standard of service requested: ☐ Regular   OR   ☑ Expedite (add $10 per copy to the regular fee)

|  |  | Regular fee | Fee if expedited |
|---|---|---|---|
| ☑ Certified copy | Number of copies: 1 | $5.00 per copy | $15.00 per copy |
| ☐ Photocopy only | Number of copies: _____ |  |  |

Make checks payable to: Colorado S

STATE OF COLORADO
SECRETARY OF STATE
1700 BROADWAY, SUITE 200
DENVER, CO 80290
(303) 894-2200

CASH RECEIPT

**REQUESTING PART**

Name:  David Merrill _____   Phon

Address:  123 Street _____   City: Colorado S

☐ Mail   ☑ Pick up   Fed Ex/UPS Account Number: ___

Prepaid Account Number: _____   Job Numb

09/28/2015 10:01:09
20155024647
$    15.00

Attachment G (6)



Attachment G (7)





Attachments H

72

**Custer County, Colorado**
**Assessor's Office**
**J. D. Henrich, Assessor**

205 S. 6th Street
P. O. Box 518
Westcliffe, CO
81252-0150
Ph 719-783-2218
Fax 719-783-2885

| RECENT SALES IN THIS AREA | PREVIOUS PARCEL | RETURN TO MAIN SEARCH PAGE | CUSTER HOME |
| --- | --- | --- | --- |
| | NEXT PARCEL | | |

| OWNER NAME | CASTLE CHURCH FOR THE REDEMPTION | TODAY'S DATE | October 14, 2015 |
| --- | --- | --- | --- |
| MAILING ADDRESS | OF THE OFFICE OF BISHOP | PARCEL NUMBER | 10013601 |
| | C/O DAVID MERRILL | TAX DISTRICT | San Isabel w/o Fire Protection (011) |
| | 115 E VERMIJO #202 | NET LEVY | 47.766 |
| | COLORADO SPRINGS, CO 80903-0000 | PROPERTY USAGE | () |
| LOCATION ADDRESS | | ACRES | (null) |

**2014 CERTIFIED VALUES AS OF LAST YEARS CERTIFIED TAX ROLL**

| LAND VALUE | TOTAL BUILDING VALUE | EXTRA FEATURE VALUE | TOTAL VALUE | TAXES |
| --- | --- | --- | --- | --- |
| 0 | 0 | 0 | 0 | NA |

**LAND INFORMATION**

| LAND USE | NUMBER OF UNITS | UNIT TYPE |
| --- | --- | --- |
| | No land associated with this parcel. | |

**LEGAL INFORMATION**

N2NE4NW4NE4SW4 SEC 10 23 69

**BUILDING DATA**

| BUILDING # | TYPE | TOTAL AREA | HEATED AREA | BED ROOMS | BATHS | YEAR BUILT |
| --- | --- | --- | --- | --- | --- | --- |
| HEATING | COOLING | PRIMARY EXTERIOR WALLS | PRIMARY INTERIOR WALLS | PRIMARY FLOORING | ROOF STRUCTURE | ROOF COVER |
| | | | No buildings associated with this parcel. | | | |

**MISCELLANEOUS DATA**

| DESCRIPTION | LENGTH | WIDTH | # UNITS | UNITS | YEAR BUILT |
| --- | --- | --- | --- | --- | --- |
| | | No records associated with this parcel. | | | |

**SALES DATA**

| SALE DATE | BOOK | PAGE | RECEPTION NUMBER | PRICE | INSTRUMENT | QUALIFICATION | IMPROVED? (AT TIME OF SALE) | GRANTOR | GRANTEE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | No sales information associated with this parcel. | | | | | | |

Attachment I (1)

73

**A111**

Attachment I (2) Changed as of 10/23/15.

74

A112



**GUIDESTAR**
# Premium
## Pay As You Go
### REPORT

⬛ **GUIDESTAR**

GuideStar Report Generated For: *BISHOP CASTLE*

Report Generated On: **October 24, 2015 at 2:50 AM ET**          EIN: 74-2304427

This organization's exempt status was automatically revoked by the IRS on August 12, 2013 for failure to file a Form 990/990EZ/990N/990PF for 3 consecutive years. While this organization may still appear on the Publication 78 and/or IRS BMF, further investigation and due diligence is warranted. Learn More

**Table of Contents** *Denotes data included with Purchase*

<table>
<tr><td>Overview / At-A-Glance</td><td>2</td></tr>
<tr><td>General Information</td><td>2</td></tr>
<tr><td>At-A-Glance</td><td>2</td></tr>
<tr><td>Mission</td><td>2</td></tr>
<tr><td>Financial Data</td><td>3</td></tr>
<tr><td>Revenue from 990*</td><td>3</td></tr>
<tr><td>Expenses from 990*</td><td>3</td></tr>
<tr><td>Balance Sheet from 990*</td><td>4</td></tr>
<tr><td>Documents</td><td>5</td></tr>
<tr><td>Forms 990 Received from the IRS*</td><td>5</td></tr>
<tr><td>Mission and Impact</td><td>6</td></tr>
<tr><td>Mission Statement</td><td>6</td></tr>
<tr><td>Impact Statement</td><td>6</td></tr>
<tr><td>People & Governance</td><td>7</td></tr>
<tr><td>Overview</td><td>7</td></tr>
<tr><td>Officers, Directors, Trustees and Key Employees*</td><td>8</td></tr>
</table>

*Denotes data that is available with purchase of Premium Report

Content Included with Premium Report Purchase

✓ Financial Data for fiscal year(s):
   • 1999

✓ Forms 990 for fiscal year(s):
   • 1999

✓ Officer, Director, Key Employee and Highest Paid Employee Data for fiscal year(s):
   • 1999

Attachment I (3)

75

**A113**



Attachment I (4)



Attachment I (5)

1 N. Y. 190.

## Waiver of Tort

The election, by an injured party, for purposes of redress, to treat the facts as establishing an implied contract, which he may enforce, instead of an injury by fraud or wrong, for the committing of which he may demand damages, compensatory or exemplary. Harway v. Mayor, etc., of City of New York, 1 Hun (N. Y.) 630.

Attachment J(1)

78

# THE NEW YORK

# SUPREME COURT REPORTS.

CASES DETERMINED

IN THE

## SUPREME COURT

OF

### NEW YORK

FROM

JUNE TO NOVEMBER, 1874.

EDITED BY

ISAAC GRANT THOMPSON AND ROBLEY D. COOK.

### VOL. IV.

ALBANY:

JOHN D. PARSONS, JR., PUBLISHER.

1874.

79

HARWAY v. MAYOR OF NEW YORK, appellant.

MILLS v. SAME, appellant.

*Set-off — damages from fraud — Pleading.*

Plaintiff, as assignee of B., sued defendant, a municipal corporation, to recover for goods sold and delivered to defendant by B. *Held,* that the defendant might set off an alleged indebtedness of B. to defendant for money paid to B. and obtained by him by making fraudulent overcharges for other goods furnished to defendant, in collusion with the officers of defendant.

Where facts exist upon which the law implies a promise to repay money fraudulently obtained, it is not irrelevant in a pleading under the Code to set up the facts which must be proved, and aver as the gravamen of action the liability and promise which the law implies from them.

APPEAL by defendants from an order striking out certain portions of the answer. The action was brought by James L. Harway against the Mayor, Aldermen and Commonalty of the city of New York. A similar action was brought by James W. Mills against the same defendants on precisely the same state of facts. The plaintiff claims, as assignee of Daniel Berrien, to recover sums amounting in all to $15,204, alleged to be due for goods sold and delivered. The answer set up that Berrien had, previous to the assignment of the claim, fraudulently overcharged to the amount of $50,000 for other goods, etc., furnished to the city, and had procured the bills therefor to be allowed by fraudulent collusion with the city officers. The judge, on motion, ordered that all parts of the answer alleging fraud and fraudulent intent be stricken out, as constituting a cause of action in tort, and not competent to be set off in this action. The defendants appealed.

*E. D. Smith* and *J. C. Carter,* for appellants. The matter sought to be stricken out is a good defense by way of set-off. *Whitcomb v. Williams,* 4 Pick. 228; *Duke v. Collins,* 4 A. & E. 858; *Byxbie v. Wood,* 24 N. Y. 607; Selwyn's Nisi Prius (7th Am. ed.), 82, *et seq.* and notes; *Andrews v. Artisans' Bank,* 26 N. Y. 298; Chitty on Contracts (10th Am. ed.), 704, *et seq.; Waite v. Leggett,* 8 Cow. 195; *Clarke v. Dutcher,* 9 id. 674; *Knibbs v. Hall,* 1 Esp. 84; *Milnes v. Duncan,* 6 B. & C. 671; *Wakefield v. Newbon,* 18 L. J. (N. S.) Q. B.

168                    FIRST DEPARTMENT,

Harway v. Mayor of New York.

260; *Coit* v. *Stewart*, 50 N. Y. 17; *Myers* v. *Davis*, 22 id. 489;
*Martin* v. *Kunzmuller*, 37 id. 396; *Marsh* v. *Keating*, 1 Bing.
(N. C.) 198.

J. S. *Lawrence*, for respondent.   A claim founded on a tort is
not, until after judgment, a subject of set-off.   *Mead* v. *Gillett*, 19
Wend. 397; *Roberts* v. *Carter*, 38 N. Y. 107.   The allegations of
fraudulent intent or fraud were irrelevant.   *Cheney* v. *Garbutt*, 5
How. 468; *Sellar* v. *Sage*, 12 id. 531; *Corwin* v. *Freeland*, 6 N. Y.
560; *Conaughty* v. *Nichols*, 42 id. 83.   See, also, *Degraw* v. *Elmore*,
50 id. 1; *Ross* v. *Mather*, 51 id. 108, 112; *Smith* v. *Countryman*, 30
id. 655; *Bank of Troy* v. *Sixth National Bank*, 43 id. 452; *Moore* v.
*Noble*, 53 Barb. 425; *Marshall* v. *Gray*, 57 id. 414; *McGovern* v.
*Payn*, 32 id. 83.

DAVIS, P. J.   The plaintiff in this action sues, as assignee of
one Berrien, to recover divers large accounts against the city for
goods, wares and merchandise sold and delivered to the defendant
by said Berrien.   The accounts, and the indebtedness thereon, are
not denied.   The sole defense set up by the answer is a set-off of
an alleged indebtedness of Berrien to the defendant for a larger
amount than plaintiff claims.   The indebtedness is alleged to be for
large sums of money paid by the defendant, to Berrien, in amounts
and at times specified, and obtained by means of fraudulent prac-
tices, pretenses, and representations by said Berrien, in collusion
with, or by deception of, the officers of defendant.

The answer avers and sets out, concisely and without redundancy,
the fraudulent means by which the money is alleged to have been
obtained, and alleges that the same was received by Berrien, to and
for the use of defendant.   It is well-settled law that, "if one man
has obtained money from another through the medium of oppres-
sion, imposition, extortion or deceit, such money is, in contempla-
tion of law, money received for the use of the injured party; it is
not the money of the wrong-doer, and he has no right to retain it,
and the law, therefore, implies a promise from him to return it to
the rightful owner, whose title to it cannot be destroyed and
annulled by the fraudulent and unjust dispossession.   The tort may
be waived, and an action brought for the recovery of the money upon
the implied contract."   *Chambers* v. *Lewis*, 2 Hilt. 591; *Putnam*
v. *Wise*, 1 Hill, 235, 240, note; *Neate* v. *Harding*, 6 Exch. 349.

81

JULY TERM, 1874.          169

Harway v. Mayor of New York.

The cases are very numerous which establish that an action of assumpsit at common law for moneys thus obtained could have been brought upon the implied promise. The statute (2 R. S. 354, § 18) declares what demands may be the subject of set-off, and specially names causes of action arising upon contract, express or implied; and wherever assumpsit will lie for money had and received, the demand therefor may be set off in action of assumpsit brought by the party against whom it exists; and the assignee of such party takes a cause of action subject to the defense of set-off to the same extent as it existed against the assignor. See statute above cited; *Whitcomb* v. *Williams*, 4 Pick. 228; *Duke de Cadaval* v. *Collins*, 4 A. & E. 858; *Byxbee* v. *Wood*, 24 N. Y. 607; Selwyn's N. P. (7th Am. ed.) 82, and notes; Chitty on Contracts (10th Am. ed.), 704, *et seq.;* *Waite* v. *Leggett*, 8 Cow. 195; *Clark* v. *Dutcher*, 9 id. 674; *Coit* v. *Stewart*, 50 N. Y. 17; *Andrews* v. *Artisans' Bank*, 26 id. 298; *Myers* v. *Davis*, 22 id. 489; *Martin* v. *Kunsmuller*, 37 id. 396.

It is true the defrauded party in such case has a choice of remedies. He may pursue the person guilty of the fraud in an action of tort for damages sustained by the injury, or waiving that remedy, he may treat the matter as simple debt, and proceed upon the implied contract to repay the money.

There is no doubt, therefore, that upon proof of the facts alleged in the answer, the defendant will be entitled to enforce his defense of set-off in this action, to the extent necessary to extinguish the demands held by the plaintiff as assignee of Berrien. The answer of defendant, it will be observed, proceeds altogether upon the rights springing out of the alleged fraud. It claims nothing, except upon the ground that Berrien obtained the excessive payment by fraudulent pretenses and practices. The allusion to the city officers who passed upon and paid the accounts is not made for the purpose of averring mistake as a distinctive ground of claim, but to aver that those officers were deceived by or were in collusion with Berrien's alleged frauds.

It will be necessary, therefore, on the trial of the action, to give evidence of and satisfactorily show the alleged frauds, in order to establish the basis of the implied promise to pay back the money had and received, and a jury must pass upon those questions. This fact does not, however, change the nature of the alleged defense, which is all the while a mere set-off of indebtedness, arising upon

VOL. IV, N. Y. REP.—22

A120

170          - FIRST DEPARTMENT,

Harway v. Mayor of New York.

an implied contract.   In all cases of implied contracts, the facts
upon which the law implies the contract must be made to appear
by proof or admission; and so in this case, unless the plaintiff
admits the alleged indebtedness, the defendant must proceed to
prove it, which can only be done by proving the facts out of which
the law implies it.   Hence it is no ground to exclude a set-off upon
an implied contract that to maintain the implication requires evi-
dence satisfactorily establishing a tortious or fraudulent transaction.
In speaking of a party's right to assert his claim in such case as a
contract for the payment of money, the books speak of him as
"waiving the tort."   This phrase means no more than that in
treating the matter as a contract he waives his right to pursue it as
a tort with the peculiar remedies, penalties and consequences
belonging to it in that character.   He by no means waives the
right to give evidence of the transaction and of its true character,
in order to raise the implication upon which his demand in contract
must rest, for that would be to waive all remedy.   The waiver of
the tort, therefore, is simply a declaration that for the purposes
of redress the party elects to treat the facts as establishing an
implied contract which he may enforce, instead of an injury by
fraud or wrong, for the committing of which he may demand
damages, compensatory or exemplary.   In either case the facts
remain the same, and are alike the subject of proof and the basis
of the remedy, except as to such incidents as in the action for tort
may bring in the elements of willful or malicious injury to give
scope for larger damages.

Under the common-law rules it was sufficient to aver the indebt-
edness in the form of the well-known counts of indebitatus assump-
sit; but it would also have been proper by special declaration in
assumpsit alleging the fraudulent acts, and averring the indebted-
ness arising therefrom and a promise to pay.

It is doubtful whether under the Code the former of these modes
should be allowed, but it is not necessary to pass upon that question.
The real question on this motion is whether where facts exist upon
which the law implies a promise (in the absence of an express one) to
repay money fraudulently obtained, it is irrelevant in a pleading under
the Code to set up the facts which must be proved, and aver as the
gravamen of action the liability and promise which the law implies
from them.   We are of opinion that it is not irrelevant but more

## JULY TERM, 1874.

**171**

Mosselman v. Caen.

nearly conforms to the spirit and requirement of the Code, and is the wiser and safer course of pleading.

It certainly is no detriment to the plaintiff but rather to his advantage to have notice in advance of the precise facts he will be called upon to meet; and where the statement is made by complaint or answer in a concise form, without redundancy (which means "vain repetition"), and the facts stated are such as are essential to be proved on the trial to constitute a defense or action, the opposite party cannot be said to be "aggrieved thereby." Code, § 160, and see Wait's Annotated Code, 293, and the cases cited in notes.

We are of opinion that the order striking out portions of the answer as irrelevant and redundant is erroneous, and should be reversed with costs of this appeal, and the motion denied, with costs.

DANIELS and BRADY, JJ., concurred.

*Ordered accordingly.*

---

### MOSSELMAN, appellant, v. CAEN.

*Bankruptcy — effect of proceedings in foreign court — title to bankrupt's estate*
*Pleading — what are not facts sufficient to constitute cause of action.*

Plaintiffs brought action as assignees in bankruptcy of S. & Co., a Belgian firm which had been declared bankrupt by a Belgian court, to recover from defendant, a resident of New York, the value of property alleged to have been fraudulently obtained from S. & Co. *Held*, that a complaint averring such facts did not show title in plaintiff, and it was properly dismissed, on motion, as not stating "facts sufficient to constitute a cause of action."

It seems that the courts of this State will not recognize or enforce a right or title acquired under a foreign bankrupt law or foreign bankrupt proceedings, so far as affects property within the jurisdiction of the courts of this State, or demands against residents of this State.

APPEAL by plaintiffs for a judgment dismissing the complaint with costs to defendant. The action was brought in April, 1859, by Isidore Mosselman and Constant Poelaert against Meyer Caen. The plaintiffs claimed as assignees of the estate of Sichel & Co.,

Attachment J ((2) - Cover and 5 Pages)



Attachment K (1)

For equipping and feeding these troops no money had been provided by the federal or the Territorial government, and Governor Gilpin was in a quandary. He decided to issue drafts on the national treasury in payment of his purchases, with the expectation that they would be honored and his actions upheld. His drafts were readily accepted by the Colorado merchants, but upon being presented at Washington were refused recognition. News of this situation caused a wave of consternation in Colorado. The Governor was roundly condemned for having assumed authority to issue these drafts without written authorization from the War Department, even though he claimed that he had been given oral authority for the action taken. In late December, Gilpin set out for Washington to explain his measures and to seek recognition of his drafts. Opposition to the Governor crystallized. Aggrieved citizens of the Territory circulated a petition asking for his recall and for the appointment of General William Larimer as Governor.

The mid-winter months of 1861-62 were hard for Colorado pioneers. With approximately $400,000 tied up in Gilpin drafts, and with uncertainty existing as to whether they would ever be paid, the . . . . . . was well nigh disastrous to merchants and others who had

Attachment K (2)



Attachment L (1) Notice of Lien to BRICS nations through national newspapers.



Attachment L (2) Second Page of Notice. Within hours of the lien being perfected
SAMELSON and the entire Fourth Judicial District signed bogus oaths of office, without
any bonding as shown in the Attachments below. This corruption continued with Gilbert
MARTINEZ as the current chief judge.



Attachment L (3) Brief history of filings.



Attachment L (4) Corporation dissolved by SUTHERS.

89

## ARTICLE III - PURPOSES

The purposes for which the corporation is organized are as follows:

(a) To acquire by purchase, lease or otherwise, interests in real or personal property, or any combination thereof, to construct or install improvements, and to lease or otherwise convey interests in real or personal property or improvements or any combination thereof to the State of Colorado (the "State")

(b) To borrow money, to become indebted, and to execute and deliver bonds, notes, or debentures or other securities, instruments or obligations for the purposes of acquiring such interests in real or personal property, constructing or installing such improvements, or any combination thereof, and for such other purpose or purposes as may be

Attachment L (5) Purposes clearly in Conflict of Interest with public good. This charter converts evidence, including cash seizures directly into the Attorney General's coffers.

04-CR-3218

ROBERT C. "BOB" BALINK   El Paso County, CO
11/28/2008   10:19:28 AM
Doc  $8.00   Page
Rec  $26.00   1 of 5

In lieu of UCC-1 common law venue

FILED IN THE DISTRICT AND
COUNTY COURTS OF
EL PASO COUNTY, COLORADO

Affidavit Re: Fees Paid in Redeemed Lawful Money

NOV 2 0 2008

M.V. PERRY

Both the $15 filing fee for the Secretary of State's office and the $39 filing fee for the District
court are paid in full outside the scope of private credit from the Fed with lawful money – cash
already fully redeemed pursuant to Title 12 U.S.C. Section 411 and Section 16 of the 1913
Federal Reserve Act.

REJECTED

20082123517-M
$   18.00
SECRETARY OF STATE
12-19-2008  15:22:06

Clerk Instruction:

Please mark this copy and return in the pre-paid addressed envelope included with this mailing to
you.

20092001574   C
$   18.00
SECRETARY OF STATE
01-07-2009  13:46:58

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
. . . . . . Page . . . . .

Robert C. Balink
County Clerk & Recorder
El Paso County, Colorado
By . . . . . . . . . . . . . .   Deputy

RECEIVED
NOV 2 0 2008
DA OFFICE
KLT

Attachment L (6)

91

CHUCK BROERMAN        El Paso County, CO
02/02/2015  03:35:06 PM
Doc $0.00      Page
Rec $0.00      1 of 1    215010035

| STATE OF COLORADO | ) | |
|---|---|---|
| | ) ss. | **OATH OF OFFICE** |
| **COUNTY OF EL PASO** | ) | |

   I, **FRANCES R. JOHNSON**, do solemnly swear by the Ever Living God, that
I will support the Constitution of the United States and of the State of Colorado;
that I will faithfully and to the best of my ability perform the duties of the office
upon which I am about to enter of **District and County Court Magistrate of the
Fourth Judicial District.**

FRANCES R. JOHNSON

Subscribed and sworn to before me this _____ 19th _____ day of
_____ Feb. _____, 2013.

GILBERT A. MARTINEZ
CHIEF JUDGE
FOURTH JUDICIAL DISTRICT

Office of County "Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and correct
copy of record in my office.
215010035 Book _____ Page
Date  2-25-15
Chuck Broerman
County Clerk & Recorder, El Paso County, CO
By _____ Deputy

Attachment M (1)

92

**A130**

RECEIVED

SEP 22 2008

ELECTIONS
SECRETARY OF STATE

STATE OF COLORADO        )
                         ) ss.          OATH OF OFFICE
COUNTY OF EL PASO        )

I, **ROBIN CHITTUM**, do solemnly swear by the Ever Living God, that I will support the Constitution of the United States and of the State of Colorado; that I will faithfully and to the best of my ability perform the duties of the office upon which I am about to enter of **District and County Court Magistrate of the Fourth Judicial District.**

ROBIN CHITTUM

Subscribed and sworn to before me this _____ 15th _____ day of _____ September _____, 2008.

KIRK SAMELSON
CHIEF JUDGE
FOURTH JUDICIAL DISTRICT

Attachment M (2)

93

A131

96121500          96 SEP 26 AM 9:26          1of 1
                  ARDIS W. SCHMITT
                  EL PASO COUNTY CLERK & RECORDER          F100

## OATH OF OFFICE

STATE OF COLORADO  }
COUNTY OF EL PASO  }  ss

I, Gilbert A. Martinez, do solemnly swear in the
presence of the everliving God, that I will support the
Constitution of the United States and the Constitution of the
State of Colorado, and that I will faithfully perform the duties
of the office of District Court Judge for the Fourth Judicial
District, State of Colorado, to the best of my skill and ability,
so help me God.

_____
Signature

Subscribed and sworn to before me this 13th day of
January, 1993.

_____
Matt M. Railey, Chief Judge
Fourth Judicial District

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and correct
copy of record in my office.
Date 6-25-15   Book _____ Page _____
Chuck Broerman
County Clerk & Recorder, El Paso County, CO
By _____ Deputy

Attachment M (3)

A132

**RECEIVED**

JAN 14 2011

ELECTIONS
SECRETARY OF STATE

20115000895  C
OATH.OFFICE
SECRETARY OF STATE
01/14/2011 12:23:01

STATE OF COLORADO

COUNTY OF EL PASO

) ss.
)

**OATH OF OFFICE**

I, GILBERT A. MARTINEZ, do solemnly swear that I will support the Constitution of the United States and of the State of Colorado; that I will faithfully and to the best of my ability perform the duties of the office upon which I am about to enter of **District Court Judge of the Fourth Judicial District.**

GILBERT A. MARTINEZ

Subscribed and sworn to before me this ___11 th___ day of _January_, 2011.

KIRK SAMELSON
CHIEF JUDGE
FOURTH JUDICIAL DISTRICT

Attachment M (4)

95

**A133**

**LOUANNE CLARK VAN PELT Estate**
**David Merrill Trustee**
3355 North Academy Boulevard
Colorado Springs, Colorado.
[80917-5103]

United States District Court                    Registered Mail # RE 143 133 608 US
for the District of Colorado
901 19th Street – A105
Denver, Colorado. 80294

NOTICE LIS PENDENS - notice to 2015-PR-30574 and to 2015-C-48039.

Dear USDC Clerk;

    Please file this refusal for cause (copy) in Miscellaneous Case File 15-MC-145.
Please return the enclosed copy in the self-addressed envelope provided. This is evidence if
this presenter claims I have obligations to perform or makes false claims against me in the
future. A copy of this instruction has been sent with the original refusal for cause back to the
presenter in a timely fashion. Please return the other copy marked to the Fourth Judicial
District clerk at 270 S. Tejon Street, Colorado Springs, Colorado. [80903]

Memo to Catherine Anne SEAL:

    Thank you for your offers. I must reject both offers because as I have already
explained I drove to Denver and found that Frances Renee JOHNSON has no oath of office
published at the Secretary of State's office there. If she were not in a vacant office and
exposed to lawsuit for having no judicial or sovereign immunity, I might examine your
offers more closely. Without her being properly bonded by law to constitutions and statute I
cannot put any trust in her. She is not working coherently with Louanne Clark VAN PELT in
her will and living trust in me.

Dear State district court clerk;

    Please file this refusal for cause into Case No. 2015-PR-30574 and also 2015-C-
48039. The original Refusal for Cause is returned to Catherine Anne SEAL as the plaintiff in
the recent eviction action, with the copy of this clerk instruction while filing the original
clerk instruction (red thumbprint) with a copy of the Refusal for Cause please. I will be
mailing more details about the Complaint I am making about all these faulty oaths of office
before the deadline in 2015-C-48039.

Certificate of Mailing

    My signature below expresses that I have mailed a copy of the presentment, refused
for cause with the original clerk instruction to the district court Registered Mail and the
original presentment, refused for cause in red ink and a copy of this clerk instruction has

96

**A134**

been mailed Registered Mail as indicated back to the presenter within a few days of presentment. Page 3 has additional mailings promptly sent out USPS.


For the LOUANNE CLARK VAN PELT Trust

STATE OF COLORADO          }
                           }  ss:
COUNTY OF EL PASO          }

Subscribed and sworn to before me this ___17th___ day of __Nov.__, 2015 by David Merrill who is known to me.


_____


My commission expires _____


_____
David Merrill acting solely as trustee.


Catherine Anne SEALS                    Priority Mail with Tracking
Office of the Public Administrator
PO Box 6
Colorado Springs, Colorado. [80901-0006]

| County Court El Paso County, Colorado | |
| Court Address: 270 South Tejon | |
| Colorado Springs, CO 80903 | DATE FILED: November 12, 2015 2:11 PM |
| | FILING ID: F3BB0EB26083E |
| Plaintiff(s): The Estate of Louanno Van Pelt, through its Personal Representative, Catherine Anne Seal | CASE NUMBER: 2015C48039 |
| v. | **COURT USE ONLY** |
| Defendant(s):David Merrill and all other occupants: | |
| Attorney or Party Without Attorney (Name and Address): | Case Number: 15C48039 |
| Catherine Anne Seal | |
| El Paso County Public Administrator | |
| P.O. Box 6 | |
| Colorado Springs, CO 80001-0006 | |
| Phone Number: (719) 447-9760     E-mail: cais@kirtlandseal.com | Division        Courtroom |
| FAX Number: (719) 634-0485        Atty. Reg. #: 26908 | |

## SUMMONS IN FORCIBLE ENTRY AND UNLAWFUL DETAINER

To the above named Defendant(s), take notice that:

1. On November 24, 2015, at 10:00 o'clock A.M. in the El Paso County Court, Colorado Springs, Colorado, the Court may be asked to enter judgment against you as set forth in the complaint.

2. A copy of the complaint against you and an answer form that you must use if you file an answer are attached.

3. If you do not agree with the complaint, then you must either:
   a. Go to the Court, located at: 270 South Tejon, Colorado Springs, Colorado, at the above date and time and file an answer stating any legal reason you have why judgment should not be entered against you, OR
   b. File the answer with the Court before that date and time.

4. When you file your answer, you must pay a filing fee to the Clerk of the Court.

5. If you file an answer, you must personally serve or mail a copy to the Plaintiff(s) or the attorney who signed the complaint.

6. If you do not file with the Court, at or before the time for appearance specified in this summons, an answer to the complaint setting forth the grounds upon which you base your claim to possession and denying or admitting all of the material allegations of the complaint, judgment by default may be taken against you for the possession of the property described in the complaint, for the rent, if any, due or to become due, for present and future damages and costs, and for any other relief to which the Plaintiff(s) is (are) entitled.

7. If you are claiming that the landlord's failure to repair the residential premises is a defense to the landlord's allegation of nonpayment of rent, the Court will require you to pay into the registry of the Court, at the time of filing your answer, the rent due less any expenses you have incurred based upon the landlord's failure to repair the residential premises. In addition to filing an answer, you are required to complete an Affidavit (JDF 109) to support the amount you will need to pay into the registry of the Court.

8. If you want a jury trial, you must ask for one in the answer and pay a jury fee in addition to the filing fee.

9. If you want to file an answer or request a jury trial and you are Indigent, you must appear at the above date and time, fill out a financial affidavit, and ask the Court to waive the fee.

Dated at Colorado Springs, Colorado, this 12th day of November 2015.

Clerk of the Court

By: _____
    Deputy Clerk

s/ Catherine Anne Seal
Plaintiff(s) (if applicable)
Catherine Anne Seal, #26908
(719) 447-9760
Duly signed original on file at the Office
of the Public Administrator

FORM 1A    R7-12   SUMMONS IN FORCIBLE ENTRY AND UNLAWFUL DETAINER                    Page 1 of 2
© 2012 Colorado Judicial Department for use in the Courts of Colorado

98

**A136**

This Summons is issued pursuant to §13-40-111, C.R.S. A copy of the Complaint together with a blank answer form must be served with this Summons. This form should be used only for actions filed under Colorado's Forcible Entry and Detainer Act.

To the clerk: If this Summons is issued by the Clerk of the Court, the signature block, the deputy and the seal of the Court should be provided by stamp, or typewriter, in the space to the left of the attorney's name.

WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.

## CERTIFICATE OF MAILING

I/we, the undersigned Plaintiff(s) (or agent for Plaintiff(s)), certify that on __11/12/15__ (date), the date on which the Summons, Complaint and Answer were filed, I/we mailed a copy of the Summons/Alias Summons, a copy of the Complaint and Answer form by postage prepaid, first class mail, to _____ the Defendant(s) at the following address(es):

_____

Plaintiff(s)/Agent for Plaintiff(s)

### Section 13-40-111 Colorado Revised Statutes, as amended.

13-40-111. Issuance and return of summons.
(1) Upon filing the complaint as provided in §13-40-110, C.R.S., the clerk of the court or the attorney for the plaintiff shall issue a summons. The summons shall command the Defendant to appear before the Court at a place named in such summons and at a time and on a day which shall be not less than seven days nor more than fourteen days from the day of issuing the same to answer the complaint of plaintiff. The summons shall also contain a statement addressed to the Defendant stating: "If you fail to file with the Court, at or before the time for appearance specified in the summons, an answer to the complaint setting forth the grounds upon which you base your claim for possession and denying or admitting all of the material allegations of the complaint, judgment by default may be taken against you for the possession of the property described in the complaint, for the rent, if any, due or to become due, for present and future damages and costs, and for any other relief to which the Plaintiff is entitled." If you are claiming that the landlord's failure to repair the residential premises is a defense to the landlord's allegation of nonpayment of rent, the Court will require you to pay into the registry of the Court, at the time of filing your answer, the rent due less any expenses you have incurred based upon the landlord's failure to repair the residential premises.

13-40-112. Service.
(1) Such summons may be served by personal service as in any civil action. A copy of the complaint must be served with the summons.

(2) If personal service cannot be had upon the Defendant by a person qualified under the Colorado Rules of Civil Procedure to serve process, after having made diligent effort to make such personal service, such person may make service by posting a copy of the summons and the complaint in some conspicuous place upon the premises. In addition thereto, the Plaintiff shall mail, no later than the next day following the day on which he/she files the complaint, a copy of the summons, or, in the event that an alias summons is issued, a copy of the alias summons, and a copy of the complaint to the Defendant at the premises by postage prepaid, first class mail.

(3) Personal service or service by posting shall be made at least seven days before the day for appearance specified in such summons, and the time and manner of such service shall be endorsed upon such summons by the person making service thereof.

FORM 1A   R7-12   SUMMONS IN FORCIBLE ENTRY AND UNLAWFUL DETAINER     Page 2 of 2
© 2012 Colorado Judicial Department for use in the Courts of Colorado



County Court El Paso County, Colorado
Court Address: 270 South Tejon
       Colorado Springs, CO 80903

DATE FILED: November 12, 2015 2:11 PM
FILING ID: F38B0EB28083E
CASE NUMBER: 2015C43039

Plaintiff(s): The Estate of Louanne Van Pelt, through its Personal Representative, Catherine Anne Seal

v.

Defendant(s):David Merrill and all other occupants:

**COURT USE ONLY**

Attorney or Party Without Attorney (Name and Address):
Catherine Anne Seal
El Paso County Public Administrator
P.O. Box 6
Colorado Springs, CO 80901-0006
Phone Number: (719) 447-9760      E-mail: cas@kirtlandseal.com
FAX Number: (719) 634-0468      Atty Reg. #: 28908

Case Number: 15C48039

Division      Courtroom

**COMPLAINT IN FORCIBLE ENTRY AND DETAINER**

The Plaintiff(s), named above, state(s) and allege(s) as follows:



1.  Plaintiff(s) is/are the owner(s) of premises in the City of Colorado Springs County of El Paso, State of Colorado as follows:

| Street Address: | ████████ Circle, Colorado Springs, CO | |
|---|---|---|
| Subdivision: | Lot | Block |
| ████████ | ██ | |

2.  Defendant(s) occupied the premises as a tenant at will. By such lease or tenancy, the Defendant(s) entered into the possession and occupancy of the premises.

3.  Defendant(s) tenancy has been terminated, as the owner of the premises is now deceased and the premises is now the property of a probate estate.

4.  Plaintiff(s) have properly served a written "Notice to Quit" upon the Defendant(s) on October 29, 2016 (date). The amount of time given to the Defendant(s) on the "Notice" has expired.  A copy of the "Notice" is attached and incorporated as Exhibit A.

5.  Defendant(s) unlawfully and wrongfully holds possession of the premises.

6.  The amount demanded by the Plaintiff(s) does not exceed $15,000.00.  If the amount does exceed $15,000.00, the Plaintiff(s) wish to limit recovery of the amount to the jurisdiction of the Court.

7.  Defendant(s) is/are not engaged in the military service of the United States and is/are engaged in a civilian occupation.

8.  Plaintiff(s) do not demand trial by jury.  If demand is made a jury fee must be paid.

Wherefore, Plaintiff(s) request(s) judgment for recovery of possession of the premises, for present and future damages and costs, and for any other relief to which Plaintiff(s) is/are entitled.

Plaintiff(s) Signature

P.O. Box 6
90 South Cascade Avenue, Suite 480
Colorado Springs, CO  80901-0006
(719) 447-9760

JDF 99    R7-12   COMPLAINT IN FORCIBLE ENTRY AND DETAINER
© 2012 Colorado Judicial Department for use in the Courts of Colorado

100

## NOTICE TO QUIT
### (Please Type or Print Legibly)

To: David Merrill and all other occupants.

Pursuant to §13-40-107, C.R.S., you are hereby notified by the undersigned Personal Representative  that your tenancy at will of the land and premises described below is terminated as of November 6, 2015 (date) at 12:00 noon (time) and you are accordingly notified to vacate said premises and surrender possession thereof on or before said date and time.

CASE NUMBER: 2015C 48039

| | | |
|---|---|---|
| Street Address _____ Circle | | |
| City Colorado Springs | County El Paso | |
| Subdivision | Lot | Block |

The grounds for termination are as follows: The Personal Representative must freeze the property for listing and sale.

Date: October 27, 2015

Catherine Anne Seal, Personal Representative of the Estate of Louanne Van Pelt

## CERTIFICATE OF SERVICE

I hereby certify that I served this Notice to Quit on _____ (date) in _____ (County), Colorado by my selection below:

☐ By leaving a true copy with _____ (Full Name) who is ☐ the Tenant, ☐ other person occupying such premises, or a ☐ member of the tenant's family above the age of fifteen years and residing on or in charge of the premises _____ (Full Name of Person)

☐ By posting in a conspicuous place on the premises at _____

Signature _____

### Notice to Quit - §13-40-107, C.R.S.

(1) A tenancy may be terminated by notice in writing, served not less than the respective period fixed before the end of the applicable tenancy, as follows:
  (a) A tenancy for one year or longer, ninety-one days;
  (b) A tenancy of six months or longer but less than a year, twenty eight days;
  (c) A tenancy of one month or longer but less than six months, seven days;
  (d) A tenancy of one week or longer but less than one month, or a tenancy at will, three days;
  (e) A tenancy for less than one week, one day.

(2) Such notice shall describe the property and the particular time when the tenancy will terminate and shall be signed by the landlord or tenant, the party giving such notice or his agent or attorney.

(3) Any person in possession of real property with the assent of the owner is presumed to be a tenant at will until the contrary is shown.

(4) No notice to quit shall be necessary from or to a tenant whose term is, by agreement, to end at a time certain.

(5) Except as otherwise provided in §38-33-112, C.R.S., the provisions of subsections (1) and (4) of this section shall not apply to the termination of a residential tenancy during the 90-day period provided for in said section.

# Exhibit A

JDF 97   R7-12  NOTICE TO QUIT

101

**A139**

| ☐ County Court  ☐ District Court | |
|---|---|
| County, Colorado | |
| Court of Colorado | |
| **Plaintiff:** The Estate of Louanne Van Pelt | ▲ COURT USE ONLY ▲ |
| v. | |
| **Defendant:** David Merrill and all other occupants | |
| Attorney or Party Without Attorney: | Case Number: |
| Catherine A. Seal, Esq. | |
| Kirtland & Seal, L.L.C. | Division_____ |
| P.O. Box 2682 | Courtroom_____ |
| Colorado Springs, CO 80901-2682 | |
| Phone Number: (719) 448-0734 E-mail: toh@kirtandseal.com; status@courierprocess.com | |
| FAX Number: (719) 634-0485   Atty. Reg.# | |

**AFFIDAVIT OF SERVICE**

Received by Courier Process Service, Inc. on the 28th day of October, 2015 at 8:33 am to be served on David Merrill and all other occupants _____ Circle, Colorado Springs, CO _____.

I, Jerry Protsman, being duly sworn, depose and say that on the 28th day of October, 2015 at 4:23 pm, I:

PERSONALLY served two true and correct copies of the Notice to Quit * to David Merrill and all other occupants at the address of: 41_____ Circle, Colorado Springs, CO ____, in El Paso County

Description of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 200, Hair: Grey, Glasses: Y

Additional Information pertaining to this service:
* One copy of the Notice to Quit was personally served on David Merrill and a second copy was posted for all other occupants.

I have charged the following fees for my services in this matter:
Private Process Server
Fee $45.00

I am 18 years of more and am not interested in, nor a party to, this case.

| (STATE OF COLORADO     ) | |
|---|---|
| (                                     )   SS | |
| (COUNTY OF EL PASO   ) | Jerry Protsman |
| | Process Server |

Subscribed and Sworn to before me on the 30th day of October, 2015 by the affiant who is personally known to me.

Courier Process Service, Inc.
115 East Vermijo Avenue
Suite 202
Colorado Springs, CO 80903-2008
(719) 475-7360

THERESA L WILLIS
NOTARY PUBLIC
My Commission expires:
STATE OF COLORADO
NOTARY ID 20054043098         AFFIDAVIT OF SERVICE       Job Number: TCH-2015004800
MY COMMISSION EXPIRES NOVEMBER 10, 2017

102

County Court El Paso County, Colorado
Court Address: 270 South Tejon
         Colorado Springs, CO  80903

Plaintiff(s): The Estate of Louanne Van Pelt, through her Personal
Representative, Catherine Anne Seal

v.

Defendant(s):David Merrill and all other occupants:

Attorney or Party Without Attorney (Name and Address):

**COURT USE ONLY**

Case Number: 15C48039

Division      Courtroom

### ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE
### (including counterclaim(s) and/or cross claim(s))

The Defendant(s) _____ (name), answer(s) the complaint as
follows:

1. The amount of damages claimed to be due to the Plaintiff(s) by the complaint in this action is not due and
owing for the following reasons:

_____

_____

**OR**

the Plaintiff(s) is/are not entitled to possession of the property and Defendant(s) is/are entitled to retain
possession for the following reasons:

_____

_____

**OR**

the injunctive relief requested by the Plaintiff(s) should not be allowed for the following reasons:

_____

_____

_____

2. ☐ (If applicable) the Defendant(s), _____, assert(s) the following
counterclaim(s) or setoff(s) against the Plaintiff(s)

_____

_____

CRCCP NO. 3   R10/13   ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE
©2013 Colorado Judicial Department for use in the Courts of Colorado

Page 1 of 2

3. ☐ (If applicable) the Defendant(s) _____, assert(s) the following cross claim(s) against _____, named Defendant(s) (you are limited to the jurisdiction of the court):

_____
_____
_____

4. If a counterclaim is asserted above, you must check one of the following statements:
   ☐ The amount of the counterclaim **does not** exceed the jurisdiction of the court (County Court filing fee required).
   ☐ The amount of the counterclaim **does** exceed the jurisdiction of the court, but I wish to limit my recovery to the jurisdiction of the court (County Court filing fee required).
   ☐ The amount of the counterclaim **does** exceed the jurisdiction of the court, and I wish the case transferred to the District Court (District Court filing fee required).

5. The Defendant(s):
   ☐ Request(s) a trial to the court.
   ☐ Request(s) a jury trial. By requesting a jury trial, the Defendant(s) understand(s) that a jury fee must be paid unless the fee is waived by the Court.

WARNING: ALL FEES ARE NON-REFUNDABLE. IN SOME CASES, A REQUEST FOR A JURY TRIAL MAY BE DENIED PURSUANT TO LAW EVEN THOUGH A JURY FEE HAS BEEN PAID.

Note: All Defendants filing this answer must sign unless the answer is signed by an attorney.

_____   _____
Signature of Defendant(s)                    Signature of Attorney for Defendant(s) (if applicable)

Address(es) of Defendant(s): _____

Phone Number(s) of Defendant(s): _____

## CERTIFICATE OF SERVICE

I certify that on _____ (date) a true and accurate copy of this *ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE* was served on _____ the other party(s) or attorney(s) by:

☐ Hand Delivery ☐ E-filed ☐ Faxed to this number _____ or ☐ by placing it in the United States mail, postage pre-paid, and addressed to the following:

_____
_____
_____

_____
Defendant(s) or Attorney for Defendant(s) Signature

CRCCP NO. 3   R10/13   ANSWER UNDER SIMPLIFIED CIVIL PROCEDURE                    Page 2 of 2
©2013 Colorado Judicial Department for use in the Courts of Colorado

Attachments N (9 pages)

104

**A142**

| DISTRICT COURT, EL PASO COUNTY, COLORADO | |
| --- | --- |
| Court Address:<br>270 S. Tejon, Colorado Springs, CO, 80901 | |
| **Plaintiff(s)** JAMES R BISHOP et al.<br>v.<br>**Defendant(s)** DAVID MERRILL | DATE FILED: December 3, 2015 9:39 AM<br>CASE NUMBER: 2015CV31641 |
| | △ **COURT USE ONLY** △ |
| | Case Number:  2015CV31641 |
| | Division: 7        Courtroom: |
| **Order: Notice to Garnishee/Release of Funds - Proposed** | |

The motion/proposed order attached hereto: GRANTED.

The garnished funds shall be paid to Judgment Creditor as directed in the attached Notice to Garnishee/Release of Funds.

Issue Date: 12/3/2015

DAVID A GILBERT
District Court Judge

**A143**

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY, COLORADO<br>270 S. Tejon Street/80903<br>PO Box 2980/80901-2980<br>Colorado Springs, Colorado<br>(719) 452-5000 | |
| JAMES R. BISHOP and PHOEBE M. BISHOP, and<br>BISHOP CASTLE, a non-profit corporation,<br><br>*Plaintiffs,*<br><br>*vs.*<br><br>DAVID MERRILL, a/k/a DAVID VANPELT, a/k/a DAVID MERRIL, d/b/a CASTLE CHURCH – For the Redemption of the Office BISHOP,<br><br>*Defendant.* | ▲ COURT USE ONLY ▲<br><br>Case No. 2015CV31641<br><br>Division: 7 |

## NOTICE TO GARNISHEE, APPLICATION OF FUNDS TO JUDGMENT, AND RELEASE OF FUNDS TO JUDGMENT CREDITORS

The undersigned, respectfully advises the Court that a Writ of Garnishment was issued to Wells Fargo Bank N.A., Garnishee, on November 19, 2015. The Garnishee has filed with the Court Answers to the Writ of Garnishment stating Garnishee has funds belonging to the Defendant debtor in the amount of $3,356.23.

I further state that a Notice of Levy or Seizure has been served on Defendant David Merrill, a/k/a David Vanpelt, a/k/a David Merril, d/b/a Castle Church – For the Redemption of the Office Bishop on November 19, 2015, and that the time to file a Claim of Exemption has expired. The total amount remaining unpaid on the judgment, including interest and costs, (plus any additional court costs not available to date) is now in the amount of $29,730.95.

I respectfully move the Court to notify Wells Fargo Bank N.A. to pay the sum of $3,356.23. Upon receipt of said payment, the Garnishee shall be released and discharged. If applicable, the Clerk of the Court shall apply the payment to the judgment and will pay over said monies to the Judgment Creditor.

HANES & BARTELS LLC

*The duly signed original is on file in the office of Hanes & Bartels LLC*

/s/ Brenda L. Bartels

Brenda L. Bartels, #17117
102 South Tejon Street, Suite 800
Colorado Springs, CO  80903-2239

This Court notifies the Garnishee that funds identified above shall be released.

**MAKE CHECKS PAYABLE AND MAIL TO:** Judgment Creditor's Attorney:

**Brenda L. Bartels, Esq.**
**Hanes & Bartels LLC**
**102 S. Tejon Street, Suite 800**
**Colorado Springs, CO 80903**

**PLEASE PUT THE CASE NUMBER (above) ON THE FRONT OF THE CHECK.**

CLERK OF THE COURT

By Deputy Clerk: _____

Date: _____

JDF 89 --NOTICE TO GARNISHEE, APPLICATION OF FUNDS TO JUDGMENT,
AND RELEASE OF FUNDS TO JUDGMENT CREDITOR

**A145**



Published Every Thursday Since 1883
In Westcliffe, Colorado

| Home | This Week | Subscribe | Classified Ads | About Us | Contact |

12/3/2015

### Legal woes resolved in Bishop's Castle saga

## Table of Contents

Governor appoints Michaelson to district judgeship

This weekend: Santa coming to town; Christmas Parade and more

The Wetmore Community Building: DOLA, El Pomar grants to fund elevator, other upgrades in 1928 structure

Outdoor Buddies nurtures relationships with landowners

Legal woes resolved in Bishop's Castle saga

Bad weather and icy roads: Sheriff reports uptick in motorist mishaps; his advice: slow down!

Courtly Service

Peaks of the Past

See what you're missing!

Bishop's Castle has been the focus of a hard-fought legal battle for the past year, but the fight has finally come to an end. Hanes & Bartels LLC, the attorneys representing James and Phoebe Bishop and Bishop's Castle, released an October memo regarding the ending of the case. They fought the case in El Paso County, and now "We have a registered court order, he [Merrill] cannot come on the property," Phoebe stated. Builder Jim Bishop allegedly lost ownership of his 46-year-long project last spring to David Merrill after signing documents, he said, while under duress. Bishop had been diagnosed with a rare cancer and was battling the disease when Merrill came to his house with paperwork. Bishop explained that the papers he signed made Merrill a "trustee" but not owner. Merrill however, had plans to make the tourist attraction the "Castle Church for the Redemption of the Office." KOAA TV reported that Merrill hoped to put a weather station on top of the castle, add a security system with cameras and hire crews to finish construction of the castle, "in what he says will be in a similar way that Jim built it." As for winning the case, Jim Bishop said "It feels good, but we need restitution." The court has ordered Merrill to pay Bishop's lawyer, but the Bishops say they have yet to receive the money. They do have plans to continue work on the castle. "We're building a wall around the whole two and a half acres," Bishop said, "God willing, but if I don't wake up in the morning it is fine just the way it is." Although their donations and tourism have been down this summer, the press coverage in light of recent events has brought in more tourism. "But this never has been about money," Phoebe said, "The people are what I look forward to. I love visiting with the people." Jim Bishop is currently finishing work on the moat around the castle, and hopes to finish building the castle itself before he becomes too ill to proceed further. His vision for the monument is to add another tower, and build new hallways and rooms until construction touches the mountain behind it. Though Bishop is still battling cancer, he enjoys visiting his castle as often as possible. A percentage

**A146**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of January 2016, I caused to be delivered by first-class mail, postage prepaid, a copy of the foregoing "Defendant's Motion For Summary Dismissal Of *Pro Se* Complaint" and "Appendix" as follows:

David Merrill
3355 North Academy Boulevard, #189
Colorado Springs, C.O.  80917-5103

RUSSELL J. UPTON